THOMAS M. HERLIHY (SBN 83615)
JOHN C. FERRY (SBN 104411)
KELLY, HERLIHY & KLEIN LLP
44 Montgomery Street, Suite 2500
San Francisco, CA 94104-4798
Tel.: (415) 951-0535
Fax: (415) 391-7808
Email: herlihy@kelher.com
       jferry@kelher.com

Attorneys for Defendants
UNUM GROUP (formerly known as
UNUMPROVIDENT CORPORATION),
UNUM CORPORATION (a now non-existent
entity, properly referred to as Unum Group)
and UNUM LIFE INSURANCE COMPANY OF AMERICA

*ORIGINAL FILED*
*NOV 26 2007*
*RICHARD W. WIEKING*
*CLERK, U.S. DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

*E-filing*

*EDL*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT E. BLAKE, <br><br>   Plaintiff, <br><br> vs. <br><br> UNUMPROVIDENT CORPORATION; UNUM CORPORATION, UNUM LIFE INSURANCE COMPANY OF AMERICA, MATHEW F. CARROLL, M.D., LYNETTE D. RIVERS, PH.D., MARK W. BONDI, PH.D., COMMISSIONER OF THE CALIFORNIA DEPARTMENT OF INSURANCE, and DOES 1 through 50 inclusive, <br><br>   Defendants. | Case No.: CV 07 5957 <br><br> **CERTIFICATE OF INTERESTED PARTIES** |

1  Pursuant to Civil L.R. 3-16, the undersigned counsel of record for defendants Unum
2  Group (formerly known as UnumProvident Corporation), Unum Corporation (a now non-
3  existent entity that on June 30, 1999 merged with an into Provident Companies, Inc., which
4  company amended its charter on June 30, 1999 to change its name to UnumProvident
5  Corporation, properly referred to as Unum Group), and Unum Life Insurance Company of
6  America certifies that the following listed parties have a financial interest in the subject matter in
7  controversy:

   Unum Group and Unum Life Insurance Company of America.

                                KELLY, HERLIHY & KLEIN LLP

Dated: November 26, 2007        By _____
                                Thomas M. Herlihy
                                Attorneys for Defendants
                                UNUM GROUP (Formerly known as UNUMPROVIDENT
                                CORPORATION), UNUM CORPORATION (a now non-existent
                                entity, properly referred to as Unum Group) and
                                UNUM LIFE INSURANCE COMPANY OF AMERICA

E:\27261\P03.doc

-1-

CERTIFICATE OF INTERESTED PARTIES
CASE NO. _____