```
THOMAS M. HERLIHY (SBN 83615)
JOHN C. FERRY (SBN 104411)
KELLY, HERLIHY & KLEIN, LLP
44 MONTGOMERY ST., SUITE 2500
SAN FRANCISCO, CA 94104
TEL: (415) 951-0535
FAX: (415) 391-7808
```

ORIGINAL FILED
07 NOV 30 PM 3:39
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT E. BLAKE

Plaintiff(s),

v.

UNUMPROVIDENT CORPORATION, et al.

Defendant(s).

No. C V07-5957 EDL

DECLINATION TO PROCEED BEFORE
A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A
UNITED STATES DISTRICT JUDGE

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 11/28/07

Signature _____

Counsel for Defendants
(Plaintiff, Defendant, or indicate "pro se")

PROOF OF SERVICE
*Bob E. Blake v. UnumProvident, et al.*
United States District Court, Northern District of California
Case No. CV07-5957 EDL

I, ZHANNA KOPYLOV, declare:

I am employed in the City and County of San Francisco, State of California. My business address is 44 Montgomery Street, Suite 2500, San Francisco, California 94104. I am over the age of 18 years and not a party to the foregoing action.

On November 30, 2007, I served the attached **DECLINATION TO PROCEED BEFORE MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO U.S. DISTRICT JUDGE,** on the interested parties in said action,

__X__  **(by mail)** by placing a true copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth below. At Kelly, Herlihy & Klein LLP, mail placed in that designated area is given the correct amount of postage and is deposited that same day, in the ordinary course of business, in a United States mailbox in the City of San Francisco, California.

___  **(by personal delivery)** by having a true copy thereof personally delivered to the person listed below by a non-interested party employed by the law firm of Kelly, Herlihy & Klein LLP.

___  **(by Federal Express)** by depositing a true copy thereof in a sealed packet for overnight delivery, with charges thereon fully prepaid, in a Federal Express collection box, at San Francisco, California, and addressed as set forth below.

___  **(by facsimile transmission as indicated below)** by transmitting said document(s) from our office facsimile machine (415) 391-7808, to facsimile machine number(s) shown below. Following transmission, I received a "Transmission Report" from our fax machine indicating that the transmission had been transmitted without error.

| | |
|---|---|
| Ray Bourhis, Esq.<br>Lawrence Mann, Esq.<br>Bourhis & Mann<br>1050 Battery Street<br>San Francisco, CA 94111 | Attorneys for Plaintiff ROBERT E. BLAKE |
| Ann M. Burr, Esq.<br>Deputy Attorney General<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102-7004 | Attorney(s) for Defendant THE COMMISSIONER OF CALIFORNIA DEPARTMENT OF INSURANCE |

| | |
|---|---|
| M. Todd Ratay, Esq.<br>Neil, Dymott, Frank, McFall & Trexler<br>1010 Second Avenue, Suite 2500<br>San Diego, CA 92101<br>Fax: (619) 238-1562 | Attorney(s) for Defendant MATTHEW F. CARROLL |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on November 30, 2007 at San Francisco, California.

_____
ZHANNA KOPYLOV