Michael I. Neil, SBN 40057
M. Todd Ratay, SBN 241299
NEIL, DYMOTT, FRANK,
    MCFALL & TREXLER
A Professional Law Corporation
1010 Second Avenue, Suite 2500
San Diego, CA 92101-4959
P 619.238.1712
F 619.238.1562

Attorneys for Defendant
MATTHEW F. CARROLL, M.D.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOB E. BLAKE, M.D.<br><br>     Plaintiff,<br><br>vs.<br><br>UNUMPROVIDENT CORPORATION, UNUM CORPORATION, UNUM LIFE INSURANCE COMPANY OF AMERICA, MATTHEW F. CARROLL, M.D., LYNETTE D. RIVERS, PH.D., MARK W. BONDI, PH.D., COMMISSIONER OF CALIFORNIA DEPARTMENT OF INSURANCE and DOES 1 through 50, Inclusive,<br><br>     Defendants. | CASE NO. CV 07 5957 EDL<br><br>CERTIFICATE OF SERVICE<br><br>Dept:<br>Judge: Elizabeth D. Laporte |

I, the undersigned individual, declare: That I am, and was at the time of service of the papers herein referred to, over the age of eighteen years, and not a party to the action; and I am employed in the County of San Diego, California, in which county the within-mentioned mailing occurred. My business address is NEIL, DYMOTT, FRANK, MCFALL & TREXLER APLC, 1010 Second Avenue, Suite 2500, San Diego, California, 92101.

I electronically filed the following documents:

1.   DEFENDANT MATTHEW F. CARROLL, M.D.'S ANSWER TO
     PLAINTIFF'S COMPLAINT;

1

4.      **DECLARATION OF PROOF OF SERVICE.**

with the Clerk of the United States District Court for the Southern District of California, using the CM/ECF System. The Court's CM/ECF System will send an e-mail notification of the foregoing filing to the following parties and counsel of record who are registered with the Court's CM/ECF System:

**Ray Francis Bourhis, Esq.** rfbourhis@aol.com
**Lawrence Arthur Mann** larry_mann_2000@yahoo.com
**John C. Ferry** jferry@kelher.com
**Thomas M. Herlihy** herlihy@kelher.com
**John C. Ferry** jferry@kelher.com
**Kelly Herlihy & Klein LLP** herlihy@kelher.com
**John C. Ferry** jferry@kelher.com
**Thomas M. Herlihy** herlihy@kelher.com

Pursuant to the CM/ECF System, registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities.

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

Ann M. Burr, Esq.
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004

Joanna L. Storey, Esq.
Hassard Bonnington LLP
Two Embarcadero Center, Suite 1800
San Francisco, CA 94111-3993

/ / /

/ / /

2

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on December 7, 2007 at San Diego, California.

By: /s Michael I. Neil
Michael I. Neil, Esq.