THOMAS M. HERLIHY (SBN 83615)
JOHN C. FERRY (SBN 104411)
KELLY, HERLIHY & KLEIN LLP
44 Montgomery Street, Suite 2500
San Francisco, CA 94104-4798
Tel.: (415) 951-0535
Fax: (415) 391-7808
Email: herlihy@kelher.com
       jferry@kelher.com

Attorneys for Defendants
UNUM GROUP (formerly known as
UNUMPROVIDENT CORPORATION),
UNUM CORPORATION and UNUM LIFE
INSURANCE COMPANY OF AMERICA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT E. BLAKE, <br><br> Plaintiff, <br><br> vs. <br><br> UNUMPROVIDENT CORPORATION; UNUM CORPORATION, UNUM LIFE INSURANCE COMPANY OF AMERICA, MATHEW F. CARROLL, M.D., LYNETTE D. RIVERS, PH.D., MARK W. BONDI, PH.D., COMMISSIONER OF THE CALIFORNIA DEPARTMENT OF INSURANCE, and DOES 1 through 50 inclusive, <br><br> Defendants. | Case No.: CV07-5957 EDL <br><br> **CERTIFICATE OF SERVICE OF NOTICE OF REMOVAL AND ACCOMPANYING U.S. DISTRICT COURT DOCUMENTS** |

1  I, CIARA GARLITOS, declare:

2  I am employed in the City and County of San Francisco, State of California. My business
3  address is 44 Montgomery Street, Suite 2500, San Francisco, California 94104. I am over the
4  age of 18 years and not a party to the foregoing action.

5  On November 28, 2007, I served a copy of the **NOTICE OF REMOVAL OF ACTION**
6  **TO FEDERAL COURT**, on the interested parties in this action, along with the following
7  documents:

8     1.   Certificate of Interested Parties;
9     2.   ECF Registration Information Handout;
10    3.   Welcome to the U.S. District Court, San Francisco Packet;
11    4.   Notice of Assignment of Case to a United States Magistrate Judge for
12        Trial;
13    5.   Consent to Proceed Before a United States Magistrate Judge;
14    6.   Declination to Proceed Before a Magistrate Judge and Request for
15        Reassignment to a United States District Judge;
16    7.   Order Setting Initial Case Management Conference and ADR Deadlines;
17    8.   Standing Order; Standing Order re Case Management Conference; and
18    9.   Standing Order for All Judges of the Northern District of California –
19        Contents of Joint Case Management Statement;

20 by mail, by placing a true copy thereof enclosed in a sealed envelope in a designated area for
21 outgoing mail, and addressed to:

22
23 Ray Bourhis, Esq.                               Attorneys for Plaintiff ROBERT E. BLAKE
   Lawrence Mann, Esq.
24 Bourhis & Mann
   1050 Battery Street
25 San Francisco, CA 94111

26
   Ann M. Burr, Esq.                              Attorney(s) for Defendant THE
27 Deputy Attorney General                        COMMISSIONER OF CALIFORNIA
   455 Golden Gate Avenue, Suite 11000            DEPARTMENT OF INSURANCE
28 San Francisco, CA 94102-7004

-1-

CERTIFICATE OF SERVICE OF NOTICE OF REMOVAL AND ACCOMPAYING COURT DOCUMENTS

| | |
|---|---|
| M. Todd Ratay, Esq.<br>Neil, Dymott, Frank, McFall & Trexler<br>1010 Second Avenue, Suite 2500<br>San Diego, CA 92101<br>Fax: (619) 238-1562 | Attorney(s) for Defendant MATTHEW F. CARROLL |

At Kelly, Herlihy & Klein LLP, mail placed in that designated area is given the correct amount of postage and is deposited that same day, in the ordinary course of business, in a United States mailbox in the City of San Francisco, California.

I declare under penalty of perjury and the laws of the State of California that the foregoing is true and correct and that this declaration was executed on November 28, 2007, at San Francisco, California.

_____
CIARA GARLITOS

E:\27261\P05.doc

CERTIFICATE OF SERVICE OF NOTICE OF REMOVAL AND ACCOMPAYING COURT DOCUMENTS