**United States District Court**
For the Northern District of California

1
2
3
4      UNITED STATES DISTRICT COURT
5      NORTHERN DISTRICT OF CALIFORNIA
6
7  ROBERT E. BLAKE,

           Plaintiff,                    No. C-07-05957 EDL

       v.                                NOTICE OF IMPENDING
                                         REASSIGNMENT TO A UNITED
                                         STATES DISTRICT COURT JUDGE

   UNUMPROVIDENT CORPORATION,
   et al.,

           Defendants.
                                     /

   The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

   **XX**    (1)    One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or

           (2)    One or more of the parties has sought a type of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

   The CASE MANAGEMENT CONFERENCE previously scheduled for February 26, 2008, at 10:00 a.m. on Magistrate Judge Laporte's calendar will NOT be held.


   Dated:  December 10, 2007

                                         Richard W. Wieking, Clerk
                                         United States District Court

                                         *[signature: Lili M. Harrell]*
                                         By: Lili M. Harrell
                                         Deputy Clerk