HASSARD BONNINGTON LLP
MARC N. ZIMMERMAN, ESQ., State Bar No. 100521
JOANNA L. STOREY, ESQ., State Bar No. 214952
Two Embarcadero Center, Suite 1800
San Francisco, California 94111-3993
Telephone: (415) 288-9800
Fax: (415) 288-9801

Attorneys for Defendant
MARK W. BONDI, Ph.D.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOB E. BLAKE, M.D.,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>UNUMPROVIDENT CORPORATION,<br>et. al.,<br><br>　　　　Defendants. | No. C 07-05957 EDL<br>State Complaint Filed: Oct. 16, 2007<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

　　　　By their signatures below, plaintiff's counsel Lawrence Mann, Esq., and defendant Mark W. Bondi, Ph.D.'s counsel, Joanna L. Storey, Esq., hereby stipulate to extend the time for defendant Mark W. Bondi, Ph.D. to answer, move or otherwise respond to plaintiff's Complaint to December 24, 2007.

Dated: December 10, 2007　　　　HASSARD BONNINGTON LLP

　　　　　　　　　　　　　　　　By:___/s/_____
　　　　　　　　　　　　　　　　　　Joanna L. Storey, Esq.
　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　MARK W. BONDI, Ph.D.

Dated: December 10, 2007　　　　BOURHIS & MANN

　　　　　　　　　　　　　　　　By:___/s/_____
　　　　　　　　　　　　　　　　　　Lawrence Mann, Esq.
　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　BOB E. BLAKE, M.D.

-1-