**UNITED STATES DISTRICT COURT**

**Northern District of California**

**450 Golden Gate Avenue**

**San Francisco, California 94102**

————————

www.cand.uscourts.gov

Richard W. Wieking                                                    General Court Number
Clerk                                                                          415.522.2000

## December 11, 2007

**CASE NUMBER:  CV 07-05957 EDL**

**CASE TITLE:  ROBERT E. BLAKE-v-UNUMPROVIDENT CORP.**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **SAN FRANCISCO** division.

**Honorable SAMUEL CONTI** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **SC** immediately after

the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 12/11/07


FOR THE EXECUTIVE COMMITTEE:

_____
                                                     Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                    Special Projects
Log Book Noted                                          Entered in Computer 12/11/07 MAB


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                Transferor CSA