IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

M.D. BOB BLAKE,
      Plaintiff(s),

v.

UNUM PROVIDENT CORP., et al.,
      Defendant(s).
_____/

No. C-07-5957-SC

Clerk's Notice

(Plaintiff is required to serve and file a proof of service with the Court on any party involved not listed on the attached proof of service.)

YOU ARE NOTIFIED THAT the Court has scheduled a **Status Conference** on **March 7, 2008 at 10:00 A.M.** before the Honorable Samuel Conti. The parties are to file one joint Status Conference Statement seven days prior to the Conference.

Please report to Courtroom 1, on the 17th floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated:    December 13, 2007

FOR THE COURT,

Richard W. Wieking, Clerk

By: T. De Martini
     Courtroom Deputy Clerk