HASSARD BONNINGTON LLP
MARC N. ZIMMERMAN, ESQ., State Bar No. 100521
JOANNA L. STOREY, ESQ., State Bar No. 214952
Two Embarcadero Center, Suite 1800
San Francisco, California  94111-3993
Telephone:  (415) 288-9800
Fax:  (415) 288-9801
Email: jls@hassard.com

Attorneys for Defendant
MARK W. BONDI, Ph.D.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| BOB E. BLAKE, M.D.,<br><br>             Plaintiff,<br><br>     vs.<br><br>UNUMPROVIDENT CORPORATION,<br>et. al.,<br><br>             Defendants. | No. C 07-05957 SC<br>State Complaint Filed: Oct. 16, 2007<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report, to her knowledge.

Dated:   December 18, 2007          HASSARD BONNINGTON LLP


By:_____
            Joanna L. Storey, Esq.
        Attorneys for Defendant
        MARK W. BONDI, Ph.D.

-1-

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
P:\Wdocs\HBMAIN\00045\00193\00263791.DOC-121807