1  HASSARD BONNINGTON LLP
   MARC N. ZIMMERMAN, ESQ., State Bar No. 100521
2  JOANNA L. STOREY, ESQ., State Bar No. 214952
   Two Embarcadero Center, Suite 1800
3  San Francisco, California  94111-3993
   Telephone: (415) 288-9800
4  Fax: (415) 288-9801
   Email: jls@hassard.com
5
   Attorneys for Defendant
6  MARK W. BONDI, Ph.D.

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11
   BOB E. BLAKE, M.D.,                   No. C 07-05957 SC
12                                       State Complaint Filed: Oct. 16, 2007
                   Plaintiff,
13                                       **[PROPOSED] ORDER DISMISSING**
        vs.                              **THE FIFTH AND SIXTH CAUSES OF**
14                                       **ACTION AGAINST MARK W. BONDI,**
   UNUMPROVIDENT CORPORATION,            **PH.D.**
15 et. al.,
                                         Date: February 8, 2008
16                 Defendants.           Time: 10:00 a.m.
                                         Courtroom: 1
17                                       Judge: Hon. Samuel Conti

18
            This matter came on regularly to be heard on February 8, 2008, in the
19
   above-entitled court, pursuant to a Motion to Dismiss filed by defendant Mark W.
20
   Bondi, Ph.D.  Joanna L. Storey, Esq. appeared on behalf of Dr. Bondi.  Lawrence
21
   Mann, Esq. appeared on behalf of plaintiff Bob E. Blake.
22
            The matter having been briefed, argued and submitted for decision, and
23
   good cause appearing therefor,
24
            The Court finds that the fifth cause of action fails to state a claim upon
25
   which relief can be granted because plaintiff cannot allege Dr. Bondi caused the
26
   inducement or the breach, which is an essential element of the cause of action for
27
   inducing breach of contract.
28
   / / /

                                   -1-

1    The Court further finds that the sixth cause of action fails to state a

2  claim upon which relief can be granted because plaintiff cannot establish the required

3  element in a claim for interference with prospective economic advantage that it was

4  "probable" that his relationship with defendants Unumprovident Corporation, Unum

5  Corporation and Unum Life Insurance Company of America would have resulted in

6  future economic benefit but for Dr. Bondi's evaluation.

7    The Court further finds that both causes of action also fail as a matter of

8  law because plaintiff failed to allege that he would have received disability benefits,

9  but for Dr. Bondi's actions.

10    IT IS HEREBY ORDERED that because plaintiff has not, and

11  reasonably cannot, state a claim for relief under the fifth cause of action for inducing

12  breach of contract and the sixth cause of action for interference with prospective

13  economic advantage, the motion to dismiss is GRANTED.

14    IT IS FURTHER ORDERED that plaintiff is denied leave to amend and

15  the fifth and sixth causes of action are, for all purposes, DISMISSED.

16

17  Dated: _____          _____

18                                                HONORABLE SAMUEL CONTI

19

20

21

22

23

24

25

26

27

28

MOTION TO DISMISS THE FIFTH AND SIXTH CAUSES OF ACTION
P:\Wdocs\HBMAIN\00045\00193\00263988.DOC-121907