THOMAS M. HERLIHY (SBN 83615)
JOHN C. FERRY (SBN 104411)
KELLY, HERLIHY & KLEIN LLP
44 Montgomery Street, Suite 2500
San Francisco, CA 94104-4798
Tel.: (415) 951-0535
Fax: (415) 391-7808
Email: herlihy@kelher.com
       jferry@kelher.com

Attorneys for Defendants
UNUM GROUP (formerly known as
UNUMPROVIDENT CORPORATION),
UNUM CORPORATION (a now non-existent
entity, properly referred to as Unum Group)
and UNUM LIFE INSURANCE COMPANY OF AMERICA

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT E. BLAKE,<br><br>                Plaintiff,<br><br>        vs.<br><br>UNUMPROVIDENT CORPORATION;<br>UNUM CORPORATION, UNUM LIFE<br>INSURANCE COMPANY OF AMERICA,<br>MATHEW F. CARROLL, M.D., LYNETTE D.<br>RIVERS, PH.D., MARK W. BONDI, PH.D.,<br>COMMISSIONER OF THE CALIFORNIA<br>DEPARTMENT OF INSURANCE, and DOES<br>1 through 50 inclusive,<br><br>                Defendants. | Case No.: C 07-05957 SC<br>(State Complaint Filed: October 16, 2007)<br><br>**THE CORPORATE DEFENDANTS'**<br>**JOINDER IN DR. BONDI'S MOTION**<br>**TO DISMISS THE FIFTH AND SIXTH**<br>**CAUSES OF ACTION**<br><br>Date:   February 8, 2008<br>Time:  10:00 a.m.<br>Court: 1<br><br>**The Honorable Samuel Conti** |


1   Defendants, UNUM GROUP (formerly known as UNUMPROVIDENT
2   CORPORATION), UNUM CORPORATION (a corporation that on June 30, 1999 merged with
3   and into Provident Companies, Inc., which then amended its charter on June 30, 1999 to change
4   its name to UnumProvident Corporation, now known as Unum Group), THE PAUL REVERE
5   LIFE INSURANCE COMPANY and UNUM LIFE INSURANCE COMPANY OF AMERICA
6   (collectively "Corporate Defendants") hereby submit this Joinder.

## JOINDER

Defendant Mark Bondi, Ph. D. has filed a motion to dismiss the Fifth and Sixth Causes of Action of plaintiff's complaint directed against him on the grounds that as to the Fifth Cause of Action, Dr. Bondi did not 'induce' the Corporate Defendants to breach their contract with plaintiff and as to the Sixth Cause of Action, Dr. Bondi's actions could not have prevented a future economic benefit to plaintiff.

Believing Dr. Bondi's arguments to be meritorious, the Corporate Defendants hereby Join in his motion.

KELLY, HERLIHY & KLEIN LLP

Dated: December 21, 2007         By_____/s/_____
                                        John C. Ferry
                                      Attorneys for Defendants
                            UNUM GROUP (formerly known as UNUMPROVIDENT
                                  CORPORATION), UNUM CORPORATION,
                            THE PAUL REVERE LIFE INSURANCE COMPANY and
                              UNUM LIFE INSURANCE COMPANY OF AMERICA

E:\27261\P06.doc

-1-