1  Ray Bourhis, Esq. SBN 53196
2  Lawrence Mann, Esq. SBN 83698
   Bennett M. Cohen, Esq. SBN 90865
3  **BOURHIS & MANN**
   1050 Battery Street
4  San Francisco, CA 94111
5  Tel: (415) 392-4660; Fax: (415) 421-0259

6  Attorneys for Plaintiff BOB BLAKE, M.D.

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 BOB BLAKE, M.D.,                              ) Case No.:  C 07-5957 SC (**E-FILING**)
                                                 )
12        Plaintiff,                             ) PLAINTIFF BOB BLAKE, M.D.'S
                                                 ) NOTICE OF MOTION AND MOTION
13 v.                                            ) FOR REMAND BACK TO STATE
                                                 ) COURT AND REQUEST FOR COSTS
14 UNUMPROVIDENT CORPORATION; UNUM               ) AND FEES (28 U.S.C. §§1332 and 1447)
   CORPORATION, UNUM LIFE INSURANCE              )
15 COMPANY OF AMERICA, MATTHEW F.                )
16 CARROLL, M.D., LYNETTE D. RIVERS,             ) [Filed concurrently with Plaintiff's Motion
   PH.D., MARK BONDI, PH.D.,                     ) for Remand and Declaration of Chris
17 COMMISSIONER OF THE CALIFORNIA                ) Renner in Support Thereof]
   DEPARTMENT OF INSURANCE and DOES 1            )
18 – 20, inclusive,                              )
                                                 ) DATE:  Friday, February 8, 2008
19                                               ) TIME:  10:00 A.M.
                                                 ) DEPT:  Courtroom 1, 17th Floor
20        Defendants.                            )
                                                 ) TRIAL DATE:  Not Yet Set
21                                               )

22

23      PLEASE TAKE NOTICE that on Friday, February 8, 2008 at 10:00 A.M. or as soon

24 thereafter as counsel may be heard in Courtroom "1" of the above-entitled Court, located at 450

25 Golden Gate Avenue, San Francisco, California 94102, Plaintiff BOB BLAKE, M.D. will and does

26 hereby move the Court for remand of this matter back to State Court and for fees and costs incurred

27 in obtaining them as a result of the removal.

28
                                            1
                          Case No.:  C 07-5957 SC (**E-FILING**)
PLAINTIFF BOB BLAKE, M.D.'s NOTICE OF MOTION AND MOTION FOR REMAND BACK TO STATE
         COURT AND REQUEST FOR COSTS AND FEES (28 U.S.C. §1447)

1    The motion is made on the basis that, in their Notice of Removal, the removing parties fail to establish diversity of citizenship (28 U.S.C. 1332) and further, that the Notice of Removal is procedurally defective (28 U.S.C. 1447(c)). This motion is based upon this notice and motion, the attached memorandum of points and authorities, the declaration of Chris Renner, the pleadings on file in this action and upon such oral argument as shall be allowed at the hearing of this motion.

Dated:  December 21, 2007          BOURHIS & MANN

By: _____
Ray Bourhis, Esq.
Lawrence Mann, Esq.
Bennett M. Cohen, Esq.
Attorneys for Plaintiff BOB BLAKE, M.D.

2

Case No.:  C 07-5957 SC **(E-FILING)**
PLAINTIFF BOB BLAKE, M.D.'s NOTICE OF MOTION AND MOTION FOR REMAND BACK TO STATE COURT AND REQUEST FOR COSTS AND FEES (28 U.S.C. §1447)

# PROOF OF SERVICE

*Bob Blake, M.D. v. Unumprovident Corporation, et al.*

U.S. District Court, Northern District of California, Case No. C07-5957 SC

I am a resident of the State of California, over the age of eighteen years and not a party to this action. My business address is 1050 Battery Street, San Francisco, California 94111. On December 21, 2007, I will serve the following documents:

NOTICE OF MOTION AND MOTION OF PLAINTIFF BOB BLAKE, M.D.'S MOTION FOR REMAND BACK TO STATE COURT

in the manner as provided by Rule 5(b) of the Federal Rules of Civil Procedure by placing a true copy of the document(s) listed above, enclosed in a sealed envelope, addressed as set forth below, for collection and mailing on the date and at the business address shown above following our ordinary business practices. I am readily familiar with this business practice for collection and processing of correspondence for mailing with the United States Postal Service. On the same day that a sealed envelope is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service with postage fully prepaid. I am employed in the county where the mailing described below occurred, and am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. I placed a true copy of the specified document(s) in a sealed envelope(s) with postage thereon fully prepaid. The envelope(s) will be deposited with the United States Postal Service on this day in the ordinary course of business in San Francisco, California.

| | |
|---|---|
| UNUMPROVIDENT CORPORATION, UNUM CORPORATION, UNUM LIFE INSURANCE COMPANY OF AMERICA<br>John C. Ferry, Esq.<br>Thomas M. Herlihy, Esq.<br>KELLY, HERLIHY & KLEIN LLP<br>44 Montgomery Street, Ste. 2500<br>San Francisco, CA 94104-4798<br>Phone: (415) 951-0535<br>Fax:    (415) 391-7808<br>Email: jferry@kelher.com<br>Email: herlihy@kelher.com<br><br>**Defedandant MARK W. BONDI, Ph.D.**<br>Joanna L. Storey, Esq., SBN 214952<br>Marc N. Zimmerman, Esq., SBN 100521<br>HASSARD BONNINGTON LLP<br>2 Embarcadero Ctr., Ste. 1800<br>San Francisco, CA 94111<br>Tel: (415) 288-9800<br>Fax: (415) 288-9801<br>jls@hassard.com | DEFENDANT MATTHEW F. CARROLL, M.D<br>Michael I. Neil, Esq.<br>M. Todd Ratay, Esq.<br>NEIL, DYMOTT, FRANK, McFALL & TREXLER<br>1010 Second Avenue, Suite 2500<br>San Diego, CA 92101-4959<br>Phone: (619) 238-1712<br>Fax: (619) 239-1562<br><br>**FOR THE DOI OF THE CALIFORNIA DEPARTMENT OF INSURANCE:**<br>Anne Michelle Burr, Esq.<br>Deputy Attorney General<br>455 Golden Gate Avenue,, Ste. 1100<br>San Francisco, CA 94102<br>Tel: (415) 703-1403<br>Fax: (415) 703-5480 |

**(X) (FEDERAL)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed at San Francisco, California, on December 21, 2007.

_____
Mary M. Martin

3

Case No.: C 07-5957 SC **(E-FILING)**
PLAINTIFF BOB BLAKE, M.D.'s NOTICE OF MOTION AND MOTION FOR REMAND BACK TO STATE COURT AND REQUEST FOR COSTS AND FEES (28 U.S.C. §1447)