1 | Ray Bourhis, Esq. SBN 53196
Lawrence Mann, Esq. SBN 83698
2 | Bennett M. Cohen, Esq. SBN 98065
3 | **BOURHIS & MANN**
1050 Battery Street
4 | San Francisco, CA 94111
Tel: (415) 392-4660
5 | Fax: (415) 421-0259
6
Attorneys for Plaintiff BOB BLAKE, M.D.
7

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10

11 | BOB BLAKE, M.D.,                                ) Case No.: C 07-5957 SC (E-FILING)
                                                    )
12 |           Plaintiff,                            )
                                                    ) DECLARATION OF CHRIS RENNER RE
13 | v.                                              ) PLAINTIFF BOB BLAKE, M.D.'S MOTION
                                                    ) FOR REMAND BACK TO STATE COURT
14 | UNUMPROVIDENT CORPORATION;                      )
   | UNUM CORPORATION, UNUM LIFE                     ) DATE :  Friday, February 8, 2008
15 | INSURANCE COMPANY OF AMERICA,                   ) TIME :  10:00 A.M.
   | MATTHEW F. CARROLL, M.D.,                       ) PLACE:  Courtroom 1, 17th Floor
16 | LYNETTE D. RIVERS, PH.D., MARK                  )
17 | BONDI, PH.D., COMMISSIONER OF THE               ) Filed concurrently with Notice of Motion and
   | CALIFORNIA DEPARTMENT OF                        ) Motion for Remand; Motion for Remand]
18 | INSURANCE and DOES 1 – 20, inclusive,           )
                                                    ) TRIAL DATE: NONE SET
19 |                                                 )
   |           Defendants.                           )
20                                                  )
                                                    )
21 |_____)

22
        I, Chris Renner, hereby declare:
23
        1.      I have personal knowledge of the facts stated herein and, if called to testify I
24
could and would so testify.
25
        2.      I am the Benefits Director for MedAmerica. My address is 2100 Powell Street,
26
Ste. 900, Emeryville, CA 94608.
27

28
                                                  1
                                    Case No.: C 07-5957 SC (E-FILING)
            DECLARATION OF CHRIS RENNER IN SUPPORT OF PLAINTIFF BOB BLAKE, M.D.'S
                          MOTION FOR REMAND BACK TO STATE COURT

3. MedAmerica is a company which is the business arm of California Emergency Physicians. California Emergency Physicians is a partnership consisting of emergency room physicians. All emergency room physicians working for California Emergency Physicians are partners.

4. In or around 1999, as the Benefits Director for MedAmerica, I was involved in obtaining disability insurance for the physicians who are partners in California Emergency Physicians. In or around 1999, MedAmerica obtained Unum Policy No. 543289-031 for the emergency room physicians of California Emergency Physicians -- all of whom are partners. (Unum Policy No. 543289-031 was discontinued at the end of 2005.) The physician partners all paid 100 percent of the cost of their own premiums and becoming insured under Unum Policy No. 543289-031 was voluntary.

5. As is stated on page 3 of Unum Policy No. 543289-031, only partners of California Emergency Physicians were insured under this particular policy. Non-physicians of California Emergency Physicians and MedAmerica were insured under other policies (543289-011 and 543289-021). It was my understanding when we obtained Unum Policy No. 543289-031 that it was for physician partners only and that is my understanding now. Based on my knowledge as Benefits Director of MedAmerica, there were no employees of any company insured under Unum Policy No. 543289-031 and no employees of any company have ever been insured under Unum Policy No. 543289-031.

6. On page 3 of the Unum Policy No. 543289-031, the page states that "employees" must be working at least 17.3 hours per week in order to be eligible for coverage. Based on my understanding of the policy I was involved in obtaining for the physician partners, the term "employee" refers to a partner, not an employee of any company. I state this for two reasons. First, emergency room physicians were required to work 900 hours per year to be eligible for benefits under this policy -- and 17.3 per week totals 900 hours per year. Secondly, there was Unum Policy No. 543289-021 which covered employees only and Unum Policy No. 543289-011

which covered Physician's Assistants only. Unum Policy No. 543289-031, as stated, covered only physician partners.

7. Dr. Robert Blake was a physician partner in California Emergency Physicians when the Unum Policy No. 543289-031 was in effect and was an insured under this policy.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 21th day of December, 2007, at Emeryville, California.

Chris Renner

---

3

Case No.: C 07-5957 SC (E-FILING)
DECLARATION OF CHRIS RENNER IN SUPPORT OF PLAINTIFF BOB BLAKE, M.D.'S
MOTION FOR REMAND BACK TO STATE COURT

**PROOF OF SERVICE**
*Bob Blake, M.D. v. Unumprovident Corporation, et al.*
*U.S. District Court, Northern District of California, Case No. C07-5957 SC*

I am a resident of the State of California, over the age of eighteen years and not a party to this action. My business address is 1050 Battery Street, San Francisco, California 94111. On December 21, 2007, I will serve the following documents:

PLAINTIFF BOB BLAKE, M.D.'S MOTION FOR REMAND BACK TO STATE COURT

in the manner as provided by Rule 5(b) of the Federal Rules of Civil Procedure by placing a true copy of the document(s) listed above, enclosed in a sealed envelope, addressed as set forth below, for collection and mailing on the date and at the business address shown above following our ordinary business practices. I am readily familiar with this business practice for collection and processing of correspondence for mailing with the United States Postal Service. On the same day that a sealed envelope is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service with postage fully prepaid. I am employed in the county where the mailing described below occurred, and am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. I placed a true copy of the specified document(s) in a sealed envelope(s) with postage thereon fully prepaid. The envelope(s) will be deposited with the United States Postal Service on this day in the ordinary course of business in San Francisco, California.

| | |
|---|---|
| **UNUMPROVIDENT CORPORATION, UNUM CORPORATION, UNUM LIFE INSURANCE COMPANY OF AMERICA**<br>John C. Ferry, Esq.<br>Thomas M. Herlihy, Esq.<br>KELLY, HERLIHY & KLEIN LLP<br>44 Montgomery Street, Ste. 2500<br>San Francisco, CA 94104-4798<br>Phone: (415) 951-0535<br>Fax:     (415) 391-7808<br>Email: jferry@kelher.com<br>Email: herlihy@kelher.com<br><br>**Defedandant MARK W. BONDI, Ph.D.**<br>Joanna L. Storey, Esq., SBN 214952<br>Marc N. Zimmerman, Esq., SBN 100521<br>HASSARD BONNINGTON LLP<br>2 Embarcadero Ctr., Ste. 1800<br>San Francisco, CA 94111<br>Tel: (415) 288-9800<br>Fax: (415) 288-9801<br>jls@hassard.com | **DEFENDANT MATTHEW F. CARROLL, M.D**<br>Michael I. Neil, Esq.<br>M. Todd Ratay, Esq.<br>NEIL, DYMOTT, FRANK, McFALL & TREXLER<br>1010 Second Avenue, Suite 2500<br>San Diego, CA 92101-4959<br>Phone: (619) 238-1712<br>Fax: (619) 239-1562<br><br>**FOR THE DOI OF THE CALIFORNIA DEPARTMENT OF INSURANCE:**<br>Anne Michelle Burr, Esq.<br>Deputy Attorney General<br>455 Golden Gate Avenue,, Ste. 1100<br>San Francisco, CA 94102<br>Tel: (415) 703-1403<br>Fax: (415) 703-5480 |

**(X) (FEDERAL)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed at San Francisco, California, on December 21, 2007.

*[signature]*
Mary M. Martin

4
Case No.: C 07-5957 SC (E-FILING)
DECLARATION OF CHRIS RENNER IN SUPPORT OF PLAINTIFF BOB BLAKE, M.D.'S
MOTION FOR REMAND BACK TO STATE COURT