THOMAS M. HERLIHY (SBN 83615)
JOHN C. FERRY (SBN 104411)
KELLY, HERLIHY & KLEIN LLP
44 Montgomery Street, Suite 2500
San Francisco, CA 94104-4798
Tel.:  (415) 951-0535
Fax:  (415) 391-7808
Email: herlihy@kelher.com
       jferry@kelher.com

Attorneys for Defendants
UNUM GROUP (formerly known as
UNUMPROVIDENT CORPORATION),
UNUM CORPORATION (a now non-existent
entity, properly referred to as Unum Group)
and UNUM LIFE INSURANCE COMPANY OF AMERICA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT E. BLAKE,<br><br>   Plaintiff,<br><br>   vs.<br><br>UNUMPROVIDENT CORPORATION; UNUM CORPORATION, UNUM LIFE INSURANCE COMPANY OF AMERICA, MATHEW F. CARROLL, M.D., LYNETTE D. RIVERS, PH.D., MARK W. BONDI, PH.D., COMMISSIONER OF THE CALIFORNIA DEPARTMENT OF INSURANCE, and DOES 1 through 50 inclusive,<br><br>   Defendants. | Case No.:  C 07-05957 SC<br>(State Complaint Filed: October 16, 2007)<br><br>**DECLARATION OF JOHN C. FERRY IN SUPPORT OF THE CORPORATE DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO REMAND**<br><br>Date:  February 8, 2008<br>Time:  10:00 a.m.<br>Court:  1<br><br>**Trial Date:  Not Yet Set**<br><br>**The Honorable Samuel Conti**<br><br>Supporting Documents:<br>1.  Points and Authorities;<br>2.  Motion to Strike;<br>3.  Declaration of Sarita Johnston;<br>4.  Declaration of David Chidester. |

FERRY DECLARATION RE REMAND MOTION

CASE NO. C 07-05957 SC

I, John C. Ferry, declare as follows:

1. I am an attorney at law, over the age of 21 years, and am Of Counsel to Kelly, Herlihy & Klein, counsel for Unum Group formerly known as UnumProvident Corporation and the Unum Life Insurance Company of America ("Corporate Defendants") herein. I am licensed to practice in all courts in the State of California and have personal knowledge of the facts stated herein, and am competent to testify to the same. The matters set forth herein are true and correct to the best of my knowledge and belief.

2. I submit this declaration in support of Corporate Defendants' opposition to Plaintiff's motion to remand.

3. Attached hereto as Exhibit 1 is a true and correct copy of the Form 5500 filed by MedAmerica pursuant to ERISA requirements for the calendar year 2005.

4. Form 5500 was executed by Chris Renner. The form registers Unum's Long Term Disability Plan, policy number 543289 as an ERISA plan. The Form 5500 states that there are 498 active participants in the plan. I obtained the form by researching the website: 'freeERISA.com', which, among other things, maintains a library of ERISA filings.

I declare under penalty of perjury under the laws of the State of California and of the United States that the foregoing is true and correct. Executed this 18th day of January, 2008, at San Francisco, California.

_____
John C. Ferry

E:\27261\P09doc

-1-
FERRY DECLARATION RE REMAND MOTION
CASE NO. C 07-05957 SC

**EXHIBIT 1**



**Quicklinks**

Back to Company Detail page | New Search
Form 5500 | Schedule A | Other Documents | SHOW ALL

| Form **5500**<br>Department of the Treasury<br>Internal Revenue Service<br>Department of Labor<br>Pension and Welfare Benefits<br>Administration<br>Pension Benefit Guaranty Corporation | **Annual Return/Report of Employee Benefit Plan**<br>This form is required to be filed under sections 104 and 4065 of the Employee Retirement Income Security Act of 1974 (ERISA) and sections 6039D, 6047(e), 6057(b), and 6058(a) of the Internal Revenue Code (the Code).<br>Complete all entries in accordance with the instructions to the Form 5500. | Official Use Only<br>OMB Nos. 1210 - 0110<br>1210 - 0089<br>**2005**<br>This Form is Open to Public Inspection |

### Part I    Annual Report Identification Information

For the calendar plan year 2005 or fiscal plan year beginning January 01, 2005, and ending December 31, 2005

**A** This return/report is for:
(1) ☐ a multiemployer plan;
(2) ☒ a single-employer plan (other than a multiple-employer plan);
(3) ☐ a multiple-employer plan;
(4) ☐ a DFE (specify)

**B** This return/report is:
(1) ☐ the first return/report filed for the plan;
(2) ☐ the amended return/report;
(3) ☐ the final return/report filed for the plan;
(4) ☐ a short plan year return/report (less than 12 months).

**C** If the plan is a collectively-bargained plan, check here ☐

**D** If you filed for an extension of time to file, check the box and attach a copy of the extension application ☐

### Part II    Basic Plan Information -- enter all requested information.

**1a** Name of plan

MEDAMERICA, INC. LONG TERM DISABILITY PLAN

**1b** Three-digit plan number (PN)    505

**1c** Effective date of plan (mo., day, yr.)
January 01, 1992

**2a** Plan sponsor's name and address (employer, if for a single-employer plan) (Address should include room or suite no.)

MEDAMERICA, INC.
2100 POWELL ST STE 960
2100 POWELL STREET, STE. 960
EMERYVILLE, CA 94608-1844

**2b** Employer Identification Number (EIN)
94-2629764

**2c** Sponsor's telephone number
510-350-2600

**2d** Business code (see instructions)
621111

Caution: A penalty for the late or incomplete filing of this return/report will be assessed unless reasonable cause is established.
Under penalties of perjury and other penalties set forth in the instructions, I declare that I have examined this return/report, including accompanying schedules, statements and attachments, and to the best of my knowledge and belief, it is true, correct, and complete.

Signature of plan administrator        Date 07/12/2006        CHRIS RENNER
                                                               Typed or printed name of individual signing as plan administrator

Signature of employer/plan sponsor/DFE    Date 07/12/2006    CHRIS RENNER
                                                             Typed or printed name of individual signing as employer, plan sponsor or DFE as applicable

For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500.    v2.3    Form **5500** (2005)

**3a** Plan administrator's name and address (if same as plan sponsor, enter "Same")

SAME

**3b** Administrator's EIN

**3c** Administrator's telephone number

**4** If the name and/or EIN of the plan sponsor has changed since the last return/report filed for this plan, enter the name, EIN and the plan number from the last return/report below:

**a** Sponsor's name

**b** EIN

**c** PN

**5** Preparer information (optional)    **a** Name (including firm name, if applicable) and address    **b** EIN

c Telephone no.

6  Total number of participants at the beginning of the plan year — **6** — 417

7  Number of participants as of the end of the plan year (welfare plans complete only lines **7a, 7b, 7c,** and **7d**)
  a  Active participants — **a** — 489
  b  Retired or separated participants receiving benefits — **b**
  c  Other retired or separated participants entitled to future benefits — **c**
  d  Subtotal. Add lines **7a, 7b,** and **7c** — **d** — 489
  e  Deceased participants whose beneficiaries are receiving or are entitled to receive benefits — **e**
  f  Total. Add lines **7d** and **7e** — **f**
  g  Number of participants with account balances as of the end of the plan year (only defined contribution plans complete this item) — **g**
  h  Number of participants that terminated employment during the plan year with accrued benefits that were less than 100% vested — **h**
  i  If any participant(s) separated from service with a deferred vested benefit, enter the number of separated participants required to be reported on a Schedule SSA (Form 5500) — **i**

8  Benefits provided under the plan (complete 8a through 8c, as applicable)
  a  ☐ Pension benefits (check this box if the plan provides pension benefits and enter the applicable pension feature codes from the List of Plan Characteristics Codes (printed in the instructions)):

  b  ☒ Welfare benefits (check this box if the plan provides welfare benefits and enter the applicable welfare feature codes from the List of Plan Characteristics Codes (printed in the instructions)):

  4H

9a  Plan funding arrangement (check all that apply)
  (1) ☒ Insurance
  (2) ☐ Section 412(i) insurance contracts
  (3) ☐ Trust
  (4) ☐ General assets of the sponsor

9b  Plan benefit arrangement (check all that apply)
  (1) ☒ Insurance
  (2) ☐ Section 412(i) insurance contracts
  (3) ☐ Trust
  (4) ☐ General assets of the sponsor

10  Schedules attached (Check all applicable boxes and, where indicated, enter the number attached. See instructions.)
  a  Pension Benefit Schedules
    (1) ☐ R (Retirement Plan Information)
    (2) ☐ T (Qualified Pension Plan Coverage Information)
      If a Schedule T is not attached because the plan is relying on coverage testing information for a prior year, enter the year
    (3) ☐ B (Actuarial Information)
    (4) ☐ E (ESOP Annual Information)
    (5) ☐ SSA (Separated Vested participant Information)
  b  Financial Schedules
    (1) ☐ H (Financial Information)
    (2) ☐ I (Financial Information -- Small Plan)
    (3) ☒ 1 A (Insurance Information)
    (4) ☐ C (Service Provider Information)
    (5) ☐ D (DFE/Participating Plan Information)
    (6) ☐ G (Financial Transaction Schedules)
    (7) ☐ P (Trust Fiduciary Information)

Back to Top



**Quicklinks**

Back to Company Detail page | New Search
Form 5500 | Schedule A | Other Documents | SHOW ALL

| SCHEDULE A<br>Form 5500<br>Department of the Treasury<br>Internal Revenue Service<br>Department of Labor<br>Pension and Welfare Benefits Administration<br>Pension Benefit Guaranty Corporation | INSURANCE Information<br>This schedule is required to be filed under section 104 of the<br>Employee Retirement Income Security Act of 1974.<br>File as an attachment to Form 5500.<br>Insurance companies are required to provide this information<br>pursuant to ERISA section 103(a)(2). | Official Use Only<br>OMB No. 1210 - 0110<br>**2005**<br>This Form is Open to<br>Public Inspection |
|---|---|---|

For the calendar plan year 2005 or fiscal plan year beginning January 01, 2005, and ending December 31, 2005

**A** Name of plan

MEDAMERICA, INC. LONG TERM DISABILITY PLAN

**B** Three-digit plan number    505

**C** Plan sponsor's name as shown on line 2a of Form 5500

MEDAMERICA, INC.

**D** Employer Identification Number
94-2629764

### Part I  Information Concerning Insurance Contract Coverage, Fees, and Commissions.
Provide information for each contract on a separate Schedule A. Individual contracts grouped as a unit in Parts II and III can be reported on a single Schedule A.

**1** Coverage

(a) Name of insurance carrier

UNUM GROUP INSURANCE

| (b) EIN | (c) NAIC code | (d) Contract or identification number | (e) Aproximate number of persons covered at end of policy or contract year | Policy or contract year | |
|---|---|---|---|---|---|
| | | | | (f) From | (g) To |
| 01-0278678 | 0 | 543289 | 480 | 01/01/2005 | 12/31/2005 |

**2** Insurance fees and commissions paid to agents, brokers, and other persons:

**Totals**

| Amount of commissions paid | Fees paid / Amount |
|---|---|
| $15,684 | |

For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500.   v2.3     Schedule A (Form 5500) 2005

(a) Name and address of the agents, brokers or other persons to whom commissions or fees were paid

ROBERT DRIVER CO., INC.
1620 FIFTH AVENUE
SAN DIEGO, CA 92101-

| (b) Amount of commissions paid | (c) Amount | Fees paid | (d) Purpose | (e) Organization code |
|---|---|---|---|---|
| $15,684 | | | | 3 |

### Part II  Investment and Annuity Contract Information
Where individual contracts are provided, the entire group of such individual contracts with each carrier may be treated as a unit for purposes of this report.

**3** Current value of plan's interest under this contract in the general account at year end
**4** Current value of plan's interest under this contract in separate accounts at year end
**5** Contracts With Allocated Funds
  **a** State the basis of premium rates NON-PARTICIPATING CONTRACTS
  **b** Premiums paid to carrier

   c Premiums due but unpaid at the end of the year
   d If the carrier, service, or other organization incurred any specific costs in connection with the acquision or retention
of the contract or policy, enter amount
      Specify nature of costs
   e Type of contract (1) ☐ individual policies    (2) ☐ group deferred annuity    (3) ☐ other (specify)
   f If contract purchased, in whole or in part, to distribute benefits from a terminating plan check here ☐
6 Contracts With Unallocated Funds (Do not include portions of these contracts maintained in separate accounts)
   a Type of contract (1) ☐ deposit administration    (2) ☐ immediate participation guarantee
                     (3) ☐ guaranteed investment    (4) ☐ other (specify below)

   b Balance at the end of the previous year
   c Additions:
      (1) Contributions deposited during the year
      (2) Dividends and credits
      (3) Interest credited during the year
      (4) Transferred from separate account
      (5) Other (specify below)

      (6) Total additions
   d Total of balance and additions (add b and c (6))
   e Deductions:
      (1) Disbursed from fund to pay benefits or purchase annuities during year
      (2) Administration charge made by carrier
      (3) Transferred to separate account
      (4) Other (specify below)

      (5) Total deductions
   f Balance at the end of the current year (subtract e(5) from d)

Part III  Welfare Benefit Contract Information
         If more than one contract covers the same group of employees of the same employer(s) or members of the same employee
         organization(s), the information may be combined for reporting purposes if such contracts are experience-rated as a unit. Where individual
         contracts are provided, the entire group of such individual contracts with each carrier may be treated as a unit for purposes on this report.

7 Benefit and contract type (check all applicable boxes)
   a ☐ Health (other than dental or vision)    b ☐ Dental                c ☐ Vision                        d ☐ Life insurance
   e ☐ Temporary disability (accident and sickness)  f ☒ Long-term disability  g ☐ Supplemental unemployment  h ☐ Prescription drug
   i ☐ Stop loss (large deductible)           j ☐ HMO contract          k ☐ PPO contract                  l ☐ Indemnity contract
   m ☐ Other (specify)

8 Experience related contracts
   a Premiums:
      (1) Amount received
      (2) Increase (decrease) in amount due but unpaid
      (3) Increase (decrease) in unearned premium reserve
      (4) Earned ((1)+(2)-(3))
   b Benefit charges:
      (1) Claims paid
      (2) Increase (decrease) in claim reserves
      (3) Incurred claims (add (1) and (2))
      (4) Claims charged
   c Remainder of premium:
      (1) Retention charges (on an accrual basis) --
         (A) Commissions
         (B) Administrative service or other fees
         (C) Other specific acquisition costs
         (D) Other expenses
         (E) Taxes
         (F) Charges for risks or other contingencies
         (G) Other retention charges
         (H) Total Retention
      (2) Dividends or retroactive rate refunds. (These amounts were ☐ paid in cash, or ☐ credited.)
   d Status of policyholder reserves at end of year: (1) Amount held to provide benefits after retirement
      (2) Claim reserves
      (3) Other reserves
   e Dividends or retroactive rate refunds due. (Do not include amount entered in c(2).)
9 Nonexperience-rated contracts
   a Total premiums or subscription charges paid to carrier                                                      $792,652

   b If the carrier, service, or other organization incurred any specific costs in connection with the acquisition