THOMAS M. HERLIHY (SBN 83615)
JOHN C. FERRY (SBN 104411)
KELLY, HERLIHY & KLEIN LLP
44 Montgomery Street, Suite 2500
San Francisco, CA 94104-4798
Tel.: (415) 951-0535
Fax: (415) 391-7808
Email: herlihy@kelher.com
       jferry@kelher.com

Attorneys for Defendants
UNUM GROUP (formerly known as
UNUMPROVIDENT CORPORATION),
UNUM CORPORATION (a now non-existent
entity, properly referred to as Unum Group)
and UNUM LIFE INSURANCE COMPANY OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT E. BLAKE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>UNUMPROVIDENT CORPORATION; UNUM CORPORATION, UNUM LIFE INSURANCE COMPANY OF AMERICA, MATHEW F. CARROLL, M.D., LYNETTE D. RIVERS, PH.D., MARK W. BONDI, PH.D., COMMISSIONER OF THE CALIFORNIA DEPARTMENT OF INSURANCE, and DOES 1 through 50 inclusive,<br><br>　　　　Defendants. | Case No.: C 07-05957 SC<br>(State Complaint Filed: October 16, 2007)<br><br>**DECLARATION OF SARITA JOHNSTON IN SUPPORT OF THE CORPORATE DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO REMAND**<br><br>Date: February 8, 2008<br>Time: 10:00 a.m.<br>Court: 1<br><br>Trial Date: Not Yet Set<br><br>The Honorable Samuel Conti |

I, SARITA JOHNSTON, declare as follows:

1. I am over the age of 21 years, and I am the Director of Service & Administration for Unum Group, formerly known as UnumProvident Corporation and the Unum Life Insurance Company of America ("Unum Life"). Unum Group is not an insurance company. Only certain of its subsidiaries (such as First Unum Life Insurance Company) are licensed and authorized to conduct the business of insurance.

2. I submit this declaration in support of Defendants' opposition to Plaintiff's motion to remand.

3. By virtue of my employment, I have knowledge of and am familiar with the policies issued to MedAmerica, Inc. that are at issue in this litigation.

4. In 1999 Unum Life issued policy number 543289 001 ("the 1999 Policy") to MedAmerica, Inc. This is a long term disability insurance policy. In 2002 the policy was amended and acted to replace the original policy issued in 1999 ("the 2002 Policy").

5. A true and correct copy of the 2002 Policy is attached hereto as Exhibit A. (UAGP 01220-01259)

6. Both the 1999 and the 2002 Policy created three eligible groups for coverage. They are defined as follows:

> "Group 1 – Employees: All active full-time employees working a minimum of 30 hours per week and earning a minimum of $2,500 per month in active employment.
>
> Group 2 – Physician Employees: All active employees scheduled to work for a minimum of 17.3 hours per week in active employment.
>
> Group 3 – Partners: All Partners who meet the partnership criteria for California Emergency Physicians Partnership and who work at least 17.3 hours per week in active employment."

7. Thus, the policy under which plaintiff was covered also covered: Employees, Physician Employees and Partners.

-1-

DECLARATION RE REMAND MOTION

CASE NO. C 07-05957 SC

1
2       I declare under penalty of perjury under the laws of the State of California, and of the
3   United States that the foregoing is true and correct. Executed this 18th day of January, 2008, at
4   San Diego, California.
5
6
7                               SARITA JOHNSTON
8
9   E:\27261\P08doc
10
11
...
28

-2-