1  Ray Bourhis, Esq. SBN 53196
   Lawrence Mann, Esq. SBN 83698
2  Bennett M. Cohen, Esq. SBN 90865
3  **BOURHIS & MANN**
   1050 Battery Street
4  San Francisco, CA 94111
   Tel: (415) 392-4660; Fax: (415) 421-0259
5
6  Attorneys for Plaintiff BOB BLAKE, M.D.

7

8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 BOB BLAKE, M.D.,                              ) Case No.: C 07-5957 SC **(E-FILING)**
                                                 )
12        Plaintiff,                             )
                                                 ) PLAINTIFF BOB BLAKE, M.D.'S
13 v.                                            ) OBJECTIONS TO EVIDENCE OFFERED
                                                 ) BY DEFENDANTS RE MOTION FOR
14 UNUMPROVIDENT CORPORATION; UNUM               ) REMAND BACK TO STATE COURT
   CORPORATION, UNUM LIFE INSURANCE              ) AND REQUEST FOR COSTS AND FEES
15 COMPANY OF AMERICA, MATTHEW F.                ) (28 U.S.C. §§1332 and 1447
   CARROLL, M.D., LYNETTE D. RIVERS,             )
16 PH.D., MARK BONDI, PH.D.,                     )
                                                 ) [Filed concurrently with Declaration of
17 COMMISSIONER OF THE CALIFORNIA                ) Plaintiff Bob Blake, M.D. in reply to
   DEPARTMENT OF INSURANCE and DOES 1            ) opposition to Plaintiff's motion for remand]
18 – 20, inclusive,                              )
                                                 )
19                                               ) DATE:  Friday, February 8, 2008
                                                 ) TIME:  10:00 A.M.
20        Defendants.                            ) DEPT:  Courtroom 1, 17th Floor
                                                 )
21 _____      ) TRIAL DATE:  Not Yet Set

22

23        Plaintiff hereby objects to the following evidence offered by Defendants in their

24 opposition to Plaintiff's motion to remand:

25        Exhibit "C" attached to the Declaration of David Chidester on the ground that the list of

26
27 persons allegedly employed by MedAmerica set forth in this letter bearing the Unum letterhead

28                                              1
   _____
                   Case No.: C 07-5957 SC **(E-FILING)**
   PLAINTIFF BOB BLAKE, M.D.'S OBJECTIONS TO EVIDENCE OFFERED BY DEFENDANTS RE MOTION
   FOR REMAND BACK TO STATE COURT AND REQUEST FOR COSTS AND FEES (28 U.S.C. §§1332 and
                                     1447

constitutes hearsay; Plaintiff further objects on the ground that the designation "employees" constitutes an opinion without any foundation or supporting facts. Additionally, there is no designation which of the three Unum insurance policies these insureds are insured under.

Exhibit "E" attached to the declaration of David Chidester on the ground that there is no authentification of this purported print-out of employees of MedAmerica and, further, there is no competent evidence or facts presented that these persons are, in fact, "employees"; finally, the entire document constitutes hearsay.

Exhibit No. 1 attached to the declaration of John C. Ferry, Esq. on the ground that the purported form 5500 is not authenticated, constitutes hearsay and is lay opinion.

Dated: January 24, 2008

BOURHIS & MANN

By: _____
Ray Bourhis, Esq.
Lawrence Mann, Esq.
Bennett M. Cohen, Esq.
Attorneys for Plaintiff BOB BLAKE, M.D.

# PROOF OF SERVICE

### Bob Blake, M.D. v. Unumprovident Corporation, et al.

### U.S. District Court, Northern District of California, Case No. C07-5957 SC

I am a resident of the State of California, over the age of eighteen years and not a party to this action. My business address is 1050 Battery Street, San Francisco, California 94111. On January 24, 2008, I will serve the following documents:

PLAINTIFF BOB BLAKE, M.D.'S OBJECTIONS TO EVIDENCE OFFERED BY DEFENDANTS RE MOTION FOR REMAND BACK TO STATE COURT AND REQUEST FOR COSTS AND FEES (28 U.S.C. §§1332 and 1447

in the manner as provided by Rule 5(b) of the Federal Rules of Civil Procedure by placing a true copy of the document(s) listed above, enclosed in a sealed envelope, addressed as set forth below, for collection and mailing on the date and at the business address shown above following our ordinary business practices. I am readily familiar with this business practice for collection and processing of correspondence for mailing with the United States Postal Service. On the same day that a sealed envelope is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service with postage fully prepaid. I am employed in the county where the mailing described below occurred, and am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. I placed a true copy of the specified document(s) in a sealed envelope(s) with postage thereon fully prepaid. The envelope(s) will be deposited with the United States Postal Service on this day in the ordinary course of business in San Francisco, California.

UNUMPROVIDENT CORPORATION, UNUM CORPORATION, UNUM LIFE INSURANCE COMPANY OF AMERICA
John C. Ferry, Esq.
Thomas M. Herlihy, Esq.
KELLY, HERLIHY & KLEIN LLP
44 Montgomery Street, Ste. 2500
San Francisco, CA 94104-4798
Phone: (415) 951-0535
Fax:    (415) 391-7808
Email: jferry@kelher.com
Email: herlihy@kelher.com

**Defedandant MARK W. BONDI, Ph.D.**
Joanna L. Storey, Esq., SBN 214952
Marc N. Zimmerman, Esq., SBN 100521
HASSARD BONNINGTON LLP
2 Embarcadero Ctr., Ste. 1800
San Francisco, CA 94111
Tel: (415) 288-9800
Fax: (415) 288-9801
jls@hassard.com

DEFENDANT MATTHEW F. CARROLL, M.D
Michael I. Neil, Esq.
M. Todd Ratay, Esq.
NEIL, DYMOTT, FRANK, McFALL & TREXLER
1010 Second Avenue, Suite 2500
San Diego, CA 92101-4959
Phone: (619) 238-1712
Fax: (619) 238-1562

**FOR THE DOI OF THE CALIFORNIA DEPARTMENT OF INSURANCE:**
Anne Michelle Burr, Esq.
Deputy Attorney General
455 Golden Gate Avenue,, Ste. 1100
San Francisco, CA 94102
Tel: (415) 703-1403
Fax: (415) 703-5480

(X) (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed at San Francisco, California, on January 24, 2008.

_____
Mary M. Martin

3

Case No.: C 07-5957 SC **(E-FILING)**
PLAINTIFF BOB BLAKE, M.D.'S OBJECTIONS TO EVIDENCE OFFERED BY DEFENDANTS RE MOTION FOR REMAND BACK TO STATE COURT AND REQUEST FOR COSTS AND FEES (28 U.S.C. §§1332 and 1447