# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Blake,<br><br>        Plaintiff(s),<br><br>   v.<br><br>UnumProvident Corporation,<br><br>        Defendant(s). | 07-05957 SC<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order.  Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

1  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
2  to an e-mail directed to adr@cand.uscourts.gov.

4     It is the responsibility of counsel to schedule an ADR Phone Conference, if
5  required, to occur <u>before</u> the Case Management Conference.

8  Dated: February 20, 2008

RICHARD W. WIEKING
Clerk
by:    Timothy J. Smagacz

*Timothy Smagacz*

ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov

**Notice Re: Noncompliance With Court Order**
07-05957 SC                                              -2-

PROOF OF SERVICE

Case Name:     Blake v. UnumProvident Corporation

Case Number:   07-05957 SC

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On February 20, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Lawrence Arthur Mann
> Bourhis & Mann
> 1050 Battery Street
> San Francisco, CA 94111
> larry_mann_2000@yahoo.com
>
> Ray Francis Bourhis Esq.
> Bourhis & Mann
> 1050 Battery Street
> San Francisco, CA 94111
> rfbourhis@aol.com
>
> Thomas M. Herlihy
> Kelly Herlihy & Klein LLP
> 44 Montgomery Street, Suite 2500
> San Francisco, CA 94104
> herlihy@kelher.com
>
> John C. Ferry
> Kelly Herlihy & Klein LLP
> 44 Montgomery Street, Suite 2500

San Francisco, CA 94104
jferry@kelher.com

Michael Ira Neil
Neil, Dymott, Frank, Harrison & McFall, APLC
1010 Second Avenue, Ste. 2500
San Diego, CA 92101
kmoscinski@neildymott.com

Lynette D. Rivers
,

Joanna Lee Storey
Hassard Bonnington LLP
Two Embarcadero Center, Suite 1800
San Francisco, CA 94111
jls@hassard.com

[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:
[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on February 20, 2008 in San Francisco, California.

       RICHARD W. WIEKING
       Clerk
       by:  Timothy J. Smagacz

       */s/ Timothy Smagacz*
       _____
       ADR Administrative Assistant
       415-522-4205
       Tim_Smagacz@cand.uscourts.gov