THOMAS M. HERLIHY (SBN 83615)
JOHN C. FERRY (SBN 104411)
KELLY, HERLIHY & KLEIN LLP
44 Montgomery Street, Suite 2500
San Francisco, CA 94104-4798
Tel.:  (415) 951-0535
Fax:  (415) 391-7808
Email: herlihy@kelher.com
       jferry@kelher.com

Attorneys for Defendants
UNUM GROUP (formerly known as
UNUMPROVIDENT CORPORATION),
UNUM CORPORATION (a now non-existent
entity, properly referred to as Unum Group)
and UNUM LIFE INSURANCE COMPANY OF AMERICA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT E. BLAKE<br><br>        Plaintiff,<br><br>    vs.<br><br>UNUMPROVIDENT CORPORATION; UNUM CORPORATION, UNUM LIFE INSURANCE COMPANY OF AMERICA, MATHEW F. CARROLL, M.D., LYNETTE D. RIVERS, PH.D., MARK W. BONDI, PH.D., COMMISSIONER OF THE CALIFORNIA DEPARTMENT OF INSURANCE, and DOES 1 through 50 inclusive,<br><br>        Defendants. | Case No.:   C 07-05957 SC<br>(State Complaint Filed: October 16, 2007)<br><br>**CERTIFICATE OF INTERESTED PARTIES** |

1  The undersigned, counsel of record for defendants UNUM GROUP (formerly known as UNUMPROVIDENT CORPORATION), UNUM CORPORATION (a corporation that on June 30, 1999 merged with and into Provident Companies, Inc., which then amended its charter on June 30, 1999 to change its name to UnumProvident Corporation, now known as Unum Group), THE PAUL REVERE LIFE INSURANCE COMPANY and UNUM LIFE INSURANCE COMPANY OF AMERICA, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

- Unum Group
- UnumProvident Corporation
- Unum Corporation
- The Paul Revere Life Insurance Company
- Unum Life Insurance Company of America

KELLY, HERLIHY & KLEIN LLP

Dated: February 26, 2008      By_____/s/_____
                                              Thomas M. Herlihy
                                              Attorneys for Defendants
                              UNUM GROUP (formerly known as UNUMPROVIDENT
                                    CORPORATION), UNUM CORPORATION,
                              THE PAUL REVERE LIFE INSURANCE COMPANY and
                              UNUM LIFE INSURANCE COMPANY OF AMERICA

E:\27261\P11.doc