Michael I. Neil, SBN 40057
M. Todd Ratay, SBN 241299
NEIL, DYMOTT, FRANK,
    McFALL & TREXLER
A Professional Law Corporation
1010 Second Avenue, Suite 2500
San Diego, CA 92101-4959
P 619.238.1712
F 619.238.1562

Attorneys for Defendant
MATTHEW F. CARROLL, M.D.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOB E. BLAKE, M.D. | CASE NO. CV 07 5957 SC |
| Plaintiff, | |
| vs. | CERTIFICATION OF INTERESTED ENTITIES OR PERSONS |
| UNUMPROVIDENT CORPORATION, UNUM CORPORATION, UNUM LIFE INSURANCE COMPANY OF AMERICA, MATTHEW F. CARROLL, M.D., LYNETTE D. RIVERS, PH.D., MARK W. BONDI, PH.D., COMMISSIONER OF CALIFORNIA DEPARTMENT OF INSURANCE and DOES 1 through 50, Inclusive, | Dept: Judge: |
| Defendants. | |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report, to his knowledge.

Dated:    February 27, 2008

NEIL, DYMOTT, FRANK,
McFALL & TREXLER
A Professional Law Corporation


By:    s/ M. Todd Ratay
       Michael I. Neil
       M. Todd Ratay
       Attorneys for Defendant
       MATTHEW F. CARROLL, M.D.

XMSA2133

1  Michael I. Neil, SBN 40057
   M. Todd Ratay, SBN 241299
2  NEIL, DYMOTT, FRANK,
       MCFALL & TREXLER
3  A Professional Law Corporation
   1010 Second Avenue, Suite 2500
4  San Diego, CA 92101-4959
   P 619.238.1712
5  F 619.238.1562

6  Attorneys for Defendant
   MATTHEW F. CARROLL, M.D.
7

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10

11 BOB E. BLAKE, M.D.                  )   CASE NO. CV 07 5957 SC
                                       )
12         Plaintiff,                  )
                                       )
13 vs.                                 )   CERTIFICATE OF SERVICE
                                       )
14 UNUMPROVIDENT CORPORATION,          )
   UNUM CORPORATION, UNUM LIFE         )
15 INSURANCE COMPANY OF                )
   AMERICA, MATTHEW F. CARROLL,        )
16 M.D., LYNETTE D. RIVERS, PH.D.,     )
   MARK W. BONDI, PH.D.,               )
17 COMMISSIONER OF CALIFORNIA          )
   DEPARTMENT OF INSURANCE and         )
18 DOES 1 through 50, Inclusive,       )
                                       )
19         Defendants.                 )
   _____)

20
          I, the undersigned individual, declare: That I am, and was at the time of service of the
21
   papers herein referred to, over the age of eighteen years, and not a party to the action; and I am
22
   employed in the County of San Diego, California, in which county the within-mentioned mailing
23
   occurred. My business address is NEIL, DYMOTT, FRANK, MCFALL & TREXLER APLC, 1010
24
   Second Avenue, Suite 2500, San Diego, California, 92101.
25
          I electronically filed the following documents:
26

27

28
                                                  1

1.     DEFENDANT MATTHEW F. CARROLL, M.D.'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS;

4.     DECLARATION OF PROOF OF SERVICE.

with the Clerk of the United States District Court for the Southern District of California, using the CM/ECF System. The Court's CM/ECF System will send an e-mail notification of the foregoing filing to the following parties and counsel of record who are registered with the Court's CM/ECF System:

    Ray Francis Bourhis, Esq. rfbourhis@aol.com
    Lawrence Arthur Mann larry_mann_2000@yahoo.com
    John C. Ferry jferry@kelher.com
    Thomas M. Herlihy herlihy@kelher.com
    Joanna Lee Storey jls@hassard.com

Pursuant to the CM/ECF System, registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities.

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

Ann M. Burr, Esq.
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004

    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

    Executed on February 27, 2007 at San Diego, California.

    By: _____/s M. Todd Ratay_____
              M. Todd Ratay, Esq.

2