Ray Bourhis, Esq. SBN 53196
Lawrence Mann, Esq. SBN 83698
Bennett M. Cohen, Esq. SBN 90865
**BOURHIS & MANN**
1050 Battery Street
San Francisco, CA 94111
Tel: (415) 392-4660; Fax: (415) 421-0259

Attorneys for Plaintiff BOB BLAKE, M.D.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOB BLAKE, M.D., <br><br> Plaintiff, <br><br> v. <br><br> UNUMPROVIDENT CORPORATION; UNUM CORPORATION, UNUM LIFE INSURANCE COMPANY OF AMERICA, MATTHEW F. CARROLL, M.D., LYNETTE D. RIVERS, PH.D., MARK BONDI, PH.D., COMMISSIONER OF THE CALIFORNIA DEPARTMENT OF INSURANCE and DOES 1 – 20, inclusive, <br><br> Defendants. | ) Case No.: C 07-5957 SC **(E-FILING)** <br> ) <br> ) PLAINTIFF BOB BLAKE, M.D.'S <br> ) CERTIFICATE OF INTERESTED <br> ) PARTIES |

The undersigned, counsel of record for Plaintiff ROBERT E. BLAKE, M.D. certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

ROBERT E. BLAKE, M.D. (BOB BLAKE, M.D.)

1

Case No.: C 07-5957 SC (E-FILING)

PLAINTIFF BOB BLAKE, M.D.'S CERTIFICATE OF INTERESTED PARTIES

1  Dated: February 27, 2008

BOURHIS & MANN

By: _____
Ray Bourhis, Esq.
Lawrence Mann, Esq.
Attorneys for Plaintiff BOB BLAKE, M.D.

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## PROOF OF SERVICE

*Bob Blake, M.D. v. Unumprovident Corporation, et al.*

*U.S. District Court, Northern District of California, Case No. C07-5957 SC*

I am a resident of the State of California, over the age of eighteen years and not a party to this action. My business address is 1050 Battery Street, San Francisco, California 94111. On February 28, 2008, I will serve the following documents:

PLAINTIFF BOB BLAKE, M.D.'S CERTIFICATE OF INTERESTED PARTIES

in the manner as provided by Rule 5(b) of the Federal Rules of Civil Procedure by placing a true copy of the document(s) listed above, enclosed in a sealed envelope, addressed as set forth below, for collection and mailing on the date and at the business address shown above following our ordinary business practices. I am readily familiar with this business practice for collection and processing of correspondence for mailing with the United States Postal Service. On the same day that a sealed envelope is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service with postage fully prepaid. I am employed in the county where the mailing described below occurred, and am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. I placed a true copy of the specified document(s) in a sealed envelope(s) with postage thereon fully prepaid. The envelope(s) will be deposited with the United States Postal Service on this day in the ordinary course of business in San Francisco, California.

| | |
|---|---|
| UNUMPROVIDENT CORPORATION, UNUM CORPORATION, UNUM LIFE INSURANCE COMPANY OF AMERICA<br>John C. Ferry, Esq.<br>Thomas M. Herlihy, Esq.<br>KELLY, HERLIHY & KLEIN LLP<br>44 Montgomery Street, Ste. 2500<br>San Francisco, CA 94104-4798<br>Phone: (415) 951-0535<br>Fax: (415) 391-7808<br>Email: jferry@kelher.com<br>Email: herlihy@kelher.com<br><br>**Defedandant MARK W. BONDI, Ph.D.**<br>Joanna L. Storey, Esq., SBN 214952<br>Marc N. Zimmerman, Esq., SBN 100521<br>HASSARD BONNINGTON LLP<br>2 Embarcadero Ctr., Ste. 1800<br>San Francisco, CA 94111<br>Tel: (415) 288-9800<br>Fax: (415) 288-9801<br>jls@hassard.com | DEFENDANT MATTHEW F. CARROLL, M.D<br>Michael I. Neil, Esq.<br>M. Todd Ratay, Esq.<br>NEIL, DYMOTT, FRANK, McFALL & TREXLER<br>1010 Second Avenue, Suite 2500<br>San Diego, CA 92101-4959<br>Phone: (619) 238-1712<br>Fax: (619) 238-1562<br><br>**FOR THE DOI OF THE CALIFORNIA DEPARTMENT OF INSURANCE:**<br>Anne Michelle Burr, Esq.<br>Deputy Attorney General<br>455 Golden Gate Avenue,, Ste. 1100<br>San Francisco, CA 94102<br>Tel: (415) 703-1403<br>Fax: (415) 703-5480 |

(X) (**FEDERAL**) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed at San Francisco, California, on February 28, 2008.

*Mary M. Martin*
Mary M. Martin

3

Case No.: C 07-5957 SC (E-FILING)

PLAINTIFF BOB BLAKE, M.D.'S CERTIFICATE OF INTERESTED PARTIES