IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

M.D. BOB BLAKE,

       Plaintiff(s),

v.

UNUM PROVIDENT CORP., et al.,

       Defendant(s).

No. C-07-5957-SC

Clerk's Notice

(Plaintiff is required to serve and file a proof of service with the Court on any party involved not listed on the attached proof of service.)

YOU ARE NOTIFIED THAT the Court has rescheduled the **Case Management Conference** scheduled for **March 7, 2008** before the Honorable Samuel Conti. The conference has been reset for **April 25, 2008 at 10:00 a.m.** Parties are to file one Joint Case Management Conference Statement seven days prior to the conference.

Please report to Courtroom 1, on the 17th floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: March 4, 2008

FOR THE COURT,

Richard W. Wieking, Clerk

By:  T. De Martini
      Courtroom Deputy Clerk