IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

M.D. BOB E. BLAKE,
    Plaintiff(s),

v.

UNUMPROVIDENT CORPORATION, et al.,
    Defendant(s).
                                        /

No. C-07-5957-SC

Clerk's Notice

(Plaintiff is required to serve and file a proof of service with the Court on any party involved not listed on the attached proof of service.)

YOU ARE NOTIFIED THAT the Court has scheduled a **Status Conference** on **April 4, 2008 at 10:00 A.M.** before the Honorable Samuel Conti.

Please report to Courtroom 1, on the 17th floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated:    April 4, 2008                                    FOR THE COURT,

                                                              Richard W. Wieking, Clerk

                                                               By: T. De Martini
                                                                   Courtroom Deputy Clerk

**United States District Court**
For the Northern District of California