**United States District Court**
For the Northern District of California

1
2
3
4
5

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT E. BLAKE, ) | Case No. 07-5957 SC |
| ) | |
| Plaintiff, ) | |
| ) | SUA SPONTE ORDER |
| v. ) | SEALING DOCUMENT |
| ) | |
| UNUM PROVIDENT CORPORATION; UNUM ) | |
| CORPORATION; UNUM LIFE INSURANCE ) | |
| COMPANY OF AMERICA, MATTHEW F. ) | |
| CARROLL, M.D., LYNETTE D. RIVERS, ) | |
| PH.D., MARK W. BONDI, PH.D., ) | |
| COMMISSIONER OF THE CALIFORNIA ) | |
| DEPARTMENT OF INSURANCE, and DOES ) | |
| 1-50 inclusive, ) | |
| ) | |
| Defendants. ) | |

The Court hereby ORDERS that the Declaration of David C. Chidester In Support of the Corporate Defendants' Opposition to Plaintiff's Motion to Remand and all attached documents be sealed. See Docket No. 25. Various of the exhibits attached to this Declaration contain personal information in violation of General Order No. 53.[1]

///

///

---

[1] Whether disclosure of this personally identifying information also violates state and federal privacy laws is not now before the Court.

1       The parties are hereby ORDERED to appear before the Court
2  Friday, April 4, 2008, at 10:00 a.m. in Courtroom #1.
3
4
5       IT IS SO ORDERED.
6
7       Dated: April 1, 2008
8
 
9  _____
10                                       UNITED STATES DISTRICT JUDGE