UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

C-07-5957            SAMUEL CONTI              DATE April 4, 2008
Case Number          Judge

Title: M.D. BOB BLAKE            vs UNUM PROVIDENT CORP., et al.

Attorneys: LAWRENCE MANN            THOMAS HERLIHY, JOANNA STOREY

Deputy Clerk: T. De Martini    Court Reporter: Margo Gurule

Court   Pltf's   Deft's
(XXX)   ( )      ( )    1. Status Conference - Held

( )     ( )      ( )    2.

( )     ( )      ( )    3.

( )     ( )      ( )    4.

( )     ( )      ( )    5.

( )Motion(s): ( )Granted ( )Denied ( )Withdrawn

( )Granted/Denied ( )Off Calendar ( )Submitted

Order to be Prepared by:( )Pltf ( )Deft ( )Court

Discovery Cutoff:_____  Pretrial Statements Due_____

Case Continued to _____ for Pretrial Conference

Case Continued to _____ for Court/Jury Trial

Case Continued to 5/9/08 @ 10:00 A.M. for Further Status Conference

Case Continued to _____ for _____

ORDERED AFTER HEARING: Mr Herlihy is to write and send by first class mail a letter to each of the approximately 450 people whose Social Security numbers were publicly disclosed informing them of the security risk. The Court will withhold sanctions until May 9, 2008. Mr Herlihy is to submit a status report ten days prior to the Further Status Conference.

cc: