```
 1  THOMAS M. HERLIHY (SBN 83615)
    JOHN C. FERRY (SBN 104411)
 2  KELLY, HERLIHY & KLEIN LLP
    44 Montgomery Street, Suite 2500
 3  San Francisco, CA 94104-4798
    Tel.: (415) 951-0535
 4  Fax: (415) 391-7808
 5  Email: herlihy@kelher.com
           jferry@kelher.com
 6
 7  Attorneys for Defendants
    UNUM GROUP (formerly known as
 8  UNUMPROVIDENT CORPORATION),
    UNUM CORPORATION (a now non-existent
 9  entity, properly referred to as Unum Group)
    and UNUM LIFE INSURANCE COMPANY OF AMERICA
10
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT E. BLAKE | ) Case No.: C 07-05957 SC |
| Plaintiff, | ) (State Complaint Filed: October 16, 2007) |
| vs. | ) **SUBSTITUTION OF ATTORNEY** |
| UNUMPROVIDENT CORPORATION; UNUM CORPORATION, UNUM LIFE INSURANCE COMPANY OF AMERICA, MATHEW F. CARROLL, M.D., LYNETTE D. RIVERS, PH.D., MARK W. BONDI, PH.D., COMMISSIONER OF THE CALIFORNIA DEPARTMENT OF INSURANCE, and DOES 1 through 50 inclusive, | ) |
| Defendants. | ) |

1    TO THE CLERK OF THE ABOVE ENTITLED COURT AND TO ALL PARTIES
2  HEREIN AND TO THEIR ATTORNEYS OF RECORD:
3    PLEASE TAKE NOTICE that defendants Unum Group and Unum Life Insurance
4  Company of America hereby substitutes counsel as follows:

6  1.    Former legal representative:
7       Kelly, Herlihy & Klein, LLP

9  2.    **New legal representative**:

10      Thomas M. Herlihy, Esq. (SBN 83615)
11      John C. Ferry, Esq. (SBN 104411)
        Wilson, Elser, Moskowitz, Edelman & Dicker
12      525 Market Street, 17th Floor
        San Francisco, CA 94105-2725
13      Tel: (415) 433-0990
14      Fax: (415) 434-1370

15
16  3.    The party making this substitution are defendants, Unum Group and Unum Life
    Insurance Company of America.
17

18
19  4.    I consent to this substitution.

20  Dated: March 3, 2008    Elizabeth Sanning        [Signature]
21              (Print Name) Authorized    (Signature of party)
22                 Agent

23  5.    I consent to this substitution.

24
25  Dated: March 4, 2008    [Print Name signature]    [Signature]
26              (Print Name)        (Signature of former attorney)

-1-

SUBSTITUTION OF ATTORNEY
CASE NO. C 07-05957 SC

6. I am duly admitted to practice in this District and accept this substitution.

Dated: March 7, 2008        _____        _____
                              (Print Name)                  (Signature of new attorney)

**Substitution of Attorney is hereby approved**

Date: _____, 2008        _____
                                    UNITED STATES DISTRICT JUDGE

E:\27261\P12.doc

-2-

SUBSTITUTION OF ATTORNEY
CASE NO. C 07-05957 SC