United States District Court
For the Northern District of California

1

IN THE UNITED STATES DISTRICT COURT

2

FOR THE NORTHERN DISTRICT OF CALIFORNIA

3

M.D. BOB BLAKE ,

4

Plaintiff(s),                    No.  C-07-5957-SC

5

v.

6

UNUM PROVIDENT CORP., et al. ,                    Clerk's Notice

7

Defendant(s).

8

_____/

9

10

(Plaintiff is required to serve and file a proof of service with the Court on any party involved
not listed on the attached proof of service.)

11

YOU ARE NOTIFIED THAT the Court has rescheduled the **Case Management Conference**

12

scheduled for **April 25, 2008**  before the Honorable Samuel Conti. The conference has been reset for

13

**May 9, 2008 at 10:00 a.m.**  Parties are to file one Joint Case Management Conference Statement

14

seven days prior to the conference.

15

Please report to Courtroom 1, on the 17th floor, U.S. Courthouse, 450 Golden Gate Avenue, San

16

Francisco, CA 94102.

17

18

Dated: April 9, 2008                    FOR THE COURT,

19

Richard W. Wieking, Clerk

20

By:    T. De Martini
            Courtroom Deputy Clerk

21

22

23

24

25

26

27

28