E-FILED
1/18/08

THOMAS M. HERLIHY (SBN 83615)
JOHN C. FERRY (SBN 104411)
KELLY, HERLIHY & KLEIN LLP
44 Montgomery Street, Suite 2500
San Francisco, CA 94104-4798
Tel.: (415) 951-0535
Fax: (415) 391-7808
Email: herlihy@kelher.com
        jferry@kelher.com

Attorneys for Defendants
UNUM GROUP (formerly known as
UNUMPROVIDENT CORPORATION),
UNUM CORPORATION (a now non-existent
entity, properly referred to as Unum Group)
and UNUM LIFE INSURANCE COMPANY OF AMERICA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

ROBERT E. BLAKE

　　　　Plaintiff,

vs.

UNUMPROVIDENT CORPORATION;
UNUM CORPORATION, UNUM LIFE
INSURANCE COMPANY OF AMERICA,
MATHEW F. CARROLL, M.D., LYNETTE D.
RIVERS, PH.D., MARK W. BONDI, PH.D.,
COMMISSIONER OF THE CALIFORNIA
DEPARTMENT OF INSURANCE, and DOES
1 through 50 inclusive,

　　　　Defendants.

) Case No.: C 07-05957 SC
) (State Complaint Filed: October 16, 2007)
)
) **DECLARATION OF DAVID C.**
) **CHIDESTER IN SUPPORT OF THE**
) **CORPORATE DEFENDANTS'**
) **OPPOSITION TO PLAINTIFF'S**
) **MOTION TO REMAND**
)
) Date: February 8, 2008
) Time: 10:00 a.m.
) Court: 1
)
) Trial Date: Not Yet Set
)
) The Honorable Samuel Conti

DECLARATION RE REMAND MOTION

CASE NO. C 07-05957 SC

I, declare as follows:

1. I am over the age of 21 years, and I am currently a Senior Disability Benefits Specialist for Unum Group, formerly known as UnumProvident Corporation and the Unum Life Insurance Company of America ("Unum Life"). Unum Group is not an insurance company. Only certain of its subsidiaries (such as First Unum Life Insurance Company) are licensed and authorized to conduct the business of insurance. I have held the position of Disability Benefits Specialist at all times relevant hereto. I have personal knowledge of the matters set forth herein and could competently testify to the same if called upon to do so.

2. I submit this declaration in support of Defendants' opposition to Plaintiff's motion to remand.

3. By virtue of my employment, I have knowledge of and am familiar with the policies issued to MedAmerica, Inc. that are at issue in this litigation.

4. In 1999 Unum Life issued policy number 543289 001 ("the 1999 Policy") to MedAmerica, Inc. This is a long term disability insurance policy. In 2002 the policy was amended and acted to replace the original policy issued in 1999 ("the 2002 Policy).

5. A true and correct copy of the 2002 Policy is attached hereto as Exhibit A. (UAGP 01220-01259)

6. A true and correct copy of the 1999 Policy is attached hereto as Exhibit B. (UAGP 01141-01217)

7. Both the 1999 and the 2002 Policy created three eligible groups for coverage. They are defined as follows:

> "Group 1 – Employees: All active full-time employees working a minimum of 30 hours per week and earning a minimum of $2,500 per month in active employment.
>
> Group 2 – Physician Employees: All active employees scheduled to work for a minimum of 17.3 hours per week in active employment.

      Group 3 – Partners: All Partners who meet the partnership criteria for California Emergency Physicians Partnership and who work at least 17.3 hours per week in active employment." (Please see Exhibit A, page UAGP 01222; 01144)

8. Thus, the policy under which plaintiff was covered also covered: Employees, Physician Employees and Partners.

9. Attached hereto as Exhibit C is a true and correct copy of a letter from Unum to MedAmerica, dated April 20, 1999 (UAGP 01219) which states: "This letter will confirm our willingness to administratively cover the following physician employees working less than 17.3 hours per week." There follows a list of employees covered by the 1999 Policy.

10. Attached hereto as Exhibit D is a true and correct copy of a letter from Unum to Chris Renner at MedAmerica, dated June 4, 2004. (UAGP 01334) The letter requests a list of all enrolled employees and specific information as to each, including the separate classes of employees.

11. Attached hereto as Exhibit E is a true and correct copy of the MedAmerica census of its employees. (UAGP 01383-01396) It shows that there are employees included under the 1999 and 2002 Policies. (UAGP 01394-96)

I declare under penalty of perjury under the laws of the State of California, and of the United States that the foregoing is true and correct. Executed this 18th day of January, 2008, at Glendale, California.

                                                            DAVID C. CHIDESTER

E:\27261\P08doc

-2-

DECLARATION RE REMAND MOTION

CASE NO. C 07-05957 SC