# EXHIBIT "C"



UNUM Life Insurance Company of America
2211 Congress Street
Portland, Maine 04122
207-770-2211

April 20, 1999

MedAmerica, Inc.
2101 Webster St, Ste 1700
Oakland, California 92024

Re:   UNUM Life Insurance Company of America/ Policy No. 543289   001

Dear Policyholder:

This letter will confirm our willingness to administratively cover the
following Physician employees working less than 17.3 hours per week.

Name                                 Social Security Number

Jeffrey ▓▓▓
John ▓▓▓
John ▓▓▓
Kenneth ▓▓▓
Marc ▓▓▓
Steve ▓▓▓
Kevin ▓▓▓
Donald ▓▓▓
Lance ▓▓▓
James ▓▓▓

The effective date of this administrative letter is January 1, 1999.  All
other terms and provisions of the policy apply.

Sincerely,

Registrar

UAGF01219

# EXHIBIT "D"

UNUMPROVIDENT     Unum      Insurance
                 Compl.    of America
                 18 Chestnut Street
                 Worcester, MA  01608

June 4, 2004

CHRIS RENNER
MEDAMERICA, INC
2101 WEBSTER STREET
SUITE 1700
OAKLAND, CA  94612

RE:  Policy No.

Dear Policyholder:

We are in the process of renewing your Short Term Disability insurance policy.
To accurately renew your policy, we need you to provide up-to-date information
by 06/21/2004.  Without complete information we are not able to thoroughly
review your policy.  All information will be kept confidential.

Specifically, we need a list of all enrolled employees with each employee's:
> Name or Social Security Number; Gender; Date of Birth; Date of Hire;
> Salary and how it is stated (annually, monthly, etc.).  Salary amounts
  should match the definition of salary under the contract.  For example,
  if the definition of Basic Monthly Earnings in the contract is "salary
  plus deferred compensation" then the figures you provide should reflect
  each employee's total gross salary;
> Number of normally scheduled hours per week;
> For employees working in the U.S., indicate the physical location of
  each division if it is different than the above address.  If Underwriting
  has approved employees working abroad, please indicate their work location;
> If there are multiple classes of employees, please indicate the class for
  each employee.  In addition, if there are differing plan options, please
  indicate which option was elected and the cost to each employee.

If your employees contribute to the cost of the plan, please indicate the
total number of employees who are eligible for coverage.

We prefer this information to be sent electronically to
mperez@unumprovident.com.  Alternatively, you may mail a diskette/paper copy
to me at the above address or fax to my attention at 1-774-437-7323.

Thank you for your cooperation.  We look forward to continuing our
relationship with your company.  If you have questions about this request,
please call me at 774-437-7221.  For other inquires, please contact your
Account Specialist or Consultant in your local sales office.

Sincerely,
Maggie Perez
Underwriting
Unum Life Insurance Company of America

UAGP01334

# EXHIBIT "E"

Mid America Cumis # 543289

UAGP01383

| # | | Name | | SSN | DOB | DOH | | Yrly. Insured Earnings | Monthly Earnings | UNUM Premium |
|---|-----|------|---|-----|-----|-----|-------|--------|--------|--------|
| 1 | CEP | JODI | F | | 01/13/70 | 08/01/01 | 212,635 | 120,000 | 10,000.00 | 359.00 |
| 2 | CEP | IAN | M | | 11/13/58 | 08/01/98 | 160,000 | 120,000 | 10,000.00 | 359.00 |
| 3 | CEP | PETER | M | | 02/12/54 | 04/01/87 | 119,623 | 100,000 | 8,333.33 | 122.50 |
| 4 | CEP | MARK | M | | 02/01/53 | 08/01/97 | 273,841 | 100,000 | 8,333.33 | 122.50 |
| 5 | CEP | JOHN | M | | 04/20/54 | 09/25/86 | 285,049 | 100,000 | 8,333.33 | 122.50 |
| 6 | CEP | MICHAEL | M | | 12/28/59 | 08/01/94 | 203,316 | 100,000 | 8,333.33 | 122.50 |
| 7 | CEP | MARY | F | | 05/15/62 | 10/01/94 | 117,517 | 100,000 | 8,333.33 | 122.50 |
| 8 | CEP | PIERRE | M | | 08/06/51 | 05/01/88 | 239,417 | 100,000 | 8,333.33 | 122.50 |
| 9 | CEP | CHARLES | M | | 10/07/36 | 07/01/73 | 213,272 | 100,000 | 8,333.33 | 122.50 |
| 10 | CEP | ROBERT | M | | 03/30/65 | 05/01/85 | 357,720 | 100,000 | 8,333.33 | 122.50 |
| 11 | CEP | DONALD | M | | 09/12/46 | 07/01/97 | 100,000 | 100,000 | 8,333.33 | 122.50 |
| 12 | CEP | MICHAEL | M | | 06/02/40 | 02/01/98 | 104,227 | 100,000 | 8,333.33 | 122.50 |
| 13 | CEP | LARRY | M | | 05/31/44 | 12/01/78 | 144,264 | 100,000 | 8,333.33 | 122.50 |
| 14 | CEP | JOSEPH | M | | 05/23/58 | 05/31/96 | 177,806 | 100,000 | 8,333.33 | 122.50 |
| 15 | CEP | REAGAN | M | | 02/05/49 | 04/01/00 | 216,797 | 100,000 | 8,333.33 | 122.50 |
| 16 | CEP | MICHAEL | M | | 03/15/44 | 12/01/71 | 377,021 | 192,000 | 16,000.00 | 574.40 |
| 17 | CEP | PETER | M | | 03/18/52 | 04/01/89 | 485,780 | 100,000 | 8,333.33 | 122.50 |
| 18 | CEP | ALAN | M | | 11/15/42 | 03/01/85 | 220,117 | 100,000 | 8,333.33 | 122.50 |
| 19 | CEP | JOSEPH | M | | 11/30/70 | 10/01/00 | 234,723 | 100,000 | 8,333.33 | 122.50 |
| 20 | CEP | BOB | M | | 08/29/49 | 07/01/79 | 219,802 | 100,000 | 8,333.33 | 122.50 |
| 21 | CEP | LINDA | F | | 06/26/54 | 08/01/99 | 245,140 | 176,000 | 14,666.67 | 526.53 |
| 22 | CEP | RENEE | F | | 07/09/54 | 01/01/99 | 219,289 | 100,000 | 8,333.33 | 122.50 |
| 23 | CEP | MARK | M | | 10/11/51 | 03/01/85 | 95,654 | 100,000 | 8,333.33 | 122.50 |
| 24 | CEP | JAVID | M | | 07/17/44 | 04/01/03 | 100,000 | 100,000 | 8,333.33 | 122.50 |
| 25 | CEP | GREGG | M | | 11/13/62 | 01/01/99 | 246,784 | 100,000 | 8,333.33 | 122.50 |
| 26 | CEP | RODNEY | M | | 09/23/66 | 08/01/97 | 329,683 | 100,000 | 8,333.33 | 122.50 |
| 27 | CEP | BILL | M | | 04/04/54 | 03/01/87 | 239,000 | 100,000 | 8,333.33 | 122.50 |
| 28 | CEP | MICHAEL | M | | 02/11/45 | 11/01/78 | 171,440 | 141,000 | 11,750.00 | 421.83 |
| 29 | CEP | RUSS | M | | 08/05/56 | 02/15/99 | 77,888 | 100,000 | 8,333.33 | 122.50 |
| 30 | CEP | RYAN | M | | 12/11/69 | 07/01/01 | 100,000 | 100,000 | 8,333.33 | 122.50 |

UAGP01384

| # | | Name | Sex | | | | | | |
|---|-----|-----------|---|----------|----------|---------|---------|-----------|--------|
| 31 | CEP | JAY | M | 06/29/61 | 07/11/88 | 337,048 | 170,000 | 14,166.67 | 508.58 |
| 32 | CEP | DANIEL | M | 12/29/46 | 12/01/79 | 251,414 | 100,000 | 8,333.33 | 122.50 |
| 33 | CEP | GREGORY | M | 12/25/60 | 05/11/93 | 205,308 | 100,000 | 8,333.33 | 122.50 |
| 34 | CEP | JOHN | M | 10/08/65 | 11/01/96 | 155,115 | 100,000 | 8,333.33 | 122.50 |
| 35 | CEP | ROBERT | M | 06/26/25 | 05/31/91 | 120,000 | 100,000 | 8,333.33 | 122.50 |
| 36 | CEP | LES | M | 12/17/54 | 02/01/04 | 100,000 | 100,000 | 8,333.33 | 122.50 |
| 37 | CEP | ROBERT | M | 01/07/43 | 06/01/75 | 270,058 | 100,000 | 8,333.33 | 122.50 |
| 38 | CEP | STEVE | M | 09/11/58 | 04/01/97 | 322,168 | 100,000 | 8,333.33 | 122.50 |
| 39 | CEP | PATRICIO | M | 08/13/52 | 05/01/96 | 230,289 | 100,000 | 8,333.33 | 122.50 |
| 40 | CEP | DREW | M | 12/12/64 | 02/16/98 | 175,719 | 175,000 | 14,583.33 | 523.54 |
| 41 | CEP | JOHN S. | M | 07/03/48 | 03/01/92 | 195,230 | 172,000 | 14,333.33 | 514.57 |
| 42 | CEP | PAUL | M | 06/21/64 | 11/01/00 | 169,476 | 100,000 | 8,333.33 | 122.50 |
| 43 | CEP | RANDALL | M | 11/01/60 | 11/01/01 | 100,000 | 100,000 | 8,333.33 | 122.50 |
| 44 | CEP | SAMNUEL | | 12/03/63 | 08/01/94 | 166,008 | 100,000 | 8,333.33 | 122.50 |
| 45 | CEP | PAUL | M | 06/21/64 | 11/01/00 | 100,000 | 100,000 | 8,333.33 | 122.50 |
| 46 | CEP | LUDWIG | M | 11/05/47 | 01/01/91 | 231,131 | 100,000 | 8,333.33 | 122.50 |
| 47 | CEP | CYNTHIA | F | 09/19/56 | 01/01/87 | 150,712 | 100,000 | 8,333.33 | 122.50 |
| 48 | CEP | ARTHUR | M | 09/27/54 | 11/01/88 | 244,616 | 100,000 | 8,333.33 | 122.50 |
| 49 | CEP | MILES | M | 03/27/46 | 07/01/88 | 498,449 | 180,000 | 15,000.00 | 538.50 |
| 50 | CEP | MARY | F | 08/27/51 | 06/01/80 | 131,188 | 100,000 | 8,333.33 | 122.50 |
| 51 | CEP | LAURA | M | 05/09/61 | 09/01/95 | 236,416 | 100,000 | 8,333.33 | 122.50 |
| 52 | CEP | BRUCE | M | 02/21/54 | 03/01/85 | 300,085 | 100,000 | 8,333.33 | 122.50 |
| 53 | CEP | WESLEY | M | 05/29/50 | 04/01/82 | 327,887 | 100,000 | 8,333.33 | 122.50 |
| 54 | CEP | MICHAEL | M | 09/19/50 | 05/01/88 | 275,621 | 100,000 | 8,333.33 | 122.50 |
| 55 | CEP | KEVIN | M | 08/11/67 | 07/01/01 | 237,334 | 100,000 | 8,333.33 | 122.50 |
| 56 | CEP | RHYS | M | 10/07/59 | 04/29/99 | 221,978 | 100,000 | 8,333.33 | 122.50 |
| 57 | CEP | ROGELIO | M | 09/28/66 | 08/15/98 | 232,035 | 100,000 | 8,333.33 | 122.50 |
| 58 | CEP | DAVID D. | M | 03/31/67 | 04/01/91 | 216,534 | 100,000 | 8,333.33 | 122.50 |
| 59 | CEP | JAMES | M | 07/16/40 | 04/01/96 | 167,899 | 100,000 | 8,333.33 | 122.50 |
| 60 | CEP | CHARLES | M | 09/17/57 | 09/01/94 | 468,054 | 190,000 | 15,833.33 | 568.42 |
| 61 | CEP | TERRENCE | M | 11/01/47 | 07/01/86 | 120,480 | 100,000 | 8,333.33 | 122.50 |
| 62 | CEP | DOUGLAS | M | | 09/01/97 | 248,124 | 100,000 | 8,333.33 | 122.50 |
| 63 | CEP | FRED | M | | 07/01/99 | 212,165 | 100,000 | 8,333.33 | 122.50 |

UAGP01385

| #  | Type | Name          | Sex | Date 1   | Date 2   |        |         |           |        |
|----|------|---------------|-----|----------|----------|--------|---------|-----------|--------|
| 64 | CEP  | ...E, MARILYN | F   | 06/22/48 | 07/14/98 | w.o.p. |         |           | 122.50 |
| 65 | CEP  | JEFFREY       | M   | 05/17/52 | 07/11/88 | 225,454| 100,000 | 8,333.33  | 122.50 |
| 66 | CEP  | RICHARD       | M   | 04/17/52 | 10/14/86 | 252,299| 190,000 | 15,833.33 | 568.42 |
| 67 | CEP  | TIMOTHY       | M   | 03/19/66 | 01/01/97 | 227,020| 100,000 | 8,333.33  | 122.50 |
| 68 | CEP  | DAVID         | M   | 05/18/63 | 06/01/01 | 120,000| 100,000 | 8,333.33  | 122.50 |
| 69 | CEP  | DANA          | M   | 02/16/60 | 06/01/98 | 106,278| 100,000 | 8,333.33  | 122.50 |
| 70 | CEP  | LEIGH         | M   | 05/27/54 | 08/10/89 | 294,882| 100,000 | 8,333.33  | 122.50 |
| 71 | CEP  | THOMAS        | M   | 11/08/67 | 07/01/97 | 201,348| 100,000 | 8,333.33  | 122.50 |
| 72 | CEP  | RUSSELL       | M   | 11/19/69 | 01/18/99 | 268,588| 100,000 | 8,333.33  | 122.50 |
| 73 | CEP  | DAVID         | M   | 04/24/48 | 09/01/77 | 289,501| 100,000 | 8,333.33  | 122.50 |
| 74 | CEP  | W. M.         | M   | 08/08/49 | 03/21/92 | 241,715| 100,000 | 8,333.33  | 122.50 |
| 75 | CEP  | ...N, DARILYN | F   | 05/03/69 | 04/01/98 | 197,072| 100,000 | 8,333.33  | 122.50 |
| 76 | CEP  | KEITH         | M   | 11/29/53 | 07/01/86 | 207,522| 100,000 | 8,333.33  | 122.50 |
| 77 | CEP  | WILLIAM       | M   | 10/05/53 | 08/15/83 | 277,900| 190,000 | 15,833.33 | 568.42 |
| 78 | CEP  | DIANA         | F   | 06/15/51 | 07/15/85 | 272,036| 170,000 | 14,166.67 | 508.58 |
| 79 | CEP  | JOSEPH        | M   | 08/18/51 | 04/01/86 | 132,666| 100,000 | 8,333.33  | 122.50 |
| 80 | CEP  | MARY          | F   | 08/20/55 | 10/01/85 | 438,921| 192,000 | 16,000.00 | 574.40 |
| 81 | CEP  | TAYLOR        | M   | 02/12/54 | 07/01/83 | 376,572| 100,000 | 8,333.33  | 122.50 |
| 82 | CEP  | LARRY         | M   | 08/31/52 | 11/01/00 | 202,425| 100,000 | 8,333.33  | 122.50 |
| 83 | CEP  | JAMES         | M   | 03/01/67 | 08/01/99 | 328,419| 100,000 | 8,333.33  | 122.50 |
| 84 | CEP  | THOMAS        | M   | 06/18/57 | 03/01/95 | 144,012| 100,000 | 8,333.33  | 122.50 |
| 85 | CEP  | DAN           | M   | 10/31/49 | 01/01/88 | 248,725| 100,000 | 8,333.33  | 122.50 |
| 86 | CEP  | SIDNEY        | M   | 02/06/46 | 05/01/82 | 432,266| 100,000 | 8,333.33  | 122.50 |
| 87 | CEP  | JOHN          | M   | 03/26/49 | 07/01/78 | 337,493| 190,000 | 15,833.33 | 568.42 |
| 88 | CEP  | PAUL          | M   | 08/21/47 | 05/01/72 | 188,130| 100,000 | 8,333.33  | 122.50 |
| 89 | CEP  | HOWARD        | M   | 05/26/50 | 04/01/82 | 129,068| 100,000 | 8,333.33  | 122.50 |
| 90 | CEP  | WILLARD       | M   | 08/07/49 | 01/01/88 | 247,400| 100,000 | 8,333.33  | 122.60 |
| 91 | CEP  | JOHN          | M   | 03/03/54 | 10/22/88 | 248,414| 100,000 | 8,333.33  | 122.50 |
| 92 | CEP  | ALAN          | M   | 07/31/50 | 05/01/91 | 346,692| 124,000 | 10,333.33 | 370.97 |
| 93 | CEP  | DAVID         | M   | 07/31/50 | 07/01/82 | 338,799| 172,000 | 14,333.33 | 514.57 |
| 94 | CEP  | BRIAN         | M   | 06/01/58 | 08/01/99 | 94,443 | 100,000 | 8,333.33  | 122.50 |
| 95 | CEP  | MICHELE       | F   | 04/25/65 | 03/01/95 | 254,394| 174,000 | 14,500.00 | 520.55 |
| 96 | CEP  | JONATHAN      | M   | 06/20/68 | 02/01/01 | 144,452| 100,000 | 8,333.33  | 122.50 |

UAGP01386

| | | Name | M/F | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 97 | CEP | THOMAS | M | 07/22/50 | 12/01/88 | 367,367 | 190,000 | 15,833.33 | 568.42 |
| 98 | CEP | JENNIFER | F | 02/05/68 | 12/19/02 | 100,000 | 100,000 | 8,333.33 | 122.50 |
| 99 | CEP | GREGORY | M | 06/25/64 | 08/01/94 | 242,751 | 100,000 | 8,333.33 | 122.50 |
| 100 | CEP | ERIC | M | 11/12/67 | 11/01/00 | 180,720 | 100,000 | 8,333.33 | 122.50 |
| 101 | CEP | JOEL | M | 09/17/49 | 12/01/88 | 143,341 | 100,000 | 8,333.33 | 122.50 |
| 102 | CEP | RICHARD | M | 05/07/48 | 06/01/80 | 369,746 | 100,000 | 8,333.33 | 122.50 |
| 103 | CEP | EARL | M | 10/01/40 | 12/01/96 | 138,808 | 100,000 | 8,333.33 | 122.50 |
| 104 | CEP | PAUL | M | 02/15/46 | 03/01/78 | 238,375 | - | | 122.50 |
| 105 | CEP | JOHN | M | 07/02/61 | 06/30/95 | 308,070 | 100,000 | 8,333.33 | 122.50 |
| 106 | CEP | RON | M | 09/07/57 | 01/15/96 | 244,458 | 100,000 | 8,333.33 | 122.50 |
| 107 | CEP | JOSEPH | M | 07/21/42 | 01/31/04 | 160,000 | 144,000 | 12,000.00 | 430.80 |
| 108 | CEP | MARK | M | 04/11/57 | 12/01/01 | 110,000 | 100,000 | 8,333.33 | 122.50 |
| 109 | CEP | CAROL | F | 09/11/63 | 04/01/96 | 145,391 | 100,000 | 8,333.33 | 122.50 |
| 110 | CEP | PETER | M | 07/07/64 | 07/09/96 | 323,110 | 100,000 | 8,333.33 | 122.50 |
| 111 | CEP | ALICE | F | 07/16/48 | 08/01/79 | 269,876 | 100,000 | 8,333.33 | 122.50 |
| 112 | CEP | DAVID | M | 03/03/49 | 01/01/79 | 184,496 | 100,000 | 8,333.33 | 122.50 |
| 113 | CEP | GEORGE | M | 03/31/45 | 01/01/73 | 231,773 | 141,000 | 11,750.00 | 421.83 |
| 114 | CEP | HELEN | F | 05/23/62 | 11/01/97 | 97,645 | 100,000 | 8,333.33 | 122.50 |
| 115 | CEP | JERRY | M | 11/12/55 | 02/01/91 | 306,987 | 100,000 | 8,333.33 | 122.50 |
| 116 | CEP | KRIS | M | 05/15/53 | 03/01/87 | 196,416 | 100,000 | 8,333.33 | 122.50 |
| 117 | CEP | JOHN | M | 01/01/49 | 10/01/86 | 221,047 | 100,000 | 8,333.33 | 122.50 |
| 118 | CEP | JOHN | M | 01/04/63 | 01/08/99 | 196,272 | 100,000 | 8,333.33 | 122.50 |
| 119 | CEP | SCOTT J. | M | 01/04/63 | 05/01/02 | 109,416 | 144,000 | 12,000.00 | 430.80 |
| 120 | CEP | STEVEN | M | 07/11/53 | 12/08/97 | 110,662 | 100,000 | 8,333.33 | 122.50 |
| 21 | CEP | ERNEST | M | 04/15/48 | 01/01/74 | 172,272 | 100,000 | 8,333.33 | 122.50 |
| 122 | CEP | WILLIAM | M | 06/16/46 | 07/01/95 | 155,861 | 100,000 | 8,333.33 | 122.50 |
| 123 | CEP | JACK | M | 05/12/54 | 10/07/95 | 100,000 | 100,000 | 8,333.33 | 122.50 |
| 124 | CEP | DOUGLAS | M | 07/31/57 | 01/01/91 | 166,417 | 100,000 | 8,333.33 | 122.50 |
| 125 | CEP | MICHAEL | M | 04/18/45 | 04/01/94 | 152,489 | 100,000 | 8,333.33 | 122.50 |
| 126 | CEP | ROBERT | M | 07/10/44 | 10/01/81 | 208,661 | 190,000 | 15,833.33 | 568.42 |
| 127 | CEP | GARY | M | 05/15/53 | 01/01/91 | 195,477 | 172,000 | 14,333.33 | 514.57 |
| 128 | CEP | TED | M | 01/14/48 | 08/01/76 | 299,804 | 100,000 | 8,333.33 | 122.50 |
| 129 | CEP | CHRISTINE | F | 02/22/70 | 07/01/02 | 160,000 | 125,000 | 10,416.67 | 373.96 |

UAGP01387

| ID | | Name | Sex | DOB | Eff. Date | Amount 1 | Amount 2 | Amount 3 | Amount 4 |
|---|---|---|---|---|---|---|---|---|---|
| 130 | CEP | JOHN | M | 09/24/52 | 04/01/86 | 248,844 | 100,000 | 8,333.33 | 122.50 |
| 131 | CEP | STEPHEN | M | 05/14/47 | 07/01/86 | 231,195 | 122,000 | 10,166.67 | 364.98 |
| 132 | CEP | JAMES | M | 05/24/48 | 05/01/81 | 225,529 | 168,000 | 14,000.00 | 502.60 |
| 133 | CEP | TODD | M | 07/21/61 | 02/01/03 | 148,125 | 100,000 | 8,333.33 | 122.50 |
| 134 | CEP | STEPHEN | M | 01/11/38 | 01/01/75 | 100,000 | 100,000 | 8,333.33 | 122.50 |
| 135 | CEP | CAROL | F | 01/16/68 | 08/01/99 | 100,000 | 100,000 | 8,333.33 | 122.50 |
| 136 | CEP | DAVID | M | 11/18/69 | 09/01/99 | 240,749 | 100,000 | 8,333.33 | 122.50 |
| 137 | CEP | YOUNG | M | 11/04/47 | 05/01/99 | 100,000 | 100,000 | 8,333.33 | 122.50 |
| 138 | CEP | WILSON | M | 04/05/50 | 05/01/80 | 252,676 | 100,000 | 8,333.33 | 122.50 |
| 139 | CEP | ELLEN | F | 03/09/63 | 04/01/95 | 333,206 | 172,000 | 14,333.33 | 514.57 |
| 40 | CEP | VICTOR | M | 07/02/43 | 01/01/75 | 248,382 | 100,000 | 8,333.33 | 122.50 |
| 141 | CEP | GARY A. | M | 08/08/62 | 05/01/94 | 263,797 | 180,000 | 15,000.00 | 538.50 |
| 142 | CEP | SHIN | M | 10/22/44 | 06/01/01 | 100,000 | 100,000 | 8,333.33 | 122.50 |
| 143 | CEP | LAURENCE | M | 02/26/47 | 01/01/79 | 168,289 | - | | |
| 144 | CEP | JOHN | M | 07/16/42 | 03/01/79 | 150,530 | 100,000 | 8,333.33 | 122.50 |
| 145 | CEP | THOMAS | M | 02/12/60 | 09/11/89 | 381,091 | 114,000 | 9,500.00 | 341.05 |
| 146 | CEP | ADELE | F | 12/28/56 | 06/07/90 | 97,040 | 100,000 | 8,333.33 | 122.50 |
| 147 | CEP | JEFFREY | M | 08/13/43 | 01/02/90 | 93,720 | 190,000 | 15,833.33 | 568.42 |
| 148 | CEP | STEVEN | M | 09/10/56 | 01/01/88 | 266,771 | 100,000 | 8,333.33 | 122.50 |
| 149 | CEP | ARIEL | M | 12/02/59 | 05/01/98 | 316,548 | 100,000 | 8,333.33 | 122.50 |
| 150 | CEP | CHRISTOPHER | M | 02/16/61 | 05/01/99 | 158,285 | 100,000 | 8,333.33 | 122.50 |
| 151 | CEP | C.L. | M | 09/12/46 | 01/01/73 | 141,922 | 100,000 | 8,333.33 | 122.50 |
| 152 | CEP | JAMES | M | 08/23/56 | 11/01/00 | 120,000 | 100,000 | 8,333.33 | 122.50 |
| 153 | CEP | DON | M | 10/14/51 | 08/01/83 | 175,698 | 100,000 | 8,333.33 | 122.50 |
| 54 | CEP | TODD | M | 03/19/65 | 07/01/03 | 236,027 | 100,000 | 8,333.33 | 122.50 |
| 155 | CEP | HELMUT | M | 01/18/48 | 05/01/79 | 232,629 | 100,000 | 8,333.33 | 122.50 |
| 156 | CEP | MARTIN | M | 10/07/55 | 10/01/91 | 140,918 | 100,000 | 8,333.33 | 122.50 |
| 157 | CEP | JOSEPH | M | 09/22/47 | 04/01/86 | 211,280 | 110,000 | 9,166.67 | 329.08 |
| 158 | CEP | HOWARD | M | 01/05/41 | 08/01/87 | 100,000 | 100,000 | 8,333.33 | 122.50 |
| 159 | CEP | ANDREW | M | 10/27/44 | 09/01/76 | 211,000 | 100,000 | 8,333.33 | 122.50 |
| 160 | CEP | SAUNDRA | F | 06/25/50 | 10/01/84 | 202,560 | 127,000 | 10,583.33 | 379.94 |
| 161 | CEP | STEPHEN | M | 03/18/59 | 01/01/91 | 128,399 | | | |
| 162 | CEP | THOMAS | M | 01/12/66 | 07/01/99 | 288,387 | 100,000 | 8,333.33 | 122.50 |

UAGP01388

| # | | First Name | Surname | Sex | | | | | | |
|---|-----|----------|---------|-----|----------|----------|---------|---------|-----------|--------|
| 163 | CEP | KENNETH | ███ | M | 02/22/48 | 01/01/81 | 309,928 | 114,000 | 9,500.00 | 341.05 |
| 164 | CEP | GEORGE | ███ | M | 08/08/44 | 05/01/97 | 153,693 | 100,000 | 8,333.33 | 122.50 |
| 165 | CEP | EDDIE | ███ | M | 04/08/56 | 04/01/86 | 147,795 | 100,000 | 8,333.33 | 122.50 |
| 166 | CEP | ROBERT | ███ | M | 01/01/49 | 07/01/84 | 100,000 | 100,000 | 8,333.33 | 122.50 |
| 167 | CEP | SUSAN | ███ | F | 02/05/61 | 06/01/97 | 223,392 | 100,000 | 8,333.33 | 122.50 |
| 168 | CEP | GREGORY | ███ | M | 01/15/53 | 08/01/84 | w.o.p. | - | | |
| 169 | CEP | RENATE | ███ | F | 06/17/39 | 05/12/89 | 232,968 | 100,000 | 8,333.33 | 122.50 |
| 170 | CEP | JOHN | ███ | M | 07/06/46 | 08/01/73 | 245,650 | 172,000 | 14,333.33 | 514.57 |
| 171 | CEP | RICHARD | ███ | M | 12/16/46 | 12/01/77 | 190,190 | 100,000 | 8,333.33 | 122.50 |
| 172 | CEP | KENNETH | ███ | M | 11/15/50 | 11/01/82 | 241,800 | 100,000 | 8,333.33 | 122.50 |
| 73 | CEP | MATHER | ███ | M | 12/15/45 | 07/01/77 | 254,941 | 100,000 | 8,333.33 | 122.50 |
| 174 | CEP | ANH | ███ | M | 10/16/45 | 04/01/99 | 197,022 | 100,000 | 8,333.33 | 122.50 |
| 175 | CEP | KHA | ███ | F | 02/03/71 | 03/01/01 | 221,817 | 172,000 | 14,333.33 | 514.57 |
| 176 | CEP | PHONG | ███ | M | 06/20/70 | 09/01/99 | 100,000 | 100,000 | 8,333.33 | 122.50 |
| 177 | CEP | MATTHEW | ███ | F | 10/18/61 | 05/01/94 | 236,763 | 100,000 | 8,333.33 | 122.50 |
| 178 | CEO | HUMBERTO | ███ | M | 07/03/65 | 07/01/03 | 100,000 | 100,000 | 8,333.33 | 122.50 |
| 179 | CEP | MARTIN | ███ | M | 03/25/56 | 02/01/87 | 237,475 | 100,000 | 8,333.33 | 122.50 |
| 180 | CEP | MARTIN | ███ | M | 01/27/53 | 06/01/84 | 342,498 | 100,000 | 8,333.33 | 122.50 |
| 181 | CEP | JOHN | ███ | M | 03/23/38 | 01/01/73 | 226,286 | 172,000 | 14,333.33 | 514.57 |
| 182 | CEP | JOHN | ███ | M | 06/10/53 | 12/01/81 | 149,422 | 100,000 | 8,333.33 | 122.50 |
| 183 | CEP | SASHIE | ███ | M | 08/09/71 | 12/01/02 | 110,000 | 100,000 | 8,333.33 | 122.50 |
| 184 | CEP | GREGORY | ███ | M | 03/22/52 | 05/01/94 | 205,272 | 100,000 | 8,333.33 | 122.50 |
| 185 | CEP | JOHN | ███ | M | 12/03/44 | 12/01/98 | w.o.p. | - | | |
| 186 | CEP | JUDY | ███ | F | 08/30/42 | 05/01/84 | 184,671 | 140,000 | 11,666.67 | 418.83 |
| 87 | CEP | JEFF | ███ | M | 08/08/66 | 12/01/02 | 100,000 | 100,000 | 8,333.33 | 122.50 |
| 188 | CEP | REMY | ███ | M | 12/05/60 | 04/01/99 | 100,000 | 100,000 | 8,333.33 | 122.50 |
| 189 | CEP | EDWARD | ███ | M | 06/23/54 | 09/01/93 | 340,589 | 192,000 | 16,000.00 | 574.40 |
| 190 | CEP | HEIDI | ███ | F | 2/9/66 | 06/01/00 | w.o.p. | - | | |
| 191 | CEP | JOSEPH | ███ | M | 10/28/44 | 01/01/91 | 163,990 | 100,000 | 8,333.33 | 122.50 |
| 192 | CEP | V. | ███ | F | 02/18/71 | 01/01/02 | 110,000 | 100,000 | 8,333.33 | 122.50 |
| 193 | CEP | JOHN | ███ | M | 12/06/50 | 01/01/98 | 347,167 | 100,000 | 8,333.33 | 122.50 |
| 194 | CEP | KTCHA | ███ | M | 03/19/52 | 02/01/03 | 100,000 | 100,000 | 8,333.33 | 122.50 |
| 195 | CEP | ROB | ███ | M | 01/09/56 | 01/14/96 | 232,572 | 100,000 | 8,333.33 | 122.50 |

UAGP01389

| ID | CEP | Name | Sex | Date 1 | Date 2 | Value 1 | Value 2 | Value 3 | Value 4 |
|---|---|---|---|---|---|---|---|---|---|
| 196 | CEP | MYLES | M | 07/13/49 | 03/01/81 | 158,869 | 114,000 | 9,500.00 | 341.05 |
| 197 | CEP | KENNETH | M | 03/19/48 | 09/01/76 | 201,671 | 128,000 | 10,666.67 | 382.93 |
| 198 | CEP | BERNICE | F | 04/26/59 | 08/01/00 | 128,721 | 100,000 | 8,333.33 | 122.50 |
| 199 | CEP | RC | M | 10/22/61 | 08/01/02 | 100,000 | 100,000 | 8,333.33 | 122.50 |
| 200 | CEP | ROBERT | M | 02/28/59 | 06/18/96 | 354,507 | 100,000 | 8,333.33 | 122.50 |
| 201 | CEP | SUSAN | F | 06/26/59 | 05/01/97 | 100,000 | 100,000 | 8,333.33 | 122.50 |
| 202 | CEP | CONRAD | M | 10/21/50 | 04/01/98 | 260,373 | 100,000 | 8,333.33 | 122.50 |
| 203 | CEP | ARTURO | | 09/06/59 | 04/01/02 | 100,000 | 100,000 | 8,333.33 | 122.50 |
| 204 | CEP | MICHAEL | M | 09/20/49 | 04/01/82 | 406,055 | 100,000 | 8,333.33 | 122.50 |
| °05 | CEP | IVAN | M | 12/17/48 | 04/01/86 | 293,171 | 100,000 | 8,333.33 | 122.50 |
| .06 | CEP | ROGER | M | 08/29/55 | 07/01/85 | 257,936 | 100,000 | 8,333.33 | 122.50 |
| 207 | CEP | BEN | M | 08/17/54 | 02/01/98 | 221,396 | 100,000 | 8,333.33 | 122.50 |
| 208 | CEP | ELDEN | M | 11/12/52 | 10/12/86 | 244,144 | 100,000 | 8,333.33 | 122.50 |
| 209 | CEP | MARK | M | 08/24/53 | 09/10/98 | 192,196 | 100,000 | 8,333.33 | 122.50 |
| 210 | CEP | MICHAEL | M | 10/21/51 | 07/01/90 | 357,056 | 190,000 | 15,833.33 | 568.42 |
| 211 | CEP | WILLIAM | M | 07/20/42 | 05/01/80 | 255,973 | 100,000 | 8,333.33 | 122.50 |
| 212 | CEP | MAINA | F | 03/13/64 | 07/13/95 | 76,680 | 100,000 | 8,333.33 | 122.50 |
| 213 | CEP | STUART | M | 07/01/47 | 01/01/03 | 100,000 | 100,000 | 8,333.33 | 122.50 |
| 214 | CEP | VICTORIA | F | 10/01/55 | 10/20/86 | 163,505 | 100,000 | 8,333.33 | 122.50 |
| 215 | CEP | GREGGORY | M | 1/13/1967 | 2/7/1996 | 222,291 | 100,000 | 8,333.33 | 122.50 |
| 216 | CEP | GAIL | F | 04/28/58 | 09/24/90 | 135,764 | 114,000 | 9,500.00 | 341.05 |
| 217 | CEP | GREGORY | M | 07/08/59 | 08/15/89 | 324,656 | 100,000 | 8,333.33 | 122.50 |
| 218 | CEP | CLINT | M | 09/18/74 | 12/01/03 | 100,000 | 100,000 | 8,333.33 | 122.50 |
| 219 | CEP | MARK | M | 01/22/46 | 11/01/74 | 220,076 | 100,000 | 8,333.33 | 122.50 |
| 20 | CEP | ANDRES | M | 04/19/65 | 10/01/97 | 257,344 | 140,000 | 11,666.67 | 418.83 |
| 221 | CEP | ELLIOT | M | 04/19/44 | 01/01/91 | 183,498 | 100,000 | 8,333.33 | 122.50 |
| 222 | CEP | MICHAEL | M | 11/05/66 | 08/01/00 | 291,553 | 172,000 | 14,333.33 | 514.57 |
| 223 | CEP | ALAN | M | 01/01/56 | 03/01/81 | 185,262 | 100,000 | 8,333.33 | 122.50 |
| 224 | CEP | ROBERT | M | 02/10/42 | 01/01/91 | 265,219 | 172,000 | 14,333.33 | 514.57 |
| 225 | CEP | DOUGLAS | M | 11/15/40 | 11/01/80 | 133,854 | 100,000 | 8,333.33 | 122.50 |
| 226 | CEP | MARK | M | 06/10/50 | 05/01/86 | 394,214 | 100,000 | 8,333.33 | 122.50 |
| 227 | CEP | CARL | M | 04/29/61 | 11/17/99 | 178,353 | 100,000 | 8,333.33 | 122.50 |
| 228 | CEP | SARA | F | 03/13/55 | 07/15/85 | 176,328 | 100,000 | 8,333.33 | 122.50 |

UAGP01390

| # | | Name | Sex | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 229 | CEP | DENNIS | M | 02/12/51 | 01/29/91 | 181,316 | 145,000 | 12,083.33 | 433.79 |
| 230 | CEP | JEFFREY | M | 12/16/53 | 03/01/00 | 193,200 | 120,000 | 10,000.00 | 359.00 |
| 231 | CEP | CARL | M | 04/04/48 | 07/01/01 | 226,011 | 100,000 | 8,333.33 | 122.50 |
| 232 | CEP | PAMELA | F | 04/10/60 | 07/15/91 | 200,000 | 100,000 | 8,333.33 | 122.50 |
| 233 | CEP | JEFFREY | M | 08/05/52 | 10/22/99 | 171,713 | 100,000 | 8,333.33 | 122.50 |
| 234 | CEP | YONG-YONG | F | | 08/01/02 | 110,000 | 110,000 | 8,333.33 | 122.50 |
| 235 | CEP | MARC | M | 05/11/64 | 12/01/95 | 248,512 | 100,000 | 8,333.33 | 122.50 |
| 236 | CEP | STEFAN | M | 10/25/74 | 07/01/03 | 100,000 | 100,000 | 8,333.33 | 122.50 |
| 237 | CEP | WILLIAM | M | 03/21/41 | 01/01/89 | 127,797 | 100,000 | 8,333.33 | 122.50 |
| 238 | CEP | RICHARD | M | 01/10/54 | 08/01/87 | 198,195 | 100,000 | 8,333.33 | 122.50 |
| 239 | CEP | MARK | M | 05/19/60 | 07/02/92 | 244,564 | 100,000 | 8,333.33 | 122.50 |
| 240 | CEP | DAVID | M | 05/18/68 | 08/01/00 | 215,310 | 100,000 | 8,333.33 | 122.50 |
| 241 | CEP | DAVID | M | 01/29/66 | 04/01/95 | 165,326 | 100,000 | 8,333.33 | 122.50 |
| 242 | CEP | PRENTICE | M | 10/17/60 | 07/01/93 | 311,120 | 100,000 | 8,333.33 | 122.50 |
| 243 | CEP | ARNOLD | M | 03/31/54 | 02/01/00 | 100,000 | 100,000 | 8,333.33 | 122.50 |
| 244 | CEP | JOHN | M | 03/20/49 | 07/18/93 | 243,727 | 100,000 | 8,333.33 | 122.50 |
| 245 | CEP | BARBARA | F | 09/22/61 | 07/01/99 | 222,602 | 100,000 | 8,333.33 | 122.50 |
| 246 | CEP | ROGER | M | 10/01/45 | 10/01/91 | w.o.p. | | | |
| 247 | CEP | MYRON | M | 05/13/42 | 02/01/72 | 113,932 | 100,000 | 8,333.33 | 122.50 |
| 248 | CEP | VIJAY | M | 01/01/53 | 07/08/89 | 69,595 | 100,000 | 8,333.33 | 122.50 |
| 249 | CEP | EMMA | F | 09/03/50 | 09/01/94 | w.o.p. | | | |
| 250 | CEP | ELLIS | M | 06/07/44 | 01/01/74 | 387,425 | 100,000 | 8,333.33 | 122.50 |
| 251 | CEP | JEFFREY | M | 02/01/54 | 04/01/84 | 149,901 | 134,000 | 11,166.67 | 400.88 |
| 252 | CEP | STEPHEN | M | 02/28/64 | 06/06/94 | 106,736 | 100,000 | 8,333.33 | 122.50 |
| 253 | CEP | THOMAS | M | 06/27/45 | 10/01/81 | 202,240 | 100,000 | 8,333.33 | 122.50 |
| 254 | CEP | KEITH | M | 03/03/49 | 01/01/93 | 226,288 | 100,000 | 8,333.33 | 122.50 |
| 255 | CEP | JACK | M | 06/27/55 | 05/01/87 | 208,631 | 100,000 | 8,333.33 | 122.50 |
| 256 | CEP | JAMES | M | 04/25/51 | 01/01/89 | 219,753 | 100,000 | 8,333.33 | 122.50 |
| 257 | CEP | FRANCIS | M | 11/08/52 | 08/07/95 | 162,664 | 100,000 | 8,333.33 | 122.50 |
| 258 | CEP | ERNEST | M | 11/21/49 | 05/01/80 | 154,898 | 100,000 | 8,333.33 | 122.50 |
| 259 | CEP | VICTOR | M | 12/14/67 | 08/01/98 | 222,264 | 100,000 | 8,333.33 | 122.50 |
| 260 | CEP | JOHN | M | 01/24/53 | 01/15/96 | 183,814 | 100,000 | 8,333.33 | 122.50 |
| 261 | CEP | DAVID | M | 10/18/49 | 01/01/91 | 108,019 | 100,000 | 8,333.33 | 122.50 |

UAGP01391

| # | Plan | Name | Sex | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 262 | CEP | TONY | M | 05/24/69 | 07/01/99 | 218,248 | 100,000 | 8,333.33 | 122.50 |
| 263 | CEP | JOHN | M | 09/29/53 | 08/31/87 | 188,846 | 114,000 | 9,500.00 | 341.05 |
| 264 | CEP | CARSTEN | F | 08/12/57 | 10/01/90 | 201,280 | 140,000 | 11,666.67 | 418.83 |
| 265 | Paragon | SONIA | F | | | 100,000 | 100,000 | 8,333.33 | 122.50 |
| 266 | CEPpa | Tiffany | F | 06/26/74 | 01/14/02 | 103,128 | 60,000 | 5,000.00 | 73.50 |
| 267 | CEPpa | Claude | M | 04/03/42 | 08/11/89 | 101,967 | 60,000 | 5,000.00 | 73.50 |
| 268 | CEPpa | Monica | F | 06/26/62 | 10/14/97 | 101,095 | 60,000 | 5,000.00 | 73.50 |
| 269 | CEPpa | Beth | F | 04/23/59 | 11/07/97 | 106,361 | 60,000 | 5,000.00 | 73.50 |
| 270 | CEPpa | Karen | F | 07/19/50 | 07/01/97 | 93,713 | 90,000 | 7,500.00 | 110.25 |
| 271 | CEPpa | Walter | M | 09/18/56 | 02/01/96 | 90,063 | 60,000 | 5,000.00 | 73.50 |
| 72 | CEPpa | Judith | F | 11/22/61 | 07/10/99 | 82,735 | 60,000 | 5,000.00 | 73.50 |
| 273 | CEPpa | James | M | 02/03/66 | 07/15/02 | 92,105 | 60,000 | 5,000.00 | 73.50 |
| 274 | CEPpa | Lori | F | 08/12/52 | 05/01/00 | 99,530 | 60,000 | 5,000.00 | 73.50 |
| 275 | CEPpa | Joseph | M | 09/19/66 | 07/16/96 | 126,476 | 60,000 | 5,000.00 | 73.50 |
| 276 | CEPpa | Timothy | M | 09/06/62 | 02/11/95 | 71,538 | 88,000 | 7,333.33 | 107.80 |
| 277 | CEPpa | Kevin | M | 08/11/64 | 09/25/00 | 75,696 | 60,000 | 5,000.00 | 73.50 |
| 278 | CEPpa | Christian | M | 07/16/69 | 01/30/01 | 72,535 | 60,000 | 5,000.00 | 73.50 |
| 279 | CEPpa | Nancy | F | 09/25/63 | 07/07/01 | 77,429 | 60,000 | 5,000.00 | 73.50 |
| 280 | CEPpa | Ellen | F | 12/05/46 | 11/01/01 | 87,590 | 60,000 | 5,000.00 | 73.50 |
| 281 | CEPpa | Eric | M | 02/19/52 | 12/30/03 | 64,000 | 64,000 | 5,333.33 | 78.40 |
| 282 | CEPpa | Linda | F | 04/19/52 | 08/01/99 | 64,801 | 60,000 | 5,000.00 | 73.50 |
| 283 | CEPpa | Brian | M | 06/22/60 | 01/17/01 | 86,251 | 60,000 | 5,000.00 | 73.50 |
| 284 | CEPpa | Bruce | M | 11/15/63 | 09/03/01 | 81,170 | 60,000 | 5,000.00 | 73.50 |
| 285 | CEPpa | John | M | 05/05/70 | 09/01/03 | 82,000 | 75,000 | 6,250.00 | 91.88 |
| 86 | CEPpa | Jane | F | 05/30/74 | 08/30/98 | 93,781 | 60,000 | 5,000.00 | 73.50 |
| 287 | CEPpa | Gregory | M | 12/31/67 | 10/10/02 | 91,736 | 60,000 | 5,000.00 | 73.50 |
| 288 | CEPpa | Kirsten | F | 7/24/1975 | 08/20/01 | 90,425 | 60,000 | 5,000.00 | 73.50 |
| 289 | CEPpa | James | M | 10/19/68 | 03/01/96 | 105,500 | 60,000 | 5,000.00 | 73.50 |
| 290 | CEPpa | William | M | 11/09/54 | 02/22/95 | 121,323 | 92,000 | 7,666.67 | 112.70 |
| 291 | CEPpa | Todd | M | 05/27/72 | 10/22/02 | 107,821 | 96,000 | 8,000.00 | 117.60 |
| 292 | CEPpa | Michael | M | 05/03/62 | 12/29/02 | 90,076 | 60,000 | 5,000.00 | 73.50 |
| 293 | CEPpa | Jed | M | 01/13/71 | 04/17/00 | 107,892 | 60,000 | 5,000.00 | 73.50 |
| 294 | CEPpa | Todd | M | 08/03/67 | 02/01/98 | 120,522 | 60,000 | 5,000.00 | 73.50 |

UAQP01392

| # | | Name | | | | | | | |
|---|------|----------|---|------------|----------|---------|---------|----------|--------|
| 295 | CEPpa | Rodney | F | 05/23/69 | 02/01/98 | 117,773 | 60,000 | 5,000.00 | 73.50 |
| 296 | CEPpa | Travis | M | 04/27/71 | 04/04/02 | 109,999 | 60,000 | 5,000.00 | 73.50 |
| 297 | CEPpa | Daniel | M | 08/27/71 | 02/09/01 | 115,878 | 60,000 | 5,000.00 | 73.50 |
| 298 | CEPpa | Patrick | M | 10/04/65 | 10/01/01 | 103,710 | 60,000 | 5,000.00 | 73.50 |
| 299 | CEPpa | Kathleen | F | 10/16/54 | 01/13/01 | 105,728 | 80,000 | 6,666.67 | 98.00 |
| 300 | CEPpa | David | M | 12/02/58 | 01/26/03 | 77,000 | 60,000 | 5,000.00 | 73.50 |
| 301 | CEPpa | Michon | F | 10/23/63 | 09/11/02 | 80,449 | 77,000 | 6,416.67 | 94.33 |
| 302 | CEPpa | Adrian | M | 04/29/65 | 03/01/00 | 88,802 | 60,000 | 5,000.00 | 73.50 |
| 303 | CEPpa | Cecilia | F | 11/22/55 | 10/09/91 | 96,826 | 83,000 | 6,916.67 | 101.68 |
| 304 | CEPpa | Omar | M | 12/10/70 | 09/09/02 | 72,950 | 60,000 | 5,000.00 | 73.50 |
| J05 | CEPpa | Dixie | F | 10/30/61 | 12/01/00 | 62,699 | 60,000 | 5,000.00 | 73.50 |
| 306 | CEPpa | Richard | M | 2/1/1953 | 06/06/02 | 71,180 | 60,000 | 5,000.00 | 73.50 |
| 307 | CEPpa | Victoria | F | 01/10/63 | 03/04/01 | 70,837 | 71,000 | 5,916.67 | 86.98 |
| 308 | CEPpa | Linda | F | 07/17/55 | 02/10/00 | 60,456 | 60,000 | 5,000.00 | 73.50 |
| 309 | CEPpa | Brian | M | 04/20/67 | 08/14/95 | 73,014 | 60,000 | 5,000.00 | 73.50 |
| 310 | CEPpa | Scott | M | 03/06/53 | 11/28/88 | 133,073 | 123,500 | 10,291.67 | 369.47 |
| 311 | CEPpa | Margo | F | 09/14/45 | 09/18/97 | 111,347 | 60,000 | 5,000.00 | 73.50 |
| 312 | CEPpa | Thomas | M | 12/10/1958 | 02/01/00 | 121,852 | 124,000 | 10,333.33 | 370.97 |
| 313 | CEPpa | Gary | M | 08/06/46 | 07/25/89 | 150,450 | 73,000 | 6,083.33 | 89.43 |
| 314 | CEPpa | Lance | M | 02/12/60 | 11/02/94 | 122,386 | 116,000 | 9,666.67 | 347.03 |
| 315 | CEPpa | Nancy | F | 10/24/60 | 12/01/97 | 123,254 | 60,000 | 5,000.00 | 73.50 |
| 316 | CEPpa | David | M | 12/20/69 | 03/17/00 | 115,712 | 60,000 | 5,000.00 | 73.50 |
| 317 | CEPpa | Nancy | F | 05/04/67 | 08/15/92 | 94,348 | 60,000 | 5,000.00 | 73.50 |
| 318 | CEPpa | Carna | F | 11/29/70 | 09/10/97 | 139,891 | 60,000 | 5,000.00 | 73.50 |
| 19 | CEPpa | Hang Kathy | F | 05/01/75 | 01/14/02 | 97,316 | 60,000 | 5,000.00 | 73.50 |
| 320 | CEPpa | Maude | F | 07/13/52 | 02/01/89 | 113,503 | 97,000 | 8,083.33 | 118.83 |
| 321 | CEPpa | Robert | M | 11/08/49 | 04/17/01 | 99,560 | 82,112 | 6,842.67 | 100.59 |
| 322 | CEPpa | Janel | F | 09/04/71 | 05/01/01 | 66,084 | 60,000 | 5,000.00 | 73.50 |
| 323 | CEPpa | Lisa | F | 04/16/71 | 08/08/97 | 85,676 | 60,000 | 5,000.00 | 73.50 |
| 324 | CEPpa | Michael | M | 08/08/97 | 09/15/99 | 109,344 | 60,000 | 5,000.00 | 73.50 |
| 325 | CEPpa | Joseph | M | 07/12/60 | 03/20/01 | 94,864 | 60,000 | 5,000.00 | 73.50 |
| 326 | CEPpa | Dennis | M | 12/06/68 | 06/04/02 | 106,930 | 78,000 | 6,500.00 | 95.55 |
| 327 | CEPpa | Julie | F | 03/23/62 | 06/03/02 | 79,293 | 60,000 | 5,000.00 | 73.50 |

UAGP01393

| ID | | Name | Sex | Birthdate | Date | Value1 | Value2 | Value3 | Value4 |
|----|----|----|----|----|----|----|----|----|----|
| 328 | CEPpa | Connie | F | 03/14/63 | 11/02/01 | 86,345 | 87,000 | 7,250.00 | 106.58 |
| 329 | CEPpa | Charles | M | 05/12/57 | 04/01/00 | 110,676 | 60,000 | 5,000.00 | 73.50 |
| 330 | CEPpa | Christopher | M | 5/24/1965 | 01/13/01 | 82,131 | 60,000 | 5,000.00 | 73.50 |
| 331 | CEPpa | Cynthia | F | 08/11/64 | 03/01/97 | 140,519 | 60,000 | 5,000.00 | 73.50 |
| 332 | CEPpa | Star | F | 01/05/61 | 12/01/97 | 59,265 | 59,265 | 4,938.75 | 72.60 |
| 333 | CEPpa | Patricia | F | 8/6/1960 | 01/30/00 | 110,067 | 60,000 | 5,000.00 | 73.50 |
| 334 | CEPpa | Cynthia | F | 08/11/84 | 09/01/99 | 103,382 | 60,000 | 5,000.00 | 73.50 |
| 335 | CEPpa | Scott | M | 04/12/73 | 09/12/99 | 120,006 | 60,000 | 5,000.00 | 73.50 |
| 336 | CEPpa | Jonathan | M | 07/16/68 | 03/08/99 | 120,367 | 60,000 | 5,000.00 | 73.50 |
| ?37 | CEPpa | Paul | M | 05/03/71 | 11/01/00 | 117,280 | 60,000 | 5,000.00 | 73.50 |
| ?38 | CEPpa | Raymond | M | 01/21/70 | 09/27/02 | 79,000 | 78,000 | 6,500.00 | 95.55 |
| 339 | CEPpa | Thomas | M | 06/10/57 | 05/22/98 | 124,697 | 89,000 | 7,416.67 | 109.03 |
| 340 | CEPpa | George | M | 07/20/70 | 12/15/02 | 101,684 | 60,000 | 5,000.00 | 73.50 |
| 341 | CEPpa | Kesha | F | 08/30/72 | 11/22/02 | 94,081 | 60,000 | 5,000.00 | 73.50 |
| 342 | CEPpa | Bradley | M | 05/19/57 | 11/28/02 | 98,436 | 60,000 | 5,000.00 | 73.50 |
| 343 | CEPpa | Richard | M | 06/07/44 | 01/02/01 | 99,068 | 60,000 | 5,000.00 | 73.50 |
| 344 | CEPpa | Julee | F | 11/04/57 | 09/18/02 | 82,607 | 79,000 | 6,583.33 | 96.78 |
| 345 | CEPpa | Maximillian | M | 10/08/69 | 09/08/02 | 90,537 | 60,000 | 5,000.00 | 73.50 |
| 346 | CEPpa | Marcus | M | 09/10/75 | 09/08/00 | 115,521 | 60,000 | 5,000.00 | 73.50 |
| 347 | CEPpa | Jon | M | 05/25/71 | 01/24/03 | 70,210 | 60,000 | 5,000.00 | 73.50 |
| 348 | CEPpa | Anna | F | 10/24/68 | 11/08/00 | 120,163 | 60,000 | 5,000.00 | 73.50 |
| 349 | CEPpa | Thomas | M | 11/24/70 | 09/17/02 | 88,686 | 60,000 | 5,000.00 | 73.50 |
| 350 | CEPpa | Jeffrey | M | 12/19/73 | 07/01/01 | 70,531 | 60,000 | 5,000.00 | 73.50 |
| 351 | CEPpa | Carol | F | 08/04/64 | 08/16/02 | 90,904 | 60,000 | 5,000.00 | 73.50 |
| ?52 | CEPpa | Jenny | F | 08/26/75 | 04/01/99 | 108,796 | 60,000 | 5,000.00 | 73.50 |
| 353 | CEPpa | Christine | F | 08/05/70 | 08/24/01 | 101,592 | 60,000 | 5,000.00 | 73.50 |
| 354 | CEPpa | Phillip | M | 03/13/71 | 08/15/01 | 94,620 | 60,000 | 5,000.00 | 73.50 |
| 355 | CEPpa | Monica | F | 08/14/72 | 10/08/01 | 77,340 | 60,000 | 5,000.00 | 73.50 |
| 356 | CEPpa | Bill | M | 11/24/48 | 06/01/01 | 97,047 | 60,000 | 5,000.00 | 73.50 |
| 357 | CEPpa | David | M | 03/15/55 | 04/07/03 | 70,519 | 60,000 | 5,000.00 | 73.50 |
| 358 | CEPpa | George | M | 08/08/61 | 06/02/01 | 130,921 | 90,000 | 7,500.00 | 110.25 |
| 359 | CEPpa | Anthony | M | 06/21/56 | 02/01/98 | 99,642 | 60,000 | 5,000.00 | 73.50 |
| 360 | CEPpa | Kenneth | M | 01/06/65 | 11/01/98 | 134,390 | 60,000 | 5,000.00 | 73.50 |

UAGP01394

| # | | Name | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 361 | CEPpa | Jose | M | 01/22/67 | 05/01/02 | 117,213 | 60,000 | 5,000.00 | 73.50 |
| 362 | CEPpa | Stephen | M | 07/02/68 | 01/02/01 | 115,783 | 60,000 | 5,000.00 | 73.50 |
| 363 | CEPpa | Adriana | F | 09/19/73 | 02/25/02 | 75,000 | 75,000 | 6,250.00 | 91.88 |
| 364 | CEPpa | Thomas | M | 6/31956 | 08/01/98 | 83,402 | 56,360 | 6,250.00 | 91.88 |
| 365 | CEPpa | , Felicia | F | 11/13/75 | 05/01/03 | 60,603 | 60,000 | 5,000.00 | 73.50 |
| 366 | CEPpa | , Natalie | F | 11/18/66 | 11/01/03 | 72,000 | 72,000 | 6,000.00 | 73.50 |
| | | | | | | | | | 88.20 |
| | | | | | | | | | 57,810.37 |
| | | **EMPLOYEES** | | | | | | | |
| 367 | MAW | KELLY J | F | 07/28/58 | 03/29/82 | 68,982 | 60,000 | 5,000.00 | 54.00 |
| 368 | MAW | BIRGIT | F | 11/24/58 | 01/19/01 | 61,010 | 60,000 | 5,000.00 | 54.00 |
| 369 | MAW | AIMEE | F | 12/31/65 | 12/31/65 | 56,360 | 56,360 | 4,696.67 | 50.72 |
| 370 | MAW | ANN | F | 02/14/80 | 04/19/99 | 73,920 | 60,000 | 5,000.00 | 54.00 |
| 371 | MAW | JOHN | M | 05/28/47 | 07/23/90 | 87,746 | 60,000 | 5,000.00 | 54.00 |
| 372 | MAW | DOUGLAS | M | 08/14/45 | 09/08/92 | 62,910 | 60,000 | 5,000.00 | 54.00 |
| 373 | MAW | CHRISTOPHER | M | 11/12/61 | 06/01/92 | 100,000 | 60,000 | 5,000.00 | 54.00 |
| 374 | MAW | KATRINA M | F | 10/18/64 | 04/06/98 | 64,397 | 60,000 | 5,000.00 | 54.00 |
| 375 | MAW | ANITO | M | 06/14/43 | 12/31/86 | 89,085 | 60,000 | 5,000.00 | 54.00 |
| 376 | MAW | JEFFREY | M | 08/31/65 | 06/04/90 | 150,144 | 60,000 | 5,000.00 | 54.00 |
| 377 | MAW | ROGER J | M | 09/12/41 | 05/30/88 | 102,287 | 60,000 | 5,000.00 | 54.00 |
| 8 | MAW | LENA | F | 10/30/60 | 03/13/00 | 44,999 | 60,000 | 5,000.00 | 54.00 |
| 379 | MAW | MICHAEL | M | 03/28/58 | 05/16/83 | 250,135 | 60,000 | 5,000.00 | 54.00 |
| 380 | MAW | CHIN A | F | 05/15/53 | 01/01/8B | 69,347 | 60,000 | 5,000.00 | 54.00 |
| 381 | MAW | CAROL | F | 11/9/1952 | 6/15/2000 | 54,209 | 60,000 | 5,000.00 | 54.00 |
| 382 | MAW | JANICE | F | 10/28/55 | 12/28/99 | 113,076 | 60,000 | 5,000.00 | 54.00 |
| 383 | MAW | JACK | M | 01/22/44 | 01/04/99 | 118,441 | 60,000 | 5,000.00 | 54.00 |
| 384 | MAW | NANCY | F | 02/07/61 | 08/01/00 | 137,555 | 60,000 | 5,000.00 | 54.00 |
| 385 | MAW | DANA | F | 09/17/69 | 02/24/00 | 91,148 | 60,000 | 5,000.00 | 54.00 |
| 386 | MAW | GEORGE | M | 05/15/53 | 02/12/01 | 88,704 | 60,000 | 5,000.00 | 54.00 |

UAGP01395

| # | | Name | Sex | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 387 | MAW | ANDREW | M | 12/30/67 | 06/18/01 | 106,100 | 60,000 | 5,000.00 | 54.00 |
| 388 | MAW | MARY | F | 09/19/71 | 08/13/01 | 55,000 | 55,000 | 4,583.33 | 49.50 |
| 389 | MAW | ARAH-ANN B | F | 07/21/49 | 04/01/96 | 101,749 | 42,532 | 3,544.30 | 38.28 |
| 390 | MAW | JACQUELINE M | F | 12/31/55 | 05/22/97 | 50,061 | 51,269 | 4,272.42 | 46.14 |
| 391 | MAW | PETER J. | M | 12/16/56 | 07/11/87 | 64,114 | 60,000 | 5,000.00 | 54.00 |
| 392 | MAW | YOLANDA | F | 01/02/60 | 04/18/94 | 44,561 | 44,561 | 3,713.42 | 40.10 |
| 393 | MAW | KELLY | F | 04/27/58 | 01/26/95 | 56,171 | 56,171 | 4,680.92 | 50.55 |
| 394 | MAW | DONNA | F | 03/06/54 | 05/07/80 | 48,231 | 48,231 | 4,019.25 | 43.41 |
| 395 | MAW | JEANNENE G | F | 07/11/49 | 09/30/86 | 50,928 | 50,928 | 4,244.00 | 45.84 |
| 996 | MAW | LESLIE | F | 08/14/45 | 04/26/93 | 75,561 | 60,000 | 5,000.00 | 54.00 |
| .97 | MAW | PATTI J | F | 03/27/57 | 06/01/87 | 138,724 | 125,000 | 10,416.67 | 395.83 |
| 398 | MAW | MARTIN L | M | 09/11/50 | 06/08/98 | 100,103 | 60,000 | 5,000.00 | 54.00 |
| 399 | MAW | STEVE | M | 12/25/89 | 03/26/02 | 81,879 | 60,000 | 5,000.00 | 54.00 |
| 400 | MAW | JEROME | M | 11/21/67 | 05/28/03 | 60,000 | 60,000 | 5,000.00 | 54.00 |
| 401 | MAW | MATT | M | 01/31/65 | 06/05/00 | 81,000 | 60,000 | 5,000.00 | 54.00 |
| 402 | MAW | FIONA | F | 12/14/70 | 09/08/97 | 56,589 | 56,589 | 4,715.75 | 50.93 |
| 403 | MAW | KIMBERLY | F | 10/13/73 | 05/08/00 | 52,284 | 52,284 | 4,357.00 | 47.06 |
| 404 | MAW | JENNIFER | F | 03/23/77 | 02/22/00 | 54,060 | 54,060 | 4,505.00 | 48.65 |
| 405 | MAW | LESLIE | F | 10/19/65 | 01/01/00 | 125,500 | 60,000 | 5,000.00 | 54.00 |
| 406 | MAW | MICHELE | F | 10/18/53 | 04/05/04 | 75,000 | 75,000 | 6,250.00 | 67.50 |
| 407 | MAW | TERI L | F | 06/06/45 | 03/13/85 | 51,586 | 51,586 | 4,298.83 | 46.43 |
| 408 | MAW | DARCEY | F | 09/03/64 | 10/18/00 | 58,068 | 58,068 | 4,839.00 | 52.26 |
| 409 | MBSI | JIMMIE | M | 10/07/58 | 12/16/99 | 120,000 | 60,000 | 5,000.00 | 54.00 |
| 410 | MBSI | NANCY | F | 09/27/65 | 07/03/93 | 102,000 | 102,000 | 8,500.00 | 323.00 |
| 11 | MBSI | TERESA | F | 04/09/53 | 10/04/99 | 101,233 | 60,000 | 5,000.00 | 54.00 |
| 412 | MBSI | DOUG | M | 08/08/64 | 06/19/00 | 90,000 | 60,000 | 5,000.00 | 54.00 |
| 413 | MBSI | MATTHEW | M | 07/04/59 | 06/02/03 | 50,000 | 60,000 | 5,000.00 | 54.00 |
| 414 | MBSI | CYNTHIA | F | 05/30/65 | 06/02/03 | 68,000 | 60,000 | 5,000.00 | 54.00 |
| 415 | MBSI | PAMELA | F | 10/22/46 | 07/03/93 | 71,500 | 60,000 | 5,000.00 | 54.00 |
| 416 | MBSI | DENNIS | M | 10/31/46 | 03/20/01 | 91,000 | 91,000 | 7,583.33 | 81.90 |
| 417 | MBSI | DANNY | M | 11/12/49 | 10/15/01 | 69,400 | 60,000 | 5,000.00 | 54.00 |
| 418 | MBSI | ANN | F | 10/04/66 | 07/03/93 | 64,230 | 60,000 | 5,000.00 | 54.00 |
| 419 | MBSI | MELISSA | F | 03/17/68 | 08/05/02 | 56,500 | 60,000 | 5,000.00 | 54.00 |

UAGP01396

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 420 | MBSI | ELVA | F | 01/09/67 | 07/03/93 | 70,500 | 60,000 | 5,000.00 | 54.00 |
| 421 | MBSI | REBECCA | F | 10/16/71 | 03/22/93 | 57,000 | 57,000 | 4,750.00 | 51.30 |
| 422 | MBSI | LINDA | F | 07/24/50 | 10/29/01 | 58,500 | 55,000 | 4,583.33 | 49.50 |
| 423 | MBSI | DAWN | F | 09/21/70 | 03/29/93 | 50,500 | 50,500 | 4,208.33 | 45.45 |
| 424 | MBSI | GUADALUPE | F | 12/12/71 | 10/15/01 | 56,000 | 50,750 | 4,229.17 | 45.68 |
| 425 | MBSI | LOVEY | F | 02/07/58 | 04/03/01 | 60,500 | 60,000 | 5,000.00 | 54.00 |
| 426 | Fusion | Holly | F | 12/19/55 | 09/11/00 | 41,051 | 41,051 | 3,420.92 | 36.95 |
| 427 | Fusion | Lynne | F | 10/02/67 | 06/06/99 | 70,108 | 60,000 | 5,000.00 | 54.00 |
| 428 | MAM | PAULA | F | 03/07/61 | 01/02/01 | 60,000 | 60,000 | 6,833.33 | 73.80 |
| '29 | MAM | TARA | F | 02/12/69 | 01/28/02 | 58,000 | 82,000 | 4,833.33 | 52.20 |
| .30 | MAM | GLORIA | F | 04/25/55 | 10/01/01 | 170,000 | 58,000 | 13,333.33 | 506.67 |
| 431 | MAM | SUSAN | F | 08/31/42 | 01/06/95 | 115,000 | 160,000 | 5,000.00 | 54.00 |
| 432 | MAM | CHRIS | M | 11/18/61 | 05/01/03 | 162,000 | 60,000 | 12,500.00 | 475.00 |
| 433 | MAM | JOHN | M | 12/30/49 | 01/06/03 | 84,000 | 78,000 | 6,500.00 | 70.20 |