THOMAS M. HERLIHY (SBN 83615)
JOHN C. FERRY (SBN 104411)
KELLY, HERLIHY & KLEIN LLP
44 Montgomery Street, Suite 2500
San Francisco, CA 94104-4798
Tel.: (415) 951-0535
Fax: (415) 391-7808
Email: herlihy@kelher.com
       jferry@kelher.com

Attorneys for Defendants
UNUM GROUP (formerly known as
UNUMPROVIDENT CORPORATION),
UNUM CORPORATION (a now non-existent
entity, properly referred to as Unum Group)
and UNUM LIFE INSURANCE COMPANY OF AMERICA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT E. BLAKE<br><br>    Plaintiff,<br><br>vs.<br><br>UNUMPROVIDENT CORPORATION;<br>UNUM CORPORATION, UNUM LIFE<br>INSURANCE COMPANY OF AMERICA,<br>MATHEW F. CARROLL, M.D., LYNETTE D.<br>RIVERS, PH.D., MARK W. BONDI, PH.D.,<br>COMMISSIONER OF THE CALIFORNIA<br>DEPARTMENT OF INSURANCE, and DOES<br>1 through 50 inclusive,<br><br>    Defendants. | Case No.:  C 07-05957 SC<br>(State Complaint Filed: October 16, 2007)<br><br>**SUBSTITUTION OF ATTORNEY** |

1      TO THE CLERK OF THE ABOVE ENTITLED COURT AND TO ALL PARTIES
2  HEREIN AND TO THEIR ATTORNEYS OF RECORD:
3      PLEASE TAKE NOTICE that defendants Unum Group and Unum Life Insurance
4  Company of America hereby substitutes counsel as follows:

6  1.    Former legal representative:
7      Kelly, Herlihy & Klein, LLP

9  2.    **New legal representative**:

10
    Thomas M. Herlihy, Esq. (SBN 83615)
11     John C. Ferry, Esq. (SBN 104411)
    Wilson, Elser, Moskowitz, Edelman & Dicker
12     525 Market Street, 17th Floor
    San Francisco, CA 94105-2725
13     Tel: (415) 433-0990
14     Fax: (415) 434-1370

15
16 3.    The party making this substitution are defendants, Unum Group and Unum Life
Insurance Company of America.
17

18
19 4.    I consent to this substitution.

20 Dated: March 3, 2008    Elizabeth Sanning    _____
21     (Print Name) Authorized    (Signature of party)
22     Agent

23 5.    I consent to this substitution.

24
25 Dated: March 4, 2008    _____    _____
    (Print Name)    (Signature of former attorney)
26
27
28

-1-

SUBSTITUTION OF ATTORNEY

CASE NO. C 07-05957 SC

1  6.  I am duly admitted to practice in this District and accept this substitution.
2
3  Dated: March 7, 2008    _____    _____
                                (Print Name)              (Signature of new attorney)
4
5
6
7  **Substitution of Attorney is hereby approved**
8
9  Date: ___4/10_____, 2008    _____
10                                     UNITED STATES DISTRICT JUDGE
   E:\27261\P12.doc
11

IT IS SO ORDERED
Judge Samuel Conti

-2-

SUBSTITUTION OF ATTORNEY
CASE NO. C 07-05957 SC