1  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   DANIEL J. MEAGHER, SB# 66821
2    E-Mail: meagher@lbbslaw.com
   One Sansome Street
3  Suite 1400
   San Francisco, California 94104
4  Telephone: (415) 362-2580
   Facsimile: (415) 434-0882
5
   Attorneys for Defendant
6  LYNETTE D. RIVERS, Ph.D.

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 | BOB E. BLAKE, M.D.,                  ) CASE NO. C07-05957 EDL
                                          )
12 |         Plaintiff,                   ) (San Francisco Superior Court
                                          ) Case No. CGC07-468238)
13 |    v.                                )
                                          ) **STIPULATION TO EXTEND TIME TO**
14 | UNUMPROVIDENT CORPORATION;           ) **RESPOND TO COMPLAINT**
     UNUM CORPORATION; UNUMLIFE           )
15 | INSURANCE COMPANY OF AMERICA;        )
     MATHEW F. CARROLL, MD; LYNETTE D.    )
16 | RIVERS, Ph.D; MARK W. BONDI, Ph.D; et )
     al.,                                 ) ACTION FILED:    October 16, 2007
17 |                                      ) TRIAL DATE:      None Set
             Defendants.                  )
18 |_____)

19         By their signatures below, plaintiff's counsel Lawrence Mann, Esq., and defendant Lynette

20 D. Rivers, Ph.D.'s counsel, Daniel J. Meagher, Esq., hereby stipulate to extend the time for

21 defendant Lynette Dr. Rivers, Ph.D. to answer, move or otherwise respond to plaintiff's Complaint

22 to May 16, 2008.

23 DATED: April 15, 2008              LEWIS BRISBOIS BISGAARD & SMITH LLP

24

25
                                      By _____
26                                        Daniel J. Meagher
                                          Attorneys for Defendant
27                                        LYNETTE D. RIVERS, Ph.D.

28

4819-5092-4034.1                         -1-
                   STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

1  DATED: April 14, 2008          BOURHIS & MANN

                                  By _____
                                     Lawrence Mann
                                     Attorneys for Plaintiff
                                     BOB E. BLAKE, M.D.

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

**PROOF OF SERVICE -
VIA - E-FILING**

*Bob E. Blake, MD v. Unumprovident Corporation, et al.*
USDC, Northern District of California, Case No. C07-05957EDL

I hereby declare that I am a citizen of the United States, I am over the age of eighteen years, and not a party to the within action. My electronic notification address is twong@lbbslaw.com..

On the date stated below, I electronically filed the foregoing document **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** as required by the Court's Mandating Electronic Service in this matter, on the parties in this action, addressed as follows:

| | |
|---|---|
| Ray Bourhis, Esq.<br>Lawrence Mann, Esq.<br>Bourhis & Mann<br>1050 Battery Street<br>San Francisco, CA  94111<br>*Attorneys for Plaintiff*<br>*Bob E. Blake, M.D.* | **Phone:**  (415) 392-4660<br>Fax:       (415) 421-0259 |
| Michael Neil, Esq.<br>Neil Dymott Frank Harrison<br>  & McFall<br>1010 - 2nd Avenue<br>San Diego, CA  92101<br>*Attorneys for Defendant*<br>*Mathew F. Carroll, M.D.* | **Phone:**  (619) 238-1712<br>Fax: |
| Thomas M. Herlihy, Esq.<br>Kelly Herlihy & Klein LLP<br>44 Montgomery Street, Suite 2500<br>San Francisco, CA  94104<br>*Attorneys for Defendants*<br>*Unumprovident, Unum Corporation and*<br>*Unum Life* | **Phone:**  (415) 951-0535<br>Fax: |
| Marc Zimmerman, Esq.<br>Hassard Bonnington LLP<br>Two Embarcadero Center<br>Suite 1800<br>San Francisco, CA  94111-3993<br>*Attorneys for Defendant*<br>*Mark Bondi, Ph.D.* | **Phone:**  (415) 288-9800<br>Fax: |

The transmission was reported as complete and without error. A copy of the filing receipt will be maintained with the document in our file.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed April 16, 2008 at San Francisco, California.


Terri Wong

4851-2876-4674.1

PROOF OF SERVICE