1  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
DANIEL J. MEAGHER, SB# 66821
2    E-Mail: meagher@lbbslaw.com
One Sansome Street
3  Suite 1400
San Francisco, California 94104
4  Telephone: (415) 362-2580
Facsimile: (415) 434-0882

5

6  Attorneys for Defendant
LYNETTE D. RIVERS, Ph.D.

7

8                 UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11  BOB E. BLAKE, M.D.,                    )  CASE NO. C07-05957 ~~EDL~~  SC
                                          )
12             Plaintiff,                  )  (San Francisco Superior Court
                                          )  Case No. CGC07-468238)
13       v.                                )
                                          )  **STIPULATION TO EXTEND TIME TO**
14  UNUMPROVIDENT CORPORATION;             )  **RESPOND TO COMPLAINT**
    UNUM CORPORATION; UNUMLIFE             )
15  INSURANCE COMPANY OF AMERICA;          )
    MATHEW F. CARROLL, MD; LYNETTE D.      )
16  RIVERS, Ph.D; MARK W. BONDI, Ph.D; et  )
    al.,                                   )  ACTION FILED:       October 16, 2007
17                                         )  TRIAL DATE:         None Set
               Defendants.                 )
18  _____    )

19       By their signatures below, plaintiff's counsel Lawrence Mann, Esq., and defendant Lynette

20  D. Rivers, Ph.D.'s counsel , Daniel J. Meagher, Esq.,  hereby stipulate to extend the time for

21  defendant Lynette Dr. Rivers, Ph.D. to answer, move or otherwise respond to plaintiff's Complaint

22  to May 16, 2008.

23  DATED:  April _15_, 2008        LEWIS BRISBOIS BISGAARD & SMITH LLP

24

25

26                                  By _____
                                       Daniel J. Meagher
27                                     Attorneys for Defendant
                                       LYNETTE D. RIVERS, Ph.D.
28

IT IS SO ORDERED
Judge Samuel Conti

4819-5092-4034.1                         -1-

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

1    DATED:  April ___, 2008          BOURHIS & MANN

2

3                                      By _____

4                                          Lawrence Mann
                                           Attorneys for Plaintiff
5                                          BOB E. BLAKE, M.D.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

4819-5092-4034.1                              -2-
STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

**PROOF OF SERVICE -**
**VIA - E-FILING**
*Bob E. Blake, MD v. Unumprovident Corporation, et al.*
USDC, Northern District of California, Case No. C07-05957EDL

I hereby declare that I am a citizen of the United States, I am over the age of eighteen years, and not a party to the within action. My electronic notification address is twong@lbbslaw.com..

On the date stated below, I electronically filed the foregoing document **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** as required by the Court's Mandating Electronic Service in this matter, on the parties in this action, addressed as follows:

| | |
|---|---|
| Ray Bourhis, Esq.<br>Lawrence Mann, Esq.<br>Bourhis & Mann<br>1050 Battery Street<br>San Francisco, CA 94111<br>*Attorneys for Plaintiff*<br>*Bob E. Blake, M.D.* | **Phone:** **(415) 392-4660**<br>Fax:    (415) 421-0259 |
| Michael Neil, Esq.<br>Neil Dymott Frank Harrison<br>  & McFall<br>1010 - 2nd Avenue<br>San Diego, CA 92101<br>*Attorneys for Defendant*<br>*Mathew F. Carroll, M.D.* | **Phone: (619) 238-1712**<br>Fax: |
| Thomas M. Herlihy, Esq.<br>Kelly Herlihy & Klein LLP<br>44 Montgomery Street, Suite 2500<br>San Francisco, CA 94104<br>*Attorneys for Defendants*<br>*Unumprovident, Unum Corporation and*<br>*Unum Life* | **Phone: (415) 951-0535**<br>Fax: |
| Marc Zimmerman, Esq.<br>Hassard Bonnington LLP<br>Two Embarcadero Center<br>Suite 1800<br>San Francisco, CA 94111-3993<br>*Attorneys for Defendant*<br>*Mark Bondi, Ph.D.* | **Phone: (415) 288-9800**<br>Fax: |

The transmission was reported as complete and without error. A copy of the filing receipt will be maintained with the document in our file.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed April 16, 2008 at San Francisco, California.



Terri Wong

4851-2876-4674.1

PROOF OF SERVICE