1  THOMAS M. HERLIHY (SBN 83615)
   WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
2  525 Market Street, 17th Floor
   San Francisco, CA 94105-2725
3  Tel.: (415) 433-0990
   Fax: (415) 434-1370
4

5  Attorneys for Defendants
   UNUM GROUP (formerly known as
6  UNUMPROVIDENT CORPORATION),
   UNUM CORPORATION (a now non-existent
7  entity, properly referred to as Unum Group)
   and UNUM LIFE INSURANCE COMPANY OF AMERICA
8

9
                **UNITED STATES DISTRICT COURT**
10
              **NORTHERN DISTRICT OF CALIFORNIA**
11

12  ROBERT E. BLAKE                              )   Case No.:   C 07-05957 SC
                                                 )   (State Complaint Filed: October 16, 2007)
13            Plaintiff,                         )
                                                 )
14      vs.                                      )   **DECLARATION OF THOMAS M.**
                                                 )   **HERLIHY RE COMPLIANCE WITH**
15  UNUMPROVIDENT CORPORATION;                   )   **COURT ORDER DATED APRIL 4, 2008**
    UNUM CORPORATION, UNUM LIFE                  )
16  INSURANCE COMPANY OF AMERICA,                )
    MATHEW F. CARROLL, M.D., LYNETTE D.          )   Date:  May 9, 2008
17  RIVERS, PH.D., MARK W. BONDI, PH.D.,         )
    COMMISSIONER OF THE CALIFORNIA               )
18  DEPARTMENT OF INSURANCE, and DOES            )
    1 through 50 inclusive,                      )
19                                               )
            Defendants.                          )
20  _____ )

21

22

23

24

25

26

27

28

I, Thomas M. Herlihy, do hereby declare:

1.      I am an attorney at law duly admitted to practice before all courts in the state of California and admitted to practice before this court.

2.      I am a partner in the law firm of Wilson, Elser, Moskowitz, Edelman & Dicker LLP ("Wilson Elser").  I became a partner with that firm effective April 1, 2008.  Prior to that time I was a partner in the law firm of Kelly, Herlihy & Klein, LLP.

3.      On January 28, 20008, and through April 1, 2008, Kelly, Herlihy & Klein was representing defendant Unum Group and defendant Unum Life Insurance Company in the captioned matter.  Representation of these defendants thereafter was with Wilson, Elser.

4.      On April 1, 2008, this court, pursuant to its Orders attached as **Exhibit 1,** determined that documents filed with the Declaration of David Chidester on January 28, 2008 contained the names and Social Security number information of certain insureds of Unum Life Insurance Company ("the Chidester exhibits").  This filing was done while Kelly, Herlihy & Klein represented the defendants.  The Court's order *sua sponte* sealing the Chidester exhibits occurred on the day I began working at Wilson, Elser.

5.      Upon receipt of the notice from the court concerning the Chidester exhibits, I contacted the attorneys representing the other parties in the litigation.  Attached as **Exhibit 2** to this declaration is a copy of the e-mail transcription I sent to each of the attorneys at the respective firms regarding the Chidester exhibits.

6.      On April 2, 2008 I received confirmation from Joanna Storey, on behalf of her firm, Hassard Bonnington LLP, representing Dr. Bondi.  Ms. Storey affirmed that the Chidester exhibits had been shredded; that no copy remained in their possession; and that the Chidester exhibits had never been shared outside of her office.  Attached as **Exhibit 3** to this declaration is copy of the e-mail transmission from Ms. Storey.

7.      On April 3, 2008, I received confirmation from Todd Ratay, on behalf of his firm Neil, Dymott, Frank, McFall and Trexler APLC, representing defendant Dr. Carroll, that the Chidester exhibits were never printed and were never in the possession of his office; the Chidester exhibits were never opened to public view and were never made available for potential

-1-

1  copying or disclosure to third parties.  Mr. Ratay affirmed that there had been no disclosure of

2  the Chidester exhibits.  Attached as **Exhibit 4** to this declaration is Mr. Ratay's reply.

3         8.     On April 4, 2008, Larry Mann, counsel for plaintiff, returned the Chidester

4  exhibits to me in open court at the April 4, 2008 hearing.  I subsequently confirmed in a

5  telephone conversation, and then in a confirmation letter of that conversation, that Mr. Mann's

6  office had not maintained any copies of the Chidester exhibits; had not disclosed them outside

7  his office; and had not or made them available to the public for any purpose.  The attached

8  **Exhibit 5** is my letter to Mr. Mann in that regard.

9         9.     Following the April 4, 2008 status conference, I proceeded to the Office of the

10  Clerk to determine whether any information regarding possible public disclosure of the Chidester

11  exhibits could be obtained.

12        10.    I examined the sign-out sheet at the clerk's office used to record any public

13  request to review court files.  I spoke with Sherry and Leona in the clerk's office and reviewed

14  the sign-in sheets for the period January 28, 2008 through April 4, 2008.  I reviewed the sign-in

15  sheets, along with an associate in my office, Catherine Gregory.  There was no public sign-in

16  request for the files in this action and no request for any document in the court filing containing

17  the Chidester exhibits.

18        11.    I had several conversations with a representative of PACER regarding records of

19  electronic access to the court files.  I spoke with Shawn Robledo, a PACER representative.  Ms.

20  Robledo was not able to provide information regarding PACER access because she said it would

21  not be disclosed absent a subpoena from the court.  I likewise spoke with Buzz in the Clerk's

22  Office who also confirmed that there is no record he could make available regarding any public

23  access to this court file with the Chidester exhibits.

24        12.    I have conducted both an April 3 and an April 10, 2008 meeting with Wilson,

25  Elser attorneys working on matters dealing with issues similar to the ones in this action.  The

26  meetings focused on a review of General Order 53 and discussed further efforts to make sure

27  there will be full compliance with the order and ensure that the error in the Chidester exhibits

28  filing would not occur in the future.

-2-

1       13.     As to the court ordered notice, I was able to determine that my client does not

2 maintain mailing addresses for any group policy holder individual members. Some policy

3 holders – of which there are a few similar to plaintiff, Dr. Blake – have provided addresses to my

4 client. There are approximately 6 in that category. For the balance of the group policyholder

5 members, approximately 450, my client does not have addresses for mailing except for those

6 who have submitted claims to the company. There is estimate that approximately 65 of the 450

7 group members have submitted claims.

8       14.     My client is in the process of coordinating all the available addresses for the

9 mailing of the letter which the court has directed me to write. As for those individuals for whom

10 there is no address, my client is contacting the group insurer to ask for the addresses or to request

11 that the group insurer send the letter to the specific members listed in the Chidester exhibits. By

12 the time of the May 9, 2008 hearing, I expect that letters to those individuals for whom addresses

13 are known, will have been sent. I will have an updated declaration for the court at or just prior to

14 the May 9, 2008 appearance so as to advise on the status.

15       15.     A copy of the letter which will be sent to the individuals pursuant to the court

16 order is attached as **Exhibit 6.**

17      I declare under penalty of perjury, that the foregoing is true and correct. Executed this

18 29th day of April, 2008 in San Francisco, California.

19

20

21                                           Thomas M. Herlihy

22

23

24

25

26

27

28

-3-

# EXHIBIT 1

1

IN THE UNITED STATES DISTRICT COURT

2

FOR THE NORTHERN DISTRICT OF CALIFORNIA

3

M.D. BOB E. BLAKE,

4             Plaintiff(s),

5      v.                                          No.  C-07-5957-SC

6  UNUMPROVIDENT CORPORATION, et al.,

7             Defendant(s).
                                            /       Clerk's Notice

8

9

10        (Plaintiff is required to serve and file a proof of service with the Court on any party involved
          not listed on the attached proof of service.)

11

12

13  YOU ARE NOTIFIED THAT the Court has scheduled a **Status Conference** on **April 4,  2008  at
    10:00 A.M.** before the Honorable Samuel Conti.

14  Please report to Courtroom 1, on the 17th floor, U.S. Courthouse, 450 Golden Gate Avenue, San
    Francisco, CA 94102.

15

16

17

18  Dated:     April 4, 2008                        FOR THE COURT,

19                                                  Richard W. Wieking, Clerk

20                                                  By: T. De Martini_____

21                                                       Courtroom Deputy Clerk

22

23

24

25

26

27

28

*United States District Court*
*For the Northern District of California*

1

2

3

4

5

6                   UNITED STATES DISTRICT COURT

7                 NORTHERN DISTRICT OF CALIFORNIA

8

9    ROBERT E. BLAKE,                    )    Case No. 07-5957 SC
                                         )
10            Plaintiff,                  )
                                         )    SUA SPONTE ORDER
11       v.                               )    SEALING DOCUMENT
                                         )
12   UNUM PROVIDENT CORPORATION; UNUM     )
     CORPORATION; UNUM LIFE INSURANCE     )
13   COMPANY OF AMERICA, MATTHEW F.       )
     CARROLL, M.D., LYNETTE D. RIVERS,    )
14   PH.D., MARK W. BONDI, PH.D.,         )
     COMMISSIONER OF THE CALIFORNIA       )
15   DEPARTMENT OF INSURANCE, and DOES    )
     1-50 inclusive,                      )
16                                        )
              Defendants.                 )
17   _____ )

18

19        The Court hereby ORDERS that the Declaration of David C.

20   Chidester In Support of the Corporate Defendants' Opposition to

21   Plaintiff's Motion to Remand and all attached documents be sealed.

22   See Docket No. 25.  Various of the exhibits attached to this

23   Declaration contain personal information in violation of General

24   Order No. 53.[1]

25   ///

26   ///

27   _____

28        [1]  Whether disclosure of this personally identifying
     information also violates state and federal privacy laws is not now
     before the Court.

**United States District Court**
For the Northern District of California

1      The parties are hereby ORDERED to appear before the Court

2    Friday, April 4, 2008, at 10:00 a.m. in Courtroom #1.

3

4

5      IT IS SO ORDERED.

6

7      Dated: April 1, 2008

8

9                           _____

10                         UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

Case 3:07-cv-05957-SC    Document 40    Filed 04/04/2008    Page 1 of 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

C-07-5957                SAMUEL CONTI                DATE April 4, 2008
Case Number                    Judge

Title: M.D. BOB BLAKE_____ vs UNUM PROVIDENT CORP., et al.

Attorneys: LAWRENCE MANN_____    THOMAS HERLIHY, JOANNA STOREY

Deputy Clerk: T. De Martini____ Court Reporter: Margo Gurule_____

Court    Pltf's    Deft's
(XXX)    (  )      (  )      1. Status Conference - Held_____

(  )     (  )      (  )      2._____

(  )     (  )      (  )      3._____

(  )     (  )      (  )      4._____

(  )     (  )      (  )      5._____

(  )Motion(s): (  )Granted (  )Denied (  )Withdrawn

(  )Granted/Denied (  )Off Calendar (  )Submitted

Order to be Prepared by:(  )Pltf (  )Deft (  )Court

Discovery Cutoff:_____Pretrial Statements Due_____

Case Continued to_____for Pretrial Conference

Case Continued to_____for Court/Jury Trial

Case Continued to 5/9/08 @ 10:00 A.M.____for Further Status Conference

Case Continued to_____for_____

ORDERED AFTER HEARING: Mr Herlihy is to write and send by first class
mail a letter to each of the approximately 450 people whose Social
Security numbers were publicly disclosed informing them of the security
risk. The Court will withhold sanctions until May 9, 2008.  Mr Herlihy
is to submit a status report ten days prior to the Further Status
Conference.

_____

_____

_____

_____

cc:

**EXHIBIT 2**

**Herlihy, Thomas M.**

| | |
|---|---|
| **From:** | Kopylov, Zhanna |
| **Sent:** | Wednesday, April 02, 2008 11:11 AM |
| **Cc:** | Herlihy, Thomas M. |
| **Subject:** | FW: Blake v. Unum |
| **Attachments:** | exhibits.pdf |

**From:** Kopylov, Zhanna
**Sent:** Wednesday, April 02, 2008 11:09 AM
**To:** 'jls@hassard.com'; 'kmoscinski@neildymott.com'; 'dburke@neildymott.com'; 'msmith@neildymott.com'; 'mmartin@Bourhis-Mann.com'; 'larry_mann_2000@yahoo.com'; 'rfbourhis@aol.com'
**Subject:** Blake v. Unum

Per Tom Herlihy, please below message and attachment.

Dear Counsel:

The court recently noted that this firm e-filed a document on January 18, 2008, specifically the declaration of David Chidester, which had attachment that listed third party names and Social Security numbers.

Attached please find copies of the Exhibits C and E to the Chidester Declaration, that are now properly redacted.
In advance of the hearing on Friday, April 4, 2008, I would appreciate it if each of you promptly did the following:

1.  Return the originally served and all copies of Exhibits C and E to the Chidester Declaration or otherwise advise that all have been shredded and no copies remain in your possession.

2.  Confirm with you office staffs the extent to which the originally served exhibits have been opened to public view and/or potential copying/disclosure to other third parties.

3.  Ensure, and advise me, that there has been no disclosure of the original exhibits or and copies beyond your office.

I apologize for the inconvenience but trust you'll be able to comply with the above as quickly as possible and certainly in advance of this Friday's hearing. Thank you for your professional courtesy and cooperation. And again, my apologies.

**From:** Scanner, San Francisco
**Sent:** Wednesday, April 02, 2008 10:19 AM
**To:** Kopylov, Zhanna
**Subject:** Scanned document from Scanner, San Francisco

4/3/2008

# EXHIBIT 3

## Herlihy, Thomas M.

**From:**  Kopylov, Zhanna
**Sent:**  Wednesday, April 02, 2008 3:48 PM
**To:**  Herlihy, Thomas M.
**Subject:** FW: Blake v. Unum

---

**From:** Joanna L. Storey [mailto:jls@hassard.com]
**Sent:** Wednesday, April 02, 2008 3:36 PM
**To:** Kopylov, Zhanna; kmoscinski@neildymott.com; dburke@neildymott.com; msmith@neildymott.com; mmartin@Bourhis-Mann.com; larry_mann_2000@yahoo.com; rfbourhis@aol.com
**Subject:** RE: Blake v. Unum

All of the versions of Exhibits C and E have been shredded and/or deleted.  No copy remains in our possession.  The documents were not shared outside of my office.

--Joanna

Joanna L. Storey, Esq.
Hassard Bonnington LLP
(415) 288-9800
jls@hassard.com

---

**From:** Kopylov, Zhanna [mailto:Zhanna.Kopylov@wilsonelser.com]
**Sent:** Wednesday, April 02, 2008 11:09 AM
**To:** Joanna L. Storey; kmoscinski@neildymott.com; dburke@neildymott.com; msmith@neildymott.com; mmartin@Bourhis-Mann.com; larry_mann_2000@yahoo.com; rfbourhis@aol.com
**Subject:** Blake v. Unum

Per Tom Herlihy, please below message and attachment.

Dear Counsel:

The court recently noted that this firm e-filed a document on January 18, 2008, specifically the declaration of David Chidester, which had attachment that listed third party names and Social Security numbers.

Attached please find copies of the Exhibits C and E to the Chidester Declaration, that are now properly redacted.
In advance of the hearing on Friday, April 4, 2008, I would appreciate it if each of you promptly did the following:

1.  Return the originally served and all copies of Exhibits C and E to the Chidester Declaration or otherwise advise that all have been shredded and no copies remain in your possession.

2.  Confirm with you office staffs the extent to which the originally served exhibits have been opened to public view and/or potential copying/disclosure to other third parties.

3.  Ensure, and advise me, that there has been no disclosure of the original exhibits or and copies beyond your office.

4/2/2008

**EXHIBIT 4**

**Herlihy, Thomas M.**

**From:** Todd Ratay [TRatay@neildymott.com]
**Sent:** Thursday, April 03, 2008 12:35 PM
**To:** Kopylov, Zhanna
**Cc:** Herlihy, Thomas M.

Dear Ms. Kopylov,

In response to your request, please be advised:

1) Although Mr. Chidester's Declaration was printed, no attachments to the declaration were every printed out. Therefore, no documents have ever been in our possession, and there are no documents to shred.

2) I have spoken with my office staff to confirm these documents have not been opened to public view and/or potential copying/disclosure to other third parties.

3) There has been no disclosure of the original exhibits or and copies beyond my office.

I apologize in the delay in responding to this request; however, I was not included on the email, and was only made aware of the request this afternoon by Joanna Storey. In the future, please ensure that Todd Ratay (tratay@neildymott.com), Margaret Sandoval (msandoval@neildymott.com), and Kathy Moscinski (kmoscinski@neildymott.com) are included in all communications regarding the Blake matters, and are the only people from Neil Dymott receiving correspondence.

Thank you.
Sincerely,
Todd Ratay

the appropriate people from my office to receive.
*M. Todd Ratay*
*Neil, Dymott, Frank, McFall & Trexler APLC*
*1010 Second Avenue, Suite 2500*
*San Diego, CA  92101-4959*
*Phone (619) 238-1712*
*Facsimile (619) 238-1562*
*Email: tratay@neildymott.com*

*Member of Primerus Alliance of law firms*

www.primerus.com

4/3/2008

# EXHIBIT 5

# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

525 Market Street, 17th Floor, San Francisco, CA 94105-2725
Tel: 415.433.0990   Fax: 415.434.1370

*Albany • Baltimore • Boston • Chicago • Dallas • Garden City • Houston • Las Vegas • London • Los Angeles • McLean
Miami • Newark • New York • Orlando • Philadelphia • San Diego • San Francisco • Stamford • Washington, DC • White Plains
Affiliates:  Berlin • Cologne • Frankfurt • Mexico City • Munich • Paris*

—

**www.wilsonelser.com**

April 23, 2008

Lawrence Mann, Esq.
Bourhis & Mann
1050 Battery Street
San Francisco, CA 94111

      Re:    Blake v. UnumProvident
            <u>Our File No.:  10942.00003</u>

Dear Larry:

       This will confirm our conversation on Monday, April 21, 2008 regarding the captioned matter.

       It was a follow-up to questions raised regarding the Chidester declaration and exhibits. On April 4, 2008, you returned the original exhibits to me in court.  In our follow-up conversation on Monday, you confirmed that no copies of the originals remain in your possession and that the copies that were in your office were never opened to public view or disclosed to third parties beyond your office staff.

       Please advise if the above does not reflect the accuracy of our conversation or of the events.  Thank you.

                        Sincerely,

                        WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

                        Thomas M. Herlihy

TMH/zk

349248.1

## Herlihy, Thomas M.

| | |
|---|---|
| **From:** | Kopylov, Zhanna |
| **Sent:** | Thursday, April 03, 2008 10:05 AM |
| **To:** | Herlihy, Thomas M. |
| **Subject:** | FW: Blake v. Unum |

---

**From:** Mary Martin [mailto:mmartin@bourhis-mann.com]
**Sent:** Thursday, April 03, 2008 9:31 AM
**To:** Kopylov, Zhanna
**Cc:** 'lawrence Mann'
**Subject:** RE: Blake v. Unum

Good Morning, Zhanna  -- (sorry, I was out ill yesterday)  Larry has advised that he will bring the "un"redacted exhibits  C,D and E that we have in our possession with him to Court tomorrow morning and hand them over to Tom (assuming he's appearing).  Please let me know if this is acceptable to you and yoru request?

Thanks, Zhanna!

Mary

P.S.  How you are enjoying your "new digs?"

---

**From:** Kopylov, Zhanna [mailto:Zhanna.Kopylov@wilsonelser.com]
**Sent:** Wednesday, April 02, 2008 11:09 AM
**To:** jls@hassard.com; kmoscinski@neildymott.com; dburke@neildymott.com; msmith@neildymott.com; mmartin@Bourhis-Mann.com; larry_mann_2000@yahoo.com; rfbourhis@aol.com
**Subject:** Blake v. Unum

Per Tom Herlihy, please below message and attachment.

Dear Counsel:

        The court recently noted that this firm e-filed a document on January 18, 2008, specifically the declaration of David Chidester, which had attachment that listed third party names and Social Security numbers.

        Attached please find copies of the Exhibits C and E to the Chidester Declaration, that are now properly redacted.
In advance of the hearing on Friday, April 4, 2008, I would appreciate it if each of you promptly did the following:

1.    Return the originally served and all copies of Exhibits C and E to the Chidester Declaration or otherwise advise that all have been shredded and no copies remain in your possession.

2.    Confirm with you office staffs the extent to which the originally served exhibits have been opened to public view and/or potential copying/disclosure to other third parties.

3.        Ensure, and advise me, that there has been no disclosure of the original exhibits or and copies beyond your office.

4/3/2008

**EXHIBIT 6**

# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

525 Market Street, 17th Floor, San Francisco, CA 94105-2725
Tel: 415.433.0990    Fax: 415.434.1370

*Albany • Baltimore • Boston • Chicago • Dallas • Garden City • Houston • Las Vegas • London • Los Angeles • McLean
Miami • Newark • New York • Orlando • Philadelphia • San Diego • San Francisco • Stamford • Washington, DC • White Plains
Affiliates: Berlin • Cologne • Frankfurt • Mexico City • Munich • Paris*

—

www.wilsonelser.com

April 29, 2008

Dear _____ :

     This firm represents your disability insurer, Unum Life Insurance Company of America ("Unum"), in litigation pending in the U.S. District Court for the Northern District of California ("the Court"). You are not a party in this litigation.

     I am writing you to advise of an error made in e-filing a document with the Court in this litigation. On January 28, 2008, as part of a larger court filing submitted by an electronic e-filing, the law firm of Kelly, Herlihy & Klein, of which I was then a member, filed exhibits that contained some information relevant to the litigation.

     Unfortunately, when this single filing was lodged with the court, Kelly, Herlihy & Klein did not remove some data in the exhibits. Though inadvertent, this error violated the Court's procedural rule requiring that certain identifiers such as Social Security numbers be redacted prior to filing or instead that the information be filed under protective seal with the court. This was not done and, as a result, your name and Social Security number were listed in an exhibit that was submitted to the court; provided to three law firms that were involved in the litigation; and, publicly available in this electronic filing.

     The error was discovered on April 1, 2008, when the Court directed that the exhibits, which contained your name and Social Security number, be sealed immediately. All such exhibits were, have been, and will remain sealed as of April 1, 2008. The public did not have access to the exhibits after April 1, 2008.

     Upon learning of the error, and the correction by the Court the other three law firms involved in the litigation were contacted. They were requested to

- Return the original exhibits and any copies of the exhibits or advise that the exhibits have been destroyed and no copies remain:

348763.1

To:
April 21, 2008
Page 2

- Disclose the extent to which the law firms had shared any information in the exhibits with others, if at all; and

- Confirm that there has been no disclosure of the information in the exhibits beyond their offices.

Confirmation from the three firms has been received: one law firm never saw the exhibits and never accessed them; the other two law firms have destroyed all the exhibits or returned them for destruction – which has been done – and confirmed that the exhibits were never shared or disclosed to anyone. Substituted redacted copies of the exhibits, without names or Social Security numbers, now are on file with the Court.

A security risk was present during the period of January 28, 2008 to March 31, 2008. It has been confirmed through the Clerk of the Court that no one requested a hard copy of the court file with these exhibits from the Court Clerk's office between the time the exhibits were e-filed on January 28, 2008 and April 1, 2008, the date the exhibits were sealed. Information about whether there was access to the information from the electronic file at the Court is being pursued, but this information is not available at this time. There has been no report of any disclosure of the information in the exhibits.

The disclosure on January 28, 2008 should not have happened. Based on what can be established, this disclosure did not go further than the Court or the three law firms. But a risk was present and you should be aware of it. At the Court's direction, we wanted to notify you of the error and apologize for any concern it may cause you.

Sincerely,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Thomas M. Herlihy

TMH/zk

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

348763.1