1  Ray Bourhis, Esq. SBN 53196
   Lawrence Mann, Esq. SBN 83698
2  Bennett M. Cohen, Esq. SBN 90865
3  **BOURHIS & MANN**
   1050 Battery Street
4  San Francisco, CA 94111
   Tel: (415) 392-4660; Fax: (415) 421-0259
5

6  Attorneys for Plaintiff BOB BLAKE, M.D.

7

8           IN THE UNITED STATES DISTRICT COURT

9         FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 BOB BLAKE, M.D.,                          ) Case No.:  C 07-5957 SC **(E-FILING)**
                                             )
12         Plaintiff,                        ) STIPULATION OF THE PARTIES TO
13 v.                                        ) THIS ACTION REQUESTING
                                             ) DISMISSAL WITH PREJUDICE
14 UNUMPROVIDENT CORPORATION; UNUM           ) DEFENDANTS MARK W. BONDI,
   CORPORATION, UNUM LIFE INSURANCE          ) PH.D., MATTHEW F. CARROLL, M.D.,
15 COMPANY OF AMERICA, MATTHEW F.            ) LYNETTE D. RIVERS, PH.D.
   CARROLL, M.D., LYNETTE D. RIVERS,         ) PURSUANT TO FRCP 41(a)(1);
16 PH.D., MARK BONDI, PH.D.,                 ) PROPOSED ORDER
   COMMISSIONER OF THE CALIFORNIA            )
17 DEPARTMENT OF INSURANCE and DOES 1        )
18 – 20, inclusive,                          )
                                             )
19                                           )
                                             )
20         Defendants.                       )
                                             )
21 _____  )

22

23      IT IS HEREBY STIPULATED by and between the parties to this action through their

24 designated counsel that the above-captioned action be and hereby is dismissed with prejudice as

25 against defendants Mark W. Bondi, Ph.D., Matthew F. Carroll, M.D. and Lynette Rivers,

26

27 ///

28
                                              1

1   Ph.D., pursuant to FRCP 41(a)(1). Each side to bear their own costs.

2   Dated: _____5/7_____, 2008          **BOURHIS & MANN**

3                                        By: _____

4                                            Ray Bourhis, Esq.

5                                            Lawrence Mann, Esq.
                                         Attorneys for Plaintiff BOB BLAKE, M.D.

6

7   Dated: _____, 2008         **HASSARD BONNINGTON, LLP**

8                                        By: _____

9                                            Marc N. Zimmerman, Esq.
                                             Joanna L. Storey, Esq.

10                                       Attorneys for Defendant MARK W. BONDI, Ph.D.

11
    Dated: __5/5/08__, 2008              **NEIL, DYMOTT, FRANK, MCFALL & TREXEL**
12
                                         By: _____
13
                                             Neil Dymott, Esq.
14                                           R. Todd Ratay, Esq.
                                         Attorneys for Defendant MATTHEW F. CARROLL,
15                                       M.D.

16

17  Dated: _____, 2008         **LEWIS, BRISBOIS LLP**

18                                       By: _____

19                                           Daniel Meagher, Esq.
                                         Attorneys for Defendant LYNETTE D. RIVERS,
20                                       Ph.D.

21

22

23

24

25

26

27

28

Case No.:  C 07-5957 SC (E-FILING)
STIPULATION OF THE PARTIES TO THIS ACTION TO DISMISS WITH PREJUDICE DEFENDANTS
MARK W. BONDI, PH.D., MATTHEW F. CARROLL, M.C., LYNETTE D. RIVERS, PH.D. PURSUANT TO
FRCP 41(a)(1); PROPOSED ORDER.

///

Ph.D., pursuant to FRCP 41(a)(1). Each side to bear their own costs.

Dated: _____, 2008          **BOURHIS & MANN**

                                    By:_____
                                         Ray Bourhis, Esq.
                                         Lawrence Mann, Esq.
                                    Attorneys for Plaintiff BOB BLAKE, M.D.

Dated: May 1, 2008                  **HASSARD BONNINGTON, LLP**

                                    By:_____
                                         Marc N. Zimmerman, Esq.
                                         Joanna L. Storey, Esq.
                                    Attorneys for Defendant MARK W. BONDI, Ph.D.

Dated: _____, 2008          **NEIL, DYMOTT, FRANK, MCFALL & TREXEL**

                                    By:_____
                                         Neil Dymott, Esq.
                                         R. Todd Ratay, Esq.
                                    Attorneys for Defendant MATTHEW F. CARROLL,
                                    M.D.

Dated: _____, 2008          **LEWIS, BRISBOIS LLP**

                                    By:_____
                                         Daniel Meagher, Esq.
                                    Attorneys for Defendant LYNETTE D. RIVERS,
                                    Ph.D.

2

///

Ph.D., pursuant to FRCP 41(a)(1). Each side to bear their own costs.

Dated: _____, 2008          **BOURHIS & MANN**


By:_____
     Ray Bourhis, Esq.
     Lawrence Mann, Esq.
Attorneys for Plaintiff BOB BLAKE, M.D.


Dated: _____, 2008          **HASSARD BONNINGTON, LLP**


By:_____
     Marc N. Zimmerman, Esq.
     Joanna L. Storey,Esq.
Attorneys for Defendant MARK W. BONDI, Ph.D.


Dated: _____, 2008          **NEIL, DYMOTT, FRANK, MCFALL & TREXEL**


By:_____
     Neil Dymott, Esq.
     R. Todd Ratay, Esq.
Attorneys for Defendant MATTHEW F. CARROLL, M.D.


Dated: _May 7_, 2008          **LEWIS, BRISBOIS LLP**
By:_____
     Daniel Meagher, Esq.
Attorneys for Defendant LYNETTE D. RIVERS, Ph.D.

2

1   Dated: **5/7 08**, 2008

2

3

4

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP

By:
Thomas M. Herlihy, Esq.
Attorneys for Defendants
UNUMPROVIDENT CORPORATION, UNUM
CORPORATION, UNUM LIFE INSURANCE
COMPANY OF AMERICA

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

Dated: _____, 2008          **WILSON, ELSER & MOSKOWITZ,**
                                   **EDELMAN & DICKER, LLP**


                                   By:_____
                                          Thomas M. Herlihy, Esq.
                                   Attorneys for Defendants
                                   UNUMPROVIDENT CORPORATION, UNUM
                                   CORPORATION, UNUM LIFE INSURANCE
                                   COMPANY OF AMERICA


Dated: May 8 ___, 2008

                                   By: _____
                                          Anne Michelle Burr, Esq.
                                   Attorneys for Defendant COMMISSIONER OF THE
                                   CALIFORNIA DEPARTMENT OF INSURANCE


### ORDER

Based on the Stipulation set forth above, the Court hereby grants the parties' request for

dismissal with prejudice as to Defendants Mark W. Bondi, Ph.D., Matthew F. Carroll, M.D., and

Lynette D. Rivers, Ph.D. pursuant to FRCP 41(a)(1).


DATED: _____, 2008      _____

                                     SAMUEL CONTI
                                     UNITED STATES DISTRICT COURT JUDGE

3

**PROOF OF SERVICE**

*Bob Blake, M.D. v. Unumprovident Corporation, et al.*

*U.S. District Court, Northern District of California, Case No. C07-5957 SC*

I am a resident of the State of California, over the age of eighteen years and not a party to this action. My business address is 1050 Battery Street, San Francisco, California 94111. On May 8, 2008, I will serve the following documents:

STIPULATION OF THE PARTIES TO THIS ACTION REQUESTING DISMISSAL WITH PREJUDICE DEFENDANTS MARK W. BONDI, PH.D., MATTHEW F. CARROL, M.D., LYNETTE D. RIVERS, PH.D., PURSUANT TO FRCP 41(a)(1); PROPOSED ORDER

in the manner as provided by Rule 5(b) of the Federal Rules of Civil Procedure by placing a true copy of the document(s) listed above, enclosed in a sealed envelope, addressed as set forth below, for collection and mailing on the date and at the business address shown above following our ordinary business practices. I am readily familiar with this business practice for collection and processing of correspondence for mailing with the United States Postal Service. On the same day that a sealed envelope is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service with postage fully prepaid. I am employed in the county where the mailing described below occurred, and am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. I placed a true copy of the specified document(s) in a sealed envelope(s) with postage thereon fully prepaid. The envelope(s) will be deposited with the United States Postal Service on this day in the ordinary course of business in San Francisco, California.

| | |
|---|---|
| **UNUMPROVIDENT CORPORATION, UNUM CORPORATION, UNUM LIFE INSURANCE COMPANY OF AMERICA**<br>John C. Ferry, Esq.<br>Thomas M. Herlihy, Esq.<br>KELLY, HERLIHY & KLEIN LLP<br>44 Montgomery Street, Ste. 2500<br>San Francisco, CA 94104-4798<br>Phone: (415) 951-0535<br>Fax:    (415) 391-7808<br>Email: jferry@kelher.com<br>Email: herlihy@kelher.com | **DEFENDANT MATTHEW F. CARROLL, M.D**<br>Michael I. Neil, Esq.<br>M. Todd Ratay, Esq.<br>NEIL, DYMOTT, FRANK, McFALL & TREXLER<br>1010 Second Avenue, Suite 2500<br>San Diego, CA 92101-4959<br>Phone: (619) 238-1712<br>Fax: (619) 239-1562 |
| **Defedandant MARK W. BONDI, Ph.D.**<br>Joanna L. Storey, Esq., SBN 214952<br>Marc N. Zimmerman, Esq., SBN 100521<br>HASSARD BONNINGTON LLP<br>2 Embarcadero Ctr., Ste. 1800<br>San Francisco, CA 94111<br>Tel: (415) 288-9800<br>Fax: (415) 288-9801<br>jls@hassard.com | **FOR THE DOI OF THE CALIFORNIA DEPARTMENT OF INSURANCE:**<br>Anne Michelle Burr, Esq.<br>Deputy Attorney General<br>455 Golden Gate Avenue,, Ste. 1100<br>San Francisco, CA 94102<br>Tel: (415) 703-1403<br>Fax: (415) 703-5480<br><br>**FOR LYNETTE D. RIVERS. PH.D.**<br>Daniel Meagher, Esq.<br>Lewis, Brisbois, BISGAARD & SMITH<br>One Sansome Street, Suite 1400<br>San Francisco, Ca 94104<br>Tel: (415) 438-6688<br>Fax: (415) 434-0882 |

**(X) (FEDERAL)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed at San Francisco, California, on May 8, 2008.

Mary M. Martin

0