Ray Bourhis, Esq. SBN 53196
Lawrence Mann, Esq. SBN 83698
Bennett M. Cohen, Esq. SBN 90865
**BOURHIS & MANN**
1050 Battery Street
San Francisco, CA 94111
Tel: (415) 392-4660; Fax: (415) 421-0259

Attorneys for Plaintiff BOB BLAKE, M.D.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOB BLAKE, M.D.,<br><br>  Plaintiff,<br><br>v.<br><br>UNUMPROVIDENT CORPORATION; UNUM CORPORATION, UNUM LIFE INSURANCE COMPANY OF AMERICA, MATTHEW F. CARROLL, M.D., LYNETTE D. RIVERS, PH.D., MARK BONDI, PH.D., COMMISSIONER OF THE CALIFORNIA DEPARTMENT OF INSURANCE and DOES 1 – 20, inclusive,<br><br>  Defendants. | Case No.: C 07-5957 SC (E-FILING)<br><br>STIPULATION OF THE PARTIES TO THIS ACTION REQUESTING DISMISSAL WITH PREJUDICE DEFENDANTS MARK W. BONDI, PH.D., MATTHEW F. CARROLL, M.D., LYNETTE D. RIVERS, PH.D. PURSUANT TO FRCP 41(a)(1); ~~PROPOSED~~ ORDER |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice as against defendants Mark W. Bondi, Ph.D., Matthew F. Carroll, M.D. and Lynette Rivers,

///

1

Case No.: C 07-5957 SC (E-FILING)
STIPULATION OF THE PARTIES TO THIS ACTION TO DISMISS WITH PREJUDICE DEFENDANTS MARK W. BONDI, PH.D., MATTHEW F. CARROLL, M.C., LYNETTE D. RIVERS, PH.D. PURSUANT TO FRCP 41(a)(1); PROPOSED ORDER.

Ph.D., pursuant to FRCP 41(a)(1). Each side to bear their own costs.

Dated: 5/7/ , 2008

BOURHIS & MANN

By: _____
Ray Bourhis, Esq.
Lawrence Mann, Esq.
Attorneys for Plaintiff BOB BLAKE, M.D.

Dated: _____, 2008

HASSARD BONNINGTON, LLP

By: _____
Marc N. Zimmerman, Esq.
Joanna L. Storey, Esq.
Attorneys for Defendant MARK W. BONDI, Ph.D.

Dated: 5/5/08 , 2008

NEIL, DYMOTT, FRANK, MCFALL & TREXEL

By: _____
Neil Dymott, Esq.
R. Todd Ratay, Esq.
Attorneys for Defendant MATTHEW F. CARROLL, M.D.

Dated: _____, 2008

LEWIS, BRISBOIS LLP

By: _____
Daniel Meagher, Esq.
Attorneys for Defendant LYNETTE D. RIVERS, Ph.D.

2

Case No.: C 07-5957 SC (E-FILING)
STIPULATION OF THE PARTIES TO THIS ACTION TO DISMISS WITH PREJUDICE DEFENDANTS MARK W. BONDI, PH.D., MATTHEW F. CARROLL, M.C., LYNETTE D. RIVERS, PH.D. PURSUANT TO FRCP 41(a)(1); PROPOSED ORDER.

1  ///

2

3  Ph.D., pursuant to FRCP 41(a)(1). Each side to bear their own costs.

4  Dated: _____, 2008         **BOURHIS & MANN**

5                                    By:_____
                                       Ray Bourhis, Esq.
6                                      Lawrence Mann, Esq.
                                     Attorneys for Plaintiff BOB BLAKE, M.D.
7

8
   Dated: May 1, 2008                **HASSARD BONNINGTON, LLP**
9
                                      By:_____
10                                      Marc N. Zimmerman, Esq.
                                        Joanna L. Storey, Esq.
11                                    Attorneys for Defendant MARK W. BONDI, Ph.D.

12

13 Dated: _____, 2008         **NEIL, DYMOTT, FRANK, MCFALL & TREXEL**

14                                    By:_____
                                       Neil Dymott, Esq.
15                                     R. Todd Ratay, Esq.
                                     Attorneys for Defendant MATTHEW F. CARROLL,
16                                   M.D.

17

18
   Dated: _____, 2008         **LEWIS, BRISBOIS LLP**
19
                                      By:_____
20                                     Daniel Meagher, Esq.
                                     Attorneys for Defendant LYNETTE D. RIVERS,
21                                   Ph.D.

22

23

24

25

26

27

28

///

Ph.D., pursuant to FRCP 41(a)(1). Each side to bear their own costs.

Dated: _____, 2008

**BOURHIS & MANN**

By:_____
Ray Bourhis, Esq.
Lawrence Mann, Esq.
Attorneys for Plaintiff BOB BLAKE, M.D.

Dated: _____, 2008

**HASSARD BONNINGTON, LLP**

By:_____
Marc N. Zimmerman, Esq.
Joanna L. Storey, Esq.
Attorneys for Defendant MARK W. BONDI, Ph.D.

Dated: _____, 2008

**NEIL, DYMOTT, FRANK, MCFALL & TREXEL**

By:_____
Neil Dymott, Esq.
R. Todd Ratay, Esq.
Attorneys for Defendant MATTHEW F. CARROLL, M.D.

Dated: May 7, 2008

**LEWIS, BRISBOIS LLP**

By: *[signature]*
Daniel Meagher, Esq.
Attorneys for Defendant LYNETTE D. RIVERS, Ph.D.

2

C:\DOCUME~1\meagher\LOCALS~1\Temp\XPGRPWISE\STIPULATION OF THE PARTIES TO DISMISS DR DEFENDANTS 05 01 08.docCase No.: C 07-5957 SC (E-FILING)
STIPULATION OF THE PARTIES TO THIS ACTION TO DISMISS WITH PREJUDICE DEFENDANTS MARK W. BONDI, PH.D., MATTHEW F. CARROLL, M.C., LYNETTE D. RIVERS, PH.D. PURSUANT TO FRCP 41(a)(1); PROPOSED ORDER.

| | | |
|---|---|---|
| 1 | Dated: __5/7/08__, 2008 | WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP |
| 2 | | |
| 3 | | By: _/s/ T.M. Herlihy/_ |
| 4 | | Thomas M. Herlihy, Esq. |
| 5 | | Attorneys for Defendants UNUMPROVIDENT CORPORATION, UNUM CORPORATION, UNUM LIFE INSURANCE COMPANY OF AMERICA |

3

Dated: _____, 2008        WILSON, ELSER & MOSKOWITZ,
                                        EDELMAN & DICKER, LLP


By:_____
   Thomas M. Herlihy, Esq.
Attorneys for Defendants
UNUMPROVIDENT CORPORATION, UNUM
CORPORATION, UNUM LIFE INSURANCE
COMPANY OF AMERICA


Dated: May 8, 2008

By: /s/ Anne Michelle Burr
    Anne Michelle Burr, Esq.
Attorneys for Defendant COMMISSIONER OF THE
CALIFORNIA DEPARTMENT OF INSURANCE

## ORDER

Based on the Stipulation set forth above, the Court hereby grants the parties' request for dismissal with prejudice as to Defendants Mark W. Bondi, Ph.D., Matthew F. Carroll, M.D., and Lynette D. Rivers, Ph.D. pursuant to FRCP 41(a)(1).

DATED: May 8, 2008

_____
SAMUEL CONTI
UNITED STATES DISTRICT COURT JUDGE

*IT IS SO ORDERED — Judge Samuel Conti (United States District Court, Northern District of California)*

3

Case No.: C 07-5957 SC (E-FILING)
STIPULATION OF THE PARTIES TO THIS ACTION TO DISMISS WITH PREJUDICE DEFENDANTS
MARK W. BONDI, PH.D., MATTHEW F. CARROLL, M.C., LYNETTE D. RIVERS, PH.D. PURSUANT TO
FRCP 41(a)(1); PROPOSED ORDER.

## PROOF OF SERVICE

*Bob Blake, M.D. v. Unumprovident Corporation, et al.*

*U.S. District Court, Northern District of California, Case No. C07-5957 SC*

I am a resident of the State of California, over the age of eighteen years and not a party to this action. My business address is 1050 Battery Street, San Francisco, California 94111. On May 8, 2008, I will serve the following documents:

STIPULATION OF THE PARTIES TO THIS ACTION REQUESTING DISMISSAL WITH PREJUDICE DEFENDANTS MARK W. BONDI, PH.D., MATTHEW F. CARROL, M.D., LYNETTE D. RIVERS, PH.D., PURSUANT TO FRCP 41(a)(1); PROPOSED ORDER

in the manner as provided by Rule 5(b) of the Federal Rules of Civil Procedure by placing a true copy of the document(s) listed above, enclosed in a sealed envelope, addressed as set forth below, for collection and mailing on the date and at the business address shown above following our ordinary business practices. I am readily familiar with this business practice for collection and processing of correspondence for mailing with the United States Postal Service. On the same day that a sealed envelope is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service with postage fully prepaid. I am employed in the county where the mailing described below occurred, and am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. I placed a true copy of the specified document(s) in a sealed envelope(s) with postage thereon fully prepaid. The envelope(s) will be deposited with the United States Postal Service on this day in the ordinary course of business in San Francisco, California.

| | |
|---|---|
| **UNUMPROVIDENT CORPORATION, UNUM CORPORATION, UNUM LIFE INSURANCE COMPANY OF AMERICA**<br>John C. Ferry, Esq.<br>Thomas M. Herlihy, Esq.<br>KELLY, HERLIHY & KLEIN LLP<br>44 Montgomery Street, Ste. 2500<br>San Francisco, CA 94104-4798<br>Phone: (415) 951-0535<br>Fax:    (415) 391-7808<br>Email: jferry@kelher.com<br>Email: herlihy@kelher.com | **DEFENDANT MATTHEW F. CARROLL, M.D**<br>Michael I. Neil, Esq.<br>M. Todd Ratay, Esq.<br>NEIL, DYMOTT, FRANK, McFALL & TREXLER<br>1010 Second Avenue, Suite 2500<br>San Diego, CA 92101-4959<br>Phone: (619) 238-1712<br>Fax: (619) 239-1562 |
| **Defedandant MARK W. BONDI, Ph.D.**<br>Joanna L. Storey, Esq., SBN 214952<br>Marc N. Zimmerman, Esq., SBN 100521<br>HASSARD BONNINGTON LLP<br>2 Embarcadero Ctr., Ste. 1800<br>San Francisco, CA 94111<br>Tel: (415) 288-9800<br>Fax: (415) 288-9801<br>jls@hassard.com | **FOR THE DOI OF THE CALIFORNIA DEPARTMENT OF INSURANCE:**<br>Anne Michelle Burr, Esq.<br>Deputy Attorney General<br>455 Golden Gate Avenue,, Ste. 1100<br>San Francisco, CA 94102<br>Tel: (415) 703-1403<br>Fax: (415) 703-5480<br><br>**FOR LYNETTE D. RIVERS. PH.D.**<br>Daniel Meagher, Esq.<br>Lewis, Brisbois, BISGAARD & SMITH<br>One Sansome Street, Suite 1400<br>San Francisco, Ca 94104<br>Tel: (415) 438-6688<br>Fax: (415) 434-0882 |

(X) **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed at San Francisco, California, on May 8, 2008.

*/s/ Mary M. Martin*
Mary M. Martin

0

Case No.: C 07-5957 SC **(E-FILING)**
STIPULATION OF THE PARTIES TO THIS ACTION REQUESTING DISMISSAL WITH PREJUDICE DEFENDANTS MARK W. BONDI, PH.D., MATTHEW F. CARROL, M.D., LYNETTE D. RIVERS, PH.D., PURSUANT TO FRCP 41(a)(1); PROPOSED ORDER