1  Ray Bourhis, Esq. SBN 53196
   Lawrence Mann, Esq. SBN 83698
2  Bennett M. Cohen, Esq. SBN 90865
3  **BOURHIS & MANN**
   1050 Battery Street
4  San Francisco, CA 94111
   Tel: (415) 392-4660; Fax: (415) 421-0259
5
6  Attorneys for Plaintiff BOB BLAKE, M.D.

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 BOB BLAKE, M.D.,                       ) Case No.: C 07-5957 SC **(E-FILING)**
                                          )
12     Plaintiff,                         ) NOTICE OF UNAVAILABILITY OF
                                          ) COUNSEL
13 v.                                     )
                                          )
14 UNUMPROVIDENT CORPORATION; UNUM )
   CORPORATION, UNUM LIFE INSURANCE       ) TRIAL DATE:  Not Yet Set
15 COMPANY OF AMERICA, et al.,            )
                                          )
16                                        )
                                          )
17     Defendants.                        )
                                          )
18

19     TO THE COURT AND ALL PARTIES OF RECORD:

20     PLEASE TAKE NOTICE THAT the Plaintiff's counsel, Lawrence Mann will be out the

21 country and therefore unavailable from Monday, July 7 2008 through Wednesday, July 30, 2008.

22 See *Tenderloin Housing Clinic, Inc. v. Sparks* (1992) 8 Cal.App.4th 299, 304-305; C.C.P. § 128.5.

23 DATED: May 19, 2008         **BOURHIS & MANN**

24                             By: /s/ Lawrence Mann
25                                 Lawrence Mann
                                   Attorneys for Plaintiff BOB E. BLAKE, M.D.
26

27

28
                                          1

## PROOF OF SERVICE

*Bob Blake, M.D. v. Unumprovident Corporation, et al.*

*U.S. District Court, Northern District of California, Case No. C07-5957 SC*

I am a resident of the State of California, over the age of eighteen years and not a party to this action. My business address is 1050 Battery Street, San Francisco, California 94111. On May 27, 2008, I will serve the following documents:

NOTICE OF UNAVAILABILITY OF COUNSEL

in the manner as provided by Rule 5(b) of the Federal Rules of Civil Procedure by placing a true copy of the document(s) listed above, enclosed in a sealed envelope, addressed as set forth below, for collection and mailing on the date and at the business address shown above following our ordinary business practices. I am readily familiar with this business practice for collection and processing of correspondence for mailing with the United States Postal Service. On the same day that a sealed envelope is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service with postage fully prepaid. I am employed in the county where the mailing described below occurred, and am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. I placed a true copy of the specified document(s) in a sealed envelope(s) with postage thereon fully prepaid. The envelope(s) will be deposited with the United States Postal Service on this day in the ordinary course of business in San Francisco, California.

| | |
|---|---|
| **UNUMPROVIDENT CORPORATION, et al.**<br>Thomas M. Herlihy, Esq.<br>Wilson Elser Moskowitz Edelman & Dicker LLP<br>525 Market Street - 17th Floor<br>San Francisco, CA 94105-2725<br>p 415-433-0990 x3015<br>f 415-434-1370<br>thomas.herlihy@wilsonelser.com | **FOR THE DOI OF THE CALIFORNIA**<br>**DEPARTMENT OF INSURANCE:**<br>Anne Michelle Burr, Esq.<br>Deputy Attorney General<br>455 Golden Gate Avenue,, Ste. 1100<br>San Francisco, CA 94102<br>Tel: (415) 703-1403<br>Fax: (415) 703-5480 |

**(X) (FEDERAL)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed at San Francisco, California, on May 27, 2008.

Mary M. Martin