Ray Bourhis, Esq. SBN 53196
Lawrence Mann, Esq. SBN 83698
Bennett M. Cohen, Esq. SBN 90865
**BOURHIS & MANN**
1050 Battery Street
San Francisco, CA 94111
Tel: (415) 392-4660; Fax: (415) 421-0259

Attorneys for Plaintiff BOB BLAKE, M.D.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOB BLAKE, M.D., <br><br> Plaintiff, <br><br> v. <br><br> UNUMPROVIDENT CORPORATION; UNUM CORPORATION, UNUM LIFE INSURANCE COMPANY OF AMERICA, et al., <br><br> Defendants. | ) Case No.: C 07-5957 SC **(E-FILING)** <br> ) <br> ) NOTICE OF VOLUNTARY DISMISSAL <br> ) OF DEFENDANT COMMISSIONER OF <br> ) THE CALIFORNIA DEPARTMENT OF <br> ) INSURANCE <br> ) |

NOTICE IS HEREBY GIVEN that pursuant to Federal Rules of Civil Procedure 41(a)(1), plaintiff voluntarily dismisses defendant Commissioner of the California Department of Insurance.

DATED: June 17, 2008        BOURHIS & MANN

By: _____
Lawrence Mann
Attorneys for Plaintiff BOB E. BLAKE, M.D.

PROOF OF SERVICE

**Bob Blake, M.D. v. Unumprovident Corporation, et al.**

**U.S. District Court, Northern District of California, Case No. C07-5957 SC**

I am a resident of the State of California, over the age of eighteen years and not a party to this action. My business address is 1050 Battery Street, San Francisco, California 94111. On June 17, 2008, I will serve the following documents:

NOTICE OF VOLUNTARY DISMISSAL OF DEFENDNT COMMISSIONER OF THE CALIFORNIA DEPARTMENT OF INSURANCE

in the manner as provided by Rule 5(b) of the Federal Rules of Civil Procedure by placing a true copy of the document(s) listed above, enclosed in a sealed envelope, addressed as set forth below, for collection and mailing on the date and at the business address shown above following our ordinary business practices. I am readily familiar with this business practice for collection and processing of correspondence for mailing with the United States Postal Service. On the same day that a sealed envelope is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service with postage fully prepaid. I am employed in the county where the mailing described below occurred, and am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. I placed a true copy of the specified document(s) in a sealed envelope(s) with postage thereon fully prepaid. The envelope(s) will be deposited with the United States Postal Service on this day in the ordinary course of business in San Francisco, California.

| | |
|---|---|
| **UNUMPROVIDENT CORPORATION, et al.** Thomas M. Herlihy, Esq.<br>Wilson Elser Moskowitz Edelman & Dicker LLP<br>525 Market Street - 17th Floor<br>San Francisco, CA 94105-2725<br>p 415-433-0990 x3015<br>f 415-434-1370<br>thomas.herlihy@wilsonelser.com | **FOR THE DOI OF THE CALIFORNIA DEPARTMENT OF INSURANCE:**<br>Anne Michelle Burr, Esq.<br>Deputy Attorney General<br>455 Golden Gate Avenue,, Ste. 1100<br>San Francisco, CA 94102<br>Tel: (415) 703-1403<br>Fax: (415) 703-5480 |

(X) (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed at San Francisco, California, on June 17, 2008.



Mary M. Martin