Ray Bourhis, Esq. SBN 53196
Lawrence Mann, Esq. SBN 83698
Bennett M. Cohen, Esq. SBN 90865
**BOURHIS & MANN**
1050 Battery Street
San Francisco, CA 94111
Tel: (415) 392-4660; Fax: (415) 421-0259
Attorneys for Plaintiff BOB BLAKE, M.D.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOB BLAKE, M.D., | ) Case No.: C 07-5957 SC |
| Plaintiff, | ) NOTICE OF NEED FOR ADR |
| v. | ) TELEPHONE CONFERENCE |
| UNUMPROVIDENT CORPORATION; UNUM CORPORATION, UNUM LIFE INSURANCE COMPANY OF AMERICA, et al. | ) |
| Defendants. | ) |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

**PLEASE TAKE NOTICE** that Plaintiff BOB BLAKE, M.D. requests an ADR Telephone Conference. Plaintiff BLAKE has need for said ADR Telephone Conference because his disability insurance benefits have been delayed and/or denied, causing Plaintiff and his family severe financial hardship and emotional suffering. Continued delay will cause Plaintiff BLAKE irreparable harm. At the last ADR phone conference, the UNUM defendants and Plaintiff agreed to private mediation. However, despite diligent attempts, the parties have been unsuccessful in scheduling the mediation. Plaintiff therefore seeks court intervention to assist the parties in disclosing their available dates for mediation, and scheduling the mediation.

DATED: June 6, 2008                    BOURHIS & MANN

By: _____
Ray Bourhis
Lawrence Mann
Attorneys for Plaintiff BOB BLAKE, M.D

## PROOF OF SERVICE
*Mark Edward Lichtle vane York Life Insurance Company, et al.*
*U.S. District Court, Northern District of California, Case No. C07-05-04787 (JF)( (HRL)*

I am a resident of the State of California, over the age of eighteen years and not a party to this action. My business address is 1050 Battery Street, San Francisco, California 94111. On June 17, 2008, I will serve the following documents:

NOTICE OF NEED FOR ADR TELEPHONE CONFERENCE

in the manner as provided by Rule 5(b) of the Federal Rules of Civil Procedure by placing a true copy of the document(s) listed above, enclosed in a sealed envelope, addressed as set forth below, for collection and mailing on the date and at the business address shown above following our ordinary business practices. I am readily familiar with this business practice for collection and processing of correspondence for mailing with the United States Postal Service. On the same day that a sealed envelope is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service with postage fully prepaid. I am employed in the county where the mailing described below occurred, and am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. I placed a true copy of the specified document(s) in a sealed envelope(s) with postage thereon fully prepaid. The envelope(s) will be deposited with the United States Postal Service on this day in the ordinary course of business in San Francisco, California.

| **FOR DEFENDANTS UNUMPROVIDENT CORPORATION, et al.:** | **FOR THE DOI OF THE CALIFORNIA DEPARTMENT OF INSURANCE:** |
|---|---|
| John T. Burnite, Esq. | Anne Michelle Burr, Esq. |
| Thomas M. Herlihy, Esq. | Deputy Attorney General |
| Wilson Elser Moskowitz Edelman & Dicker | 455 Golden Gate Avenue,, Ste. 1100 |
| 525 Market Street - 17th Floor | San Francisco, CA 94102 |
| San Francisco, CA 94105-2725 | Tel: (415) 703-1403 |
| p 415-433-0990 x3015 | Fax: (415) 703-5480 |
| f 415-434-1370 | |

(X) (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed at San Francisco, California, on June 17, 2008.

Mary M. Martin