Ray Bourhis, Esq. SBN 53196
Lawrence Mann, Esq. SBN 83698
Bennett M. Cohen, Esq. SBN 98065
**BOURHIS & MANN**
1050 Battery Street
San Francisco, CA 94111
Tel: (415) 392-4660; Fax: (415) 421-0259

Attorneys for Plaintiff BOB E. BLAKE, M.D.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOB E. BLAKE, M.D. | ) Case No.: C 07-5957 SC |
| | ) |
| Plaintiff, | ) STIPULATION RE MEDIATION AND |
| | ) CONTINUANCE OF CASE |
| v. | ) MANAGEMENT CONFERENCE AND |
| | ) PROPOSED ORDER |
| UNUMPROVIDENT CORPORATION; UNUM | ) |
| CORPORATION, UNUM LIFE INSURANCE | ) |
| COMPANY OF AMERICA, MATTHEW F. | ) TRIAL DATE: Not Yet Set |
| CARROLL, M.D., LYNETTE D. RIVERS, PH.D., | ) |
| MARK BONDI, PH.D., COMMISSIONER OF | ) |
| THE CALIFORNIA DEPARTMENT OF | ) |
| INSURANCE and DOES 1 – 20, inclusive, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |
| | ) |

On Monday, July 21, 2008, Plaintiff BOB E. BLAKE, M.D. and Defendants UNUM
GROUP (formerly known as UNUM CORPORATION), UNUM CORPORATION, THE
PAUL REVERE LIFE INSURANCE COMPANY, UNUM LIFE INSURANCE COMPANY
OF AMERICA, by and through their respective counsel, and a representative of the Court
conducted an ADR Phone Conference. Bourhis & Mann, by Bennett M. Cohen, Esq. appeared
on behalf of Plaintiff. Wilson, Elser, Moskowitz, Edelman & Decker, by Thomas M. Herlihy,

Esq., appeared on behalf of said Defendants.

The parties hereby stipulate as follows:

(1) The parties agree to conduct a private mediation before Jerry Spolter of JAMS (or, if necessary, a different mediator to whom both parties agree);

(2) The parties will seek to mediate the case on September 23, 2008, or as soon as thereafter possible;

(3) The parties agree to a continuance of the Case Management Conference, currently set for July 25, 2008, to November 21, 2008, at 10:00 a.m.; and

(4) The parties agree to file a Joint Case Management Statement no later than seven (7) days prior to the Case Management Conference re-set for November 21, 2008.

Dated: July _____, 2008

**KELLY, HERLIHY & KLEIN, LLP**

By:_____/s/_____
    Thomas M. Herlihy, Esq.
Attorneys for Defendants UNUM GROUP
(formerly known as UNUM CORPORATION),
UNUM CORPORATION, THE PAUL REVERE
LIFE INSURANCE COMPANY, UNUM LIFE
INSURANCE COMPANY OF AMERICA

Dated: July 22, 2008

**BOURHIS & MANN**

By:_____
    Ray Bourhis, Esq.
    Lawrence Mann, Esq.
    Bennett M. Cohen, Esq.
Attorneys for Plaintiff BOB E. BLAKE, M.D.

///

///

Case No.:  C 07-5957 SC
STIPULATION RE MEDIATION AND CONTINUANCE OF CASE MANAGEMENT AND ORDER

1

**ORDER**

2       GOOD CAUSE APPEARING, based on the Stipulation set forth above, the Court:

3     (1) The parties will conduct a private mediation of the case on September 23, 2008 or as

4          soon thereafter as possible;

5     (2) The Case Management Conference, currently set for July 25, 2008, is continued to

6          November 21, 2008, at 10:00 a.m.; and

7     (3) The parties will file a Joint Case Management Conference Statement no later than

8          seven (7) days prior to the Case Management Conference reset of November 21,

9          2008.

10

11  IT IS SO ORDERED:

12  Dated:

13                                 _____

14                               JUDGE OF THE DISTRICT COURT

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No.:  CGC-07-468239
STIPULATION RE MEDIATION AND CONTINUANCE OF CASE MANAGEMENT AND ORDER