```
 1  Ray Bourhis, Esq. SBN 53196
    Lawrence Mann, Esq. SBN 83698
 2  Bennett M. Cohen, Esq. SBN 98065
 3  BOURHIS & MANN
    1050 Battery Street
 4  San Francisco, CA 94111
    Tel: (415) 392-4660; Fax: (415) 421-0259
 5
 6  Attorneys for Plaintiff BOB E. BLAKE, M.D.
 7
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOB E. BLAKE, M.D. | ) Case No.: C 07-5957 SC |
| Plaintiff, | ) STIPULATION RE MEDIATION AND<br>) CONTINUANCE OF CASE |
| v. | ) MANAGEMENT CONFERENCE AND<br>) [PROPOSED] ORDER |
| UNUMPROVIDENT CORPORATION; UNUM CORPORATION, UNUM LIFE INSURANCE COMPANY OF AMERICA, MATTHEW F. CARROLL, M.D., LYNETTE D. RIVERS, PH.D., MARK BONDI, PH.D., COMMISSIONER OF THE CALIFORNIA DEPARTMENT OF INSURANCE and DOES 1 – 20, inclusive, | ) TRIAL DATE: Not Yet Set |
| Defendants. | |

On Monday, July 21, 2008, Plaintiff BOB E. BLAKE, M.D. and Defendants UNUM GROUP (formerly known as UNUM CORPORATION), UNUM CORPORATION, THE PAUL REVERE LIFE INSURANCE COMPANY, UNUM LIFE INSURANCE COMPANY OF AMERICA, by and through their respective counsel, and a representative of the Court conducted an ADR Phone Conference. Bourhis & Mann, by Bennett M. Cohen, Esq. appeared on behalf of Plaintiff. Wilson, Elser, Moskowitz, Edelman & Decker, by Thomas M. Herlihy,

1  Esq., appeared on behalf of said Defendants.

2  The parties hereby stipulate as follows:

3  (1) The parties agree to conduct a private mediation before Jerry Spolter of JAMS (or, if
4  necessary, a different mediator to whom both parties agree);

5  (2) The parties will seek to mediate the case on September 23, 2008, or as soon as
6  thereafter possible;

7  (3) The parties agree to a continuance of the Case Management Conference, currently
8  set for July 25, 2008, to November 21, 2008, at 10:00 a.m.; and

9  (4) The parties agree to file a Joint Case Management Statement no later than seven (7)
10  days prior to the Case Management Conference re-set for November 21, 2008.

12  Dated: July ____, 2008

**KELLY, HERLIHY & KLEIN, LLP**

By: /s/
Thomas M. Herlihy, Esq.
Attorneys for Defendants UNUM GROUP
(formerly known as UNUM CORPORATION),
UNUM CORPORATION, THE PAUL REVERE
LIFE INSURANCE COMPANY, UNUM LIFE
INSURANCE COMPANY OF AMERICA

19  Dated: July 22, 2008

**BOURHIS & MANN**

By: [signature]
Ray Bourhis, Esq.
Lawrence Mann, Esq.
Bennett M. Cohen, Esq.
Attorneys for Plaintiff BOB E. BLAKE, M.D.

///

///

2

Case No.: C 07-5957 SC
STIPULATION RE MEDIATION AND CONTINUANCE OF CASE MANAGEMENT AND ORDER

# ORDER

GOOD CAUSE APPEARING, based on the Stipulation set forth above, the Court:

(1) The parties will conduct a private mediation of the case on September 23, 2008 or as soon thereafter as possible;

(2) The Case Management Conference, currently set for July 25, 2008, is continued to November 21, 2008, at 10:00 a.m.; and

(3) The parties will file a Joint Case Management Conference Statement no later than seven (7) days prior to the Case Management Conference reset of November 21, 2008.

IT IS SO ORDERED:

Dated:   July 23, 2008

_____
JUDGE OF THE DISTRICT COURT