| | |
|---|---|
| 1 | THOMAS M. HERLIHY (SBN 83615) |
| | FRANCIS J. TORRENCE (SBN 154653) |
| 2 | LAWRENCE J. ROSE (SBN 129511) |
| | WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP |
| 3 | 525 Market Street, 17th Floor |
| | San Francisco, CA 94105-2725 |
| 4 | Tel.: (415) 433-0990 |
| | Fax: (415) 434-1370 |
| 5 | |
| 6 | Attorneys for Defendants |
| | UNUM GROUP (formerly known as |
| 7 | UNUMPROVIDENT CORPORATION), |
| | UNUM CORPORATION (a now non-existent |
| 8 | entity, properly referred to as Unum Group), and |
| | UNUM LIFE INSURANCE COMPANY OF AMERICA |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BOB E. BLAKE | ) | Case No.:  C-07-5957 SC |
|             | ) | |
| Plaintiff, | ) | |
|            | ) | **STIPULATION OF DISMISSAL WITH** |
| vs.        | ) | **PREJUDICE OF ENTIRE ACTION;** |
|            | ) | ~~[PROPOSED]~~ **ORDER THEREON** |
| UNUMPROVIDENT CORPORATION; | ) | |
| UNUM CORPORATION, UNUM LIFE | ) | |
| INSURANCE COMPANY OF AMERICA, | ) | |
| et al., | ) | |
|         | ) | |
| Defendants. | ) | |

---

STIPULATION AND ORDER OF DISMISSAL

USDC NDCA Case # C-07-5957 SC
417948.1

Plaintiff Bob E. Blake, M.D. ("plaintiff"), and defendants UNUM GROUP (formerly known as UNUMPROVIDENT CORPORATION), UNUM CORPORATION (a now non-existent entity, properly referred to as Unum Group), and UNUM LIFE INSURANCE COMPANY OF AMERICA ("defendants"), through their respective attorneys of record, Lawrence Mann, Esq., Bourhis & Mann, on behalf of plaintiff, and Thomas M. Herlihy, Esq., Wilson, Elser, Moskowitz, Edelman & Dicker LLP, on behalf of defendants, HEREBY STIPULATE that the above-captioned matter and all claims of relief therein can be dismissed with prejudice and in its entirety pursuant to the parties' agreement to resolve the disputed claim.  Each party to bear its own costs.

IT IS SO STIPULATED

Dated: February 9, 2009

BOURHIS & MANN

By: _____
Lawrence Mann
Attorneys for Plaintiff
BOB E. BLAKE, M.D.

Dated: February 13, 2009

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: _____
THOMAS M. HERLIHY
Attorneys for Defendants,
UNUM GROUP (formerly known as UNUMPROVIDENT CORPORATION), UNUM CORPORATION (a now non-existent entity, properly referred to as Unum Group), and UNUM LIFE INSURANCE COMPANY OF AMERICA

**ORDER**

It is so ordered.

Dated:  February 17, 2009

_____
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Samuel Conti

**STIPULATION AND ORDER OF DISMISSAL**
USDC NDCA Case # C-07-5957 SC
417948.1